B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Siddiqui, Mohammad T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0915** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1516 West Farwell**<br>**Chicago, IL**<br>ZIP Code **60626** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Siddiqui, Mohammad T.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|        _____<br>       (Name of landlord that obtained judgment) |
|        _____<br>       (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Siddiqui, Mohammad T.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mohammad T. Siddiqui**
Signature of Debtor **Mohammad T. Siddiqui**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 7, 2011**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**December 7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re __Mohammad T. Siddiqui_____     Case No. _____

_____Debtor(s)     Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Mohammad T. Siddiqui**
                            **Mohammad T. Siddiqui**

Date:  **December  7, 2011**

B6D (Official Form 6D) (12/07)

In re   **Mohammad T. Siddiqui** , Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Aurora Loan Services** <br>**10350 Park Meadows Dr.** <br>**Lone Tree, CO 80124** | | - | **First Mortgage** <br><br>**3660 N. Lake Shore Dr., Chicago, Illinois (approx.)** <br><br> Value $            **170,000.00** | | | | 250,000.00 | 80,000.00 |
| Account No. 09-CH-03175 <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Mortgage** <br><br>**2115 W. Roscoe St., Chicago, Illinois (approx.)** <br><br> Value $            **280,000.00** | | | X | 350,000.00 | 70,000.00 |
| Account No. xx-xx-x3356 <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Mortgage** <br><br>**2740 W. Pratt, Chicago, Illinois (approx.)** <br><br> Value $            **500,000.00** | | | X | 515,000.00 | 515,000.00 |
| Account No. <br><br>**Countrywide Home Loans** <br>**P.O. Box 650070** <br>**Dallas, TX 75265-0070** | | - | **Mortgage** <br><br>**4430 S. Indiana, Chicago, Illinois (approx.)** <br><br> Value $            **70,000.00** | | | | 95,000.00 | 25,000.00 |
| _**2**_   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,210,000.00 | 690,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Mohammad T. Siddiqui**                                          ,        Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **James D. Spryopoulos** **861 N. LaSalle Street** **Chicago, IL 60610** | | - | **2740 W. Pratt, Chicago, Illinois (approx.)** | | | | | |
| | | | Value $            **500,000.00** | | | | **525,000.00** | **25,000.00** |
| Account No. | | | **Pledge of stock of ZAT, Inc. and Run Around Cab Co., Inc.** | | | | | |
| **Montauk Credit Union** **111 W. 76th St.** **New York, NY 10001** | | - | | | | | | |
| | | | Value $            **Unknown** | | | | **1,400,000.00** | **Unknown** |
| Account No. | | | **Mortgage** | | | | | |
| **National Bank of Commerce** **1127 Tower Avenue** **PO Box 99** **Superior, WI 54880** | | - | **1516 W. Farwell Ave., Unit 2 Chicago, Illinois 60626 (approx.)** | | | | | |
| | | | Value $            **70,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | **Mortgage** | | | | | |
| **National Bank of Commerce** **1127 Tower Avenue** **PO Box 99** **Superior, WI 54880** | | - | **5601-05 N. Clark St., Chicago, Illinois (approx.)** | | | | | |
| | | | Value $            **800,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | **First Mortgage** | | | | | |
| **Republic Bank** **c/o Jones & Jacobs** **77 W. Washington St., Suite 2100** **Chicago, IL 60602** | | - | **1516 W. Farwell Ave., Unit 2 Chicago, Illinois 60626 (approx.)** | | | | | |
| | | | Value $            **70,000.00** | | | | **1,600,000.00** | **1,530,000.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**3,525,000.00**        **1,555,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                                    ,        Case No. _____
                                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | **First Mortgage** | | | | | |
| **Republic Bank** c/o Jones & Jacobs 77 W. Washington St., Suite 2100 Chicago, IL 60602 | - | | **5601-05 N. Clark St., Chicago, Illinois (approx.)** | | | | | |
| | | | Value $            **800,000.00** | | | | **1,600,000.00** | **800,000.00** |
| Account No. | | | **Mortgage** | | | | | |
| **Republic Bank** c/o Jones & Jacobs 77 W. Washington St., Suite 2100 Chicago, IL 60602 | - | | **6911-15 N. Western Ave., Chicago, Illinois (approx.)** | | | | | |
| | | | Value $            **266,666.66** | | | | **3,300,000.00** | **3,033,333.34** |
| Account No. | | | **Mortgage** | | | | | |
| **State Bank of Countryside** c/o Burke & White, P.C. 5330 Main Street, Suite 200 Downers Grove, IL 60515 | - | | **4646-50 N. Winthrop, Chicago, Illinois (2 Units) (approx.)** | | | X | | |
| | | | Value $            **400,000.00** | | | | **456,512.53** | **56,512.53** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **5,356,512.53** | **3,889,845.87** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **10,091,512.53** | **6,134,845.87** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Mohammad T. Siddiqui**                                                        ,        Case No. _____
                                                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Mohammad T. Siddiqui** _____ ,      Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Illinois Department of Revenue** **100 W. Randolph Avenue** **Level 7-410** **Chicago, IL 60601** | - | | | | | X | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 21126** **Philadelphia, PA 19114** | - | | | | | X | | **Unknown** |
| | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | **0.00** |
| | | **0.00** |
| Total (Report on Summary of Schedules) | 0.00 | **0.00** |
| | | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Mohammad T. Siddiqui**                                          ,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **4635-41 N. Broadway, LLC** <br> **One North LaSalle St., Suite 1525** <br> **Chicago, IL 60602** | - | | | | | | | X | **Unknown** |
| Account No. <br><br> **5601-09 Clark Commons, Inc.** <br> **7324 N WESTERN AVE** <br> **Chicago, IL 60645** | - | | | | | | | X | **Unknown** |
| Account No. <br><br> **5601-09 N. Clark St, LLC** <br> **1350 W. Thorndale Ave., Suite 1** <br> **Chicago, IL 60660** | - | | | | | | | X | **Unknown** |
| Account No. <br><br> **Adducci, Dorf, Lehner, et al., P.C.** <br> **150 N. Michigan Ave.** <br> **Suite 2130** <br> **Chicago, IL 60601** | - | | Attorney's Fees | | | | | | **100,000.00** |

__12__  continuation sheets attached

Subtotal
(Total of this page)              **100,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                 S/N:23645-111123   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohammad T. Siddiqui** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Albany Park Manor c/o David Rudolph 111 W. Washington St., Suite 823 Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Albany Park Manor, Inc. One North LaSalle St., Suite 1525 Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Alissa Luck 4646-50 N. Winthrop Chicago, IL 60640** | - | | | | | X | **Unknown** |
| Account No. | | | **Stark v. Siddiqui, 06-L-03966** | | | | |
| **Amy Vondra Stark c/o Piccione Keely & Assocites, Ltd 122 S. County Farm Rd. Wheaton, IL 60187** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Andrew Beredo 4646-50 N. Winthrop Chicago, IL 60640** | - | | | | | X | **Unknown** |

Sheet no. __1__ of __12__ sheets attached to Schedule of              Subtotal       
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohammad T. Siddiqui** _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **ASAT, Inc. 1516 W. Farwell Chicago, IL 60626** | - | | | | | | X | **Unknown** |
| Account No. **AT&T c/o Debt Collection Systems 8 S. Michigan Ave., Suite 618 Chicago, IL 60603** | - | | | | | | | **Unknown** |
| Account No. **Bernard I. Citron, Esq. c/o Thompson Coburn LLP 55 East Monroe Street, 37th Floor Chicago, IL 60603** | - | | | Attorney's Fees | | | | **Unknown** |
| Account No. xx-x-xx1597 **Bridgeview Bank Group c/o Steven Radke, Esq. 79 W. Monroe, Suite 1305 Chicago, IL 60603** | - | | | Bridgeview Bank Group v. Siddiqui, et al., 08-L-011597 | | | X | **Unknown** |
| Account No. xx-xx-x0345 **Bridgeview Bank Group c/o Steven Radke, Esq. 79 W. Monroe, Suite 1305 Chicago, IL 60603** | - | | | 4635-41 N. Broadway, Chicago, Illinois (approx.) | | | X | **525,000.00** |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**525,000.00**

12/07/11 12:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **08-CH-29865**<br><br>**Bridgeview Bank Group**<br>**c/o Steven Radke, Esq.**<br>**79 W. Monroe, Suite 1305**<br>**Chicago, IL 60603** | - | | **2140-50 W. Devon, Chicago, Illinois (approx.)** | | | X | **1,700,000.00** |
| Account No.<br><br>**Carrie Beredo**<br>**4646-50 N. Winthrop**<br>**Chicago, IL 60640** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Charles Levy & Associates, Ltd.**<br>**One North LaSalle St.**<br>**Suite 1525**<br>**Chicago, IL 60602** | - | | **Attorney's Fees** | | | | **Unknown** |
| Account No.<br><br>**Chase Western Commons, Inc.**<br>**One North LaSalle St., Suite 1525**<br>**Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. **10-M1-401086**<br><br>**City of Chicago**<br>**c/o Corporation Counsel**<br>**30 N LASALLE, Suite 800**<br>**Chicago, IL 60602** | - | | **City of Chicago v. Siddiqui, et al., 10-M1-401086** | | | X | **Unknown** |

Sheet no. **3** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,700,000.00**

12/07/11 12:38PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                         ,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx-xx-xx0378** | | | | | City of Chicago v. Siddiqui, et al., 08-M1-400378 | | | | |
| City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **xx-xx-xx1986** | | | | | City of Chicago v. Siddiqui, et al., 08-M1-401986 | | | | |
| City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **09-M1-400616** | | | | | City of Chicago v. Siddiqui, et al., 09-M1-400616 | | | | |
| City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **09-M1-400617** | | | | | City of Chicago v. Siddiqui, et al., 09-M1-400617 | | | | |
| City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **xx-xx-xx0618** | | | | | City of Chicago v. Siddiqui, et al., 09-M1-400618 | | | | |
| City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **509N0227987** | - | | City of Chicago v. Siddiqui, 509N0227987--Administrative Proceeding | | | X | |
| **City of Chicago** c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602 | | | | | | | Unknown |
| Account No. | - | | Attorney's Fees | | | | |
| **Clark Hill PLC** 150 N. Michigan Ave. Suite 2700 Chicago, IL 60601 | | | | | | | 20,000.00 |
| Account No. **xx-xx-xx1398** | - | | Rhodes v. Siddiqui, et al., 10-M1-721398 | | | X | |
| **Eileen Rhodes** c/o Kahn Sanford, Ltd. 180 N. LaSalle St., Suite 2025 Chicago, IL 60601 | | | | | | | Unknown |
| Account No. **10-CH-38853** | - | | Forming America v. ASAT, et al., 10-CH-38853 | | | X | |
| **Forming America, Ltd.** c/o Nelson Law Offices, P.C. 129 W. Willow Ave. Wheaton, IL 60187 | | | | | | | 95,000.00 |
| Account No. | - | | | | | | |
| **Hanna Architects** 180 W. Washington St. Suite 600 Chicago, IL 60602 | | | | | | | 500,000.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **615,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Homes 4 You, Inc.** <br> **One North LaSalle St., Suite 1525** <br> **Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Jennifer Bakjia** <br> **4646-50 N. Winthrop** <br> **Chicago, IL 60640** | - | | **4646-50 N. Winthrop Condo Assn.** | | | X | **Unknown** |
| Account No. <br><br> **John Hanna** <br> **180 W. Washington St.** <br> **Suite 600** <br> **Chicago, IL 60602** | - | | **Personal Loan** | | | | **300,000.00** |
| Account No. <br><br> **Maggie Marystone** <br> **4646-50 N. Winthrop** <br> **Chicago, IL 60640** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Mallin Castles, Inc.** <br> **c/o Charles Levy** <br> **1 North LaSalle St., Suite 1525** <br> **Chicago, IL 60602** | - | | | | | X | **Unknown** |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **300,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohammad T. Siddiqui**                                                      ,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mark Picchiotti** 4646-50 N. Winthrop Chicago, IL 60640 | - | | | | | X | **Unknown** |
| Account No. **MB Financial Bank, N.A.** c/o Holland & Knight, LLP 131 S. Dearborn St., 30th Floor Chicago, IL 60603 | - | | | | | X | **Unknown** |
| Account No. **Michael Bagdade** 4646-50 N. Winthrop Chicago, IL 60640 | - | | | | | X | **Unknown** |
| Account No. **Mohammed Ghani** 10001 West Roosevelt Rd. Suite 304 Westchester, IL 60154 | - | | | | | X | **250,000.00** |
| Account No. **xx-x-1236** **Mohammed Quadeer** c/o Madison Law Group., Ltd. 205 W. Randolph St., Suite 1801 Chicago, IL 60606 | - | | Quadeer, et al. v. Siddiqui, et al., 08-L-1236 | | | X | **850,000.00** |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Mohammad T. Siddiqui**                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Bank of Commerce**<br>**1127 Tower Avenue**<br>**PO Box 99**<br>**Superior, WI 54880** | - | | | | **6911-15 N. Western Ave., Chicago, Illinois (approx.)** | | | | **Unknown** |
| Account No. **xx-x-x1161**<br><br>**National Bank of Commerce**<br>**1127 Tower Avenue**<br>**PO Box 99**<br>**Superior, WI 54880** | - | | | | **Republic Bank v. Siddiqui, et al., 09-L-51161** | | | X | **Unknown** |
| Account No. **xx-x-x1162**<br><br>**National Bank of Commerce**<br>**1127 Tower Avenue**<br>**PO Box 99**<br>**Superior, WI 54880** | - | | | | **Republic Bank of Chicago, et al. v. Siddiqui, et al., 09-L-51162** | | | X | **Unknown** |
| Account No.<br><br>**National Bank of Commerce**<br>**1127 Tower Avenue**<br>**PO Box 99**<br>**Superior, WI 54880** | - | | | | **Republic Bank of Chicago, et al. v. Siddiqui, et al., 09-L-51163** | | | X | **Unknown** |
| Account No.<br><br>**Pella Windows**<br>**c/o Nigro & Westfall**<br>**1793 Bloomingdale Rd.**<br>**Glendale Heights, IL 60139** | - | | | | | | | X | **Unknown** |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohammad T. Siddiqui**                                    ,        Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Prairie Material, Inc.**<br>**7601 West 79th Street**<br>**Bridgeview, IL 60455** | - | | | | | | | **150,000.00** |
| Account No. **xx xx xx5539**<br><br>**Republic Bank**<br>**c/o Jones & Jacobs**<br>**77 W. Washington St., Suite 2100**<br>**Chicago, IL 60602** | - | | | **2201 Highland, Unit 6-G, Lombard, Illinois 60148 (approx.)** | | | | **85,000.00** |
| Account No. **xx-x-x1161**<br><br>**Republic Bank**<br>**c/o Jones & Jacobs**<br>**77 W. Washington St., Suite 2100**<br>**Chicago, IL 60602** | - | | | **Republic Bank v. Siddiqui, et al., 09-L-51161** | | | X | **Unknown** |
| Account No. **xx-x-x1162**<br><br>**Republic Bank**<br>**c/o Jones & Jacobs**<br>**77 W. Washington St., Suite 2100**<br>**Chicago, IL 60602** | - | | | **Republic Bank of Chicago, et al. v. Siddiqui, et al., 09-L-51162** | | | X | **Unknown** |
| Account No. **xx-x-x1163**<br><br>**Republic Bank**<br>**c/o Jones & Jacobs**<br>**77 W. Washington St., Suite 2100**<br>**Chicago, IL 60602** | - | | | **Republic Bank of Chicago, et al. v. Siddiqui, et al., 09-L-51163** | | | X | **Unknown** |

Sheet no. **_9_** of **_12_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**235,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                          ,         Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Run Around Cab Co., Inc.** <br> **1516 W. Farwell Ave.** <br> **Chicago, IL 60626** | - | | | | | X | <br><br> **Unknown** |
| Account No. <br><br> **Shanur Khan** <br> **2150 W. Devon Ave.** <br> **Chicago, IL 60645** | - | | | | | X | <br><br> **Unknown** |
| Account No. **xx-xx-x8711** <br><br> **State Bank of Countryside** <br> **c/o Burke & White, P.C.** <br> **5330 Main Street, Suite 200** <br> **Downers Grove, IL 60515** | | | **7324-40 N. Western Ave., Chicago, Illinois (approx.)** | | | | <br><br> **3,250,000.00** |
| Account No. **xx-xx-x2889** <br><br> **State Bank of Countryside** <br> **c/o Burke & White, P.C.** <br> **5330 Main Street, Suite 200** <br> **Downers Grove, IL 60515** | - | | **State Bank of Countryside v. Siddiqui, et al., 10-CH-22889** | | | X | <br><br> **Unknown** |
| Account No. **xx-x-xx0708** <br><br> **State Bank of Countryside** <br> **c/o Burke & White, P.C.** <br> **5330 Main Street, Suite 200** <br> **Downers Grove, IL 60515** | - | | **State Bank of Countryside v. Siddiqui, 10-L-050708** | | | X | <br><br> **Unknown** |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,250,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mohammad T. Siddiqui**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xx-x6482**<br><br>**State Bank of Countryside**<br>**c/o Burke & White, P.C.**<br>**5330 Main Street, Suite 200**<br>**Downers Grove, IL 60515** | - | | | **1724 N. Cleveland Ave., Chicago, Illinois (approx.)** | | | | **2,925,000.00** |
| Account No.<br><br>**Sunrise Development of Chicago, LLC**<br>**One North LaSalle St., Suite 1525**<br>**Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| Account No. **10-L-000862**<br><br>**Thyssen Krupp Elevator**<br>**c/o Menges & Molzahn, LLC**<br>**20 N. Clark St., Suite 2300**<br>**Chicago, IL 60602** | - | | | **Thyssen Krupp Elevators v. 2140-52 Devon Commons, et al. 10-L-000862** | | | X | **Unknown** |
| Account No.<br><br>**Vatra Construction, Inc.**<br>**202 79th St**<br>**Willowbrook, IL 60527** | - | | | | | | | **200,000.00** |
| Account No.<br><br>**Wells Fargo**<br>**P.O. Box 4233**<br>**Portland, OR 97208-4233** | - | | | **Deficiency** | | | X | **Unknown** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,125,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohammad T. Siddiqui**                                    ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Winthrop Condo Association** **4646-50 N. Winthrop** **Chicago, IL 60640** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **ZAT, Inc.** **1516 W. Farwell Ave.** **Chicago, IL 60626** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Total
(Report on Summary of Schedules)       **10,950,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

4635-41 N. Broadway, LLC
One North LaSalle St., Suite 1525
Chicago, IL 60602


5601-09 Clark Commons, Inc.
7324 N WESTERN AVE
Chicago, IL 60645


5601-09 N. Clark St, LLC
1350 W. Thorndale Ave., Suite 1
Chicago, IL 60660


Adducci, Dorf, Lehner, et al., P.C.
150 N. Michigan Ave.
Suite 2130
Chicago, IL 60601


Albany Park Manor
c/o David Rudolph
111 W. Washington St., Suite 823
Chicago, IL 60602


Albany Park Manor, Inc.
One North LaSalle St., Suite 1525
Chicago, IL 60602


Alissa Luck
4646-50 N. Winthrop
Chicago, IL 60640


Amy Vondra Stark
c/o Piccione Keely & Assocites, Ltd
122 S. County Farm Rd.
Wheaton, IL 60187


Andrew Beredo
4646-50 N. Winthrop
Chicago, IL 60640


ASAT, Inc.
1516 W. Farwell
Chicago, IL 60626

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave., Suite 618
Chicago, IL 60603


Aurora Loan Services
10350 Park Meadows Dr.
Lone Tree, CO 80124


Bernard I. Citron, Esq.
c/o Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603


Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603


Carrie Beredo
4646-50 N. Winthrop
Chicago, IL 60640


Charles Levy & Associates, Ltd.
One North LaSalle St.
Suite 1525
Chicago, IL 60602


Chase Western Commons, Inc.
One North LaSalle St., Suite 1525
Chicago, IL 60602


City of Chicago
c/o Corporation Counsel
30 N LASALLE, Suite 800
Chicago, IL 60602


Clark Hill PLC
150 N. Michigan Ave.
Suite 2700
Chicago, IL 60601


Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

Eileen Rhodes
c/o Kahn Sanford, Ltd.
180 N. LaSalle St., Suite 2025
Chicago, IL 60601


Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187


Hanna Architects
180 W. Washington St.
Suite 600
Chicago, IL 60602


Homes 4 You, Inc.
One North LaSalle St., Suite 1525
Chicago, IL 60602


Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL 60610


Jennifer Bakjia
4646-50 N. Winthrop
Chicago, IL 60640


John Hanna
180 W. Washington St.
Suite 600
Chicago, IL 60602


Maggie Marystone
4646-50 N. Winthrop
Chicago, IL 60640

Mallin Castles, Inc.
c/o Charles Levy
1 North LaSalle St., Suite 1525
Chicago, IL 60602


Mark Picchiotti
4646-50 N. Winthrop
Chicago, IL 60640


MB Financial Bank, N.A.
c/o Holland & Knight, LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603


Michael Bagdade
4646-50 N. Winthrop
Chicago, IL 60640


Mohammed Ghani
10001 West Roosevelt Rd.
Suite 304
Westchester, IL 60154


Mohammed Quadeer
c/o Madison Law Group., Ltd.
205 W. Randolph St., Suite 1801
Chicago, IL 60606


Montauk Credit Union
111 W. 76th St.
New York, NY 10001


National Bank of Commerce
1127 Tower Avenue
PO Box 99
Superior, WI 54880


Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Prairie Material, Inc.
7601 West 79th Street
Bridgeview, IL 60455

Republic Bank
c/o Jones & Jacobs
77 W. Washington St., Suite 2100
Chicago, IL 60602


Run Around Cab Co., Inc.
1516 W. Farwell Ave.
Chicago, IL 60626


Shanur Khan
2150 W. Devon Ave.
Chicago, IL 60645


State Bank of Countryside
c/o Burke & White, P.C.
5330 Main Street, Suite 200
Downers Grove, IL 60515


Sunrise Development of Chicago, LLC
One North LaSalle St., Suite 1525
Chicago, IL 60602


Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL 60602


Vatra Construction, Inc.
202 79th St
Willowbrook, IL 60527


Wells Fargo
P.O. Box 4233
Portland, OR 97208-4233


Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL 60640


ZAT, Inc.
1516 W. Farwell Ave.
Chicago, IL 60626