**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMED T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| **Debtor.** | ) | Honorable Judge Schmetterer |

**NOTICE OF MOTION**

TO:     SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that, on February 24, 2012, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jack B. Schmetterer, or any judge sitting in her place and stead, in courtroom 682 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present a Motion to Modify the Automatic Stay.

                           Respectfully submitted,

                           MB FINANCIAL BANK, N.A.


                           By:    /s/ Richard A. Bixter, Jr.
                                One of Its Attorneys

Robert J. Labate
Richard A. Bixter, Jr.
HOLLAND & KNIGHT LLP
131 S. Dearborn Street, 30th Floor
Chicago, Illinois  60603
(312) 263-3600

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that, on February 17, 2012, we caused this document to be served upon the persons identified on the attached Service List by ☐ personally delivering a copy to the recipient at his or her respective address before 5:00 p.m.; or ☒ mailing a copy to the recipient at his or her respective address by depositing the same in the United States Post Office Box, with proper first-class postage affixed thereto; or ☐ personally delivering a copy to the recipient at his or her respective facsimile transmittal number, this transmittal being sent from a facsimile machine at (312) 578-6666, and a copy of the facsimile transmittal record being attached hereto; or ☒ electronically delivering a copy through the Court's CM/ECF filing system.

                                                    /s/ Richard A. Bixter, Jr.
                                                        Richard A. Bixter Jr.

Robert J. Labate
Richard A. Bixter, Jr.
HOLLAND & KNIGHT LLP
131 S. Dearborn Street, 30th Floor
Chicago, Illinois 60603
(312) 263-3600

## SERVICE LIST

*Via ECF:*

Janice Driggers
on behalf of Creditor State Bank of Countryside
jdriggers@burkehandley.com

Michael J. Kalkowski
on behalf of Creditor JPMorgan Chase Bank, National Association
mkalkowski@fisherandshapirolaw.com

Terri M. Long
on behalf of Creditor RoundPoint Mortgage Servicing Corporation
tmlong@tmlong.com

James M. Pappas
on behalf of Creditor U.S. Bank National Association
pappas@bcclegal.com

Ariel Weissberg
on behalf of Debtor Mohammad T. Siddiqui
ariel@weissberglaw.com


*Via U.S. Mail:*

US Bankruptcy Court
Eastern Division
219 S. Dearborn Street, 7th Floor
Chicago, IL  6604-1704

City of Chicago, a municipal
corporation
c/o Esther E. Tryban Telser
City of Chicago, Dept. of Law
30 N. LaSalle, Rm. 1400
Chicago, IL  60602-2503

State Bank of Countryside
6734 Joliet Road
Countryside, IL  60525-4599

5601-09 N. Clark St., LLC
1350 W. Thorndale Ave., Suite 1
Chicago, IL  60660-3321

4635-41 N. Broadway, LLC
One N. LaSalle St., Suite 1525
Chicago, IL  60602-3996

5601-09 Clark Commons, Inc.
7324 N. Western Avenue
Chicago, IL  60645-1814

Abdul Mohammed
337 W. Argyle, Unit 1
Chicago, IL  60625-5056

ASAT, Inc.
1516 W. Farwell
Chicago, IL  60626-3606

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave., Suite 618
Chicago, IL  60603-3469

Albany Park Manor
c/o David Rudolph
111 W. Washington St., Suite 823
Chicago, IL  60602-2789

Abdul Mohammed
4946 N. Christiana, Unit 1
Chicago, IL  60625-5079

Adducci, Dorf, Lehner, et al., P.C.
150 N. Michigan Ave., Suite 2130
Chicago, IL  60601-7569

Amy Vondra Stark
c/o Piccione Keely & Assoc., Ltd.
122 S. County Farm Road
Wheaton, IL  60187-4594

Albany Park Manor, Inc.
One N. LaSalle St., Suite 1525
Chicago, IL  60602-3996

Alissa Luck
4646-50 N. Winthrop
Chicago, IL  60640-5032

Barnard I. Citron, Esq.  
c/o Thompson Coburn LLP  
55 E. Monroe St., 37th Fl.  
Chicago, IL  60603-6029

Andrew Beredo  
4646-50 N. Winthrop  
Chicago, IL  60640-5032

Aurora Loan Services  
10350 Park Meadows Drive  
Lone Tree, CO  80124-6800

Carolina Hernando  
4958 N. Spaulding, Unit 2  
Chicago, IL  60625-5062

Brett Anderson  
4966 N. Spaulding, Unit 3  
Chicago, IL  60625-5060

Bridgeview Bank Group  
c/o Steven Radke, Esq.  
79 W. Monroe, Suite 1305  
Chicago, IL  60603-4925

Chase Western Commons, Inc.  
One N. LaSalle St., Suite 1525  
Chicago, IL  60602-3996

Carrie Beredo  
4646-50 N. Winthrop  
Chicago, IL  60640-5032

Charles Levy & Associates, Ltd.  
One N. LaSalle St., Suite 1525  
Chicago, IL  60602-3996

Clark Bryn Mawr Manor Condo Assoc.  
7324 N. Western Avenue  
Chicago, IL  60645-1814

Chicago Title Land Trust  
171 N. Clark Street, Suite 575  
Chicago, IL  60601-3368

City of Chicago  
c/o Corporation Counsel  
30 N. LaSalle St., Suite 800  
Chicago, IL  60602-3542

Clark Hill PLC  
150 N. Michigan Ave., Suite 2700  
Chicago, IL  60601-7576

CoreLogic Tax Services LLC  
P.O. Box 961230  
Fort Worth, TX  76161-0230

Countrywide Home Loans  
P.O. Box 650070  
Dallas, TX  75265-0700

Eric C. Tames  
4964 N. Spaulding, Unit 2  
Chicago, IL  60625-5099

Homes 4 You, Inc.  
One N. LaSalle St., Suite 1525  
Chicago, IL  60602-3996

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 7346  
Philadelphia, PA  19101-7346

Javed Khan  
3343 W. Argyle, Unit 2  
Chicago, IL  60625-5078

Leila Shekarhar  
c/o Charles Levy, Esq.  
1 S. LaSalle St., Suite 1525  
Chicago, IL  60602

Maggie Marystone  
4646-50 N. Winthrop  
Chicago, IL  606040-5032

Mark Picchiotti  
4646-50 N. Winthrop  
Chicago, IL  60640-5032

Michael Bagdade  
4646-50 N. Winthrop  
Chicago, IL  60640-5032

Mohammed Quadeer  
c/o Madison Law Group, Ltd.  
205 W. Randolph St., Suite 1801  
Chicago, IL  60606-1813

David McLaughlin, Jr.  
4946 N. Spaulding, Unit 3  
Chicago, IL  60625-5099

Forming America, Ltd.  
c/o Nelson Law Offices, P.C.  
129 W. Willow Avenue  
Wheaton, IL  60187-5236

Illinois Department of Revenue  
P.O. Box 64338  
Chicago, IL  60664-0338

JP Morgan Chase Bank, N.A.  
c/o Shermeta, Adams & Von Allmen, P.C.  
P.O. Box 80908  
Rochester Hills, MI  48308-0908

Jennifer Bakjia  
4646-50 N. Winthrop  
Chicago, IL  60640-5032

M. Lbarra  
3341 W. Argyle, Unit 3  
Chicago, IL  60625-5032

Mahendra Patel  
3343 W. Argyle, Unit 1  
Chicago, IL  60625-5078

Mary Beth and Joseph Santos  
4966 N. Spaulding, Garden Unit  
Chicaog, IL  60625-5060

Mohammed Ghani  
10001 W. Roosevelt Rd., Suite 304  
Westchester, IL  60154-2662

Montauk Credit Union  
111 N. 76th St.  
New York, NY  10023

Eileen Rhodes  
c/o Kahn Sanford, Ltd.  
180 N. LaSalle St., Suite 2025

Hanna Architects  
180 W. Washington St., Suite 600  
Chicago, IL  60602-3583

Chicago, IL  60601-2611

Interior of Stone Midwest, Inc.
c/o Barbara Sankowski
1801 N. Humboldt Blvd.
Chicago, IL  60647-5003

James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL  60610-3219

John Hanna
180 W. Washington St., Suite 600
Chicago, IL  60602-3583

Mallin Castles, Inc.
c/o Charles Levy
1 N. LaSalle Street, Suite 1525
Chicago, IL  60602-3996

Melissa Perez
4964 N. Spaulding, Unit 1
Chicago, IL  60625-5099

Mohammed Ghani, M.S.
10001 W. Roosevelt Rd., Suite 304
Westchester, IL  60154-2662

National Bank of Commerce
1127 Tower Avenue
P.O. Box 99
Superior, WI  54880-0099

Neda Zabadneh
4966 N. Spaulding, Unit 2
Chicago, IL  60625-5060

Prairie Material, Inc.
7601 W. 79th Street
Bridgeview, IL  60455-1409

Robert S. Hill
4966 N. Spaulding, Unit 1
Chicago, IL  60625-5060

Shanur Khan
2150 W. Devon Avenue
Chicago, IL  60659-5503

Sunrise Development of Chicago, LLC
One N. LaSalle St., Suite 1525
Chicago, IL  60602-3996

Washington Bajana
4964 N. Spaulding, Unit G
Chicago, IL  60625-5099

ZAT, Inc.
1516 W. Farwell Avenue
Chicago, IL  60626-3606

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL  60605-2993

Richard J. Mason
McGuire Woods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL  6061-1818

Olimpio Ruiz
4958 N. Spaulding, Unit 1
Chicago, IL  60625-5062

Ravinderredy Gnanreddy
3335 W. Argyle, Unit 1
Chicago, IL  60625-5057

Run Around Cab Co., Inc.
1516 W. Farwell Avenue
Chicago, IL  60626-3606

Shanur Khan
3335-37 W. Argyle, Unit 2
Chicago, IL  60625

Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL  60602-5002

Wells Fargo
P.O. Box 4233
Portland, OR  97208-4233

Zakir Shah
4954 N. Christiana, Unit 2
Chicago, IL  60625-8280

Mohammad T. Siddiqui
1516 W. Farwell
Chicago, IL  60626-3606

Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL  60139-3800

Republic Bank
c/o Jones & Jacobs
77 W. Washington St., Suite 2100
Chicago, IL  60602-2903

Sarah K. Wonnell
4962 N. Spaulding, Unit 1
Chicago, IL  60625-5061

State Bank of Countryside
c/o Burke & White, P.C.
5330 Main Street, Suite 200
Downers Grove, IL  60515-4845

Vatra Construction, Inc.
202 79th Street
Willowbrook, IL  60527-2402

Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL  60640-5032

Zakir Shah
4956 N. Christiana, Unit 2
Chicago, IL  60625-5079

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Rm. 873
Chicago, IL  60604-2027

Illinois Department of Revenue
100 W. Randolph, Level 7-410
Chicago, IL  60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMAD T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Honorable Judge Schmetterer |

**MOTION TO MODIFY AUTOMATIC STAY**

NOW COMES MB Financial Bank, N.A. ("**MB Financial**"), a secured creditor of this estate, by and through its attorneys, Holland & Knight LLP, and, pursuant to § 362(d) of the Bankruptcy Code, requests that this Court enter an Order modifying the automatic stay (the "**Motion**") to permit MB Financial to enforce its rights according to the laws of the State of Illinois, and whatever other rights MB Financial deems appropriate, as to its Mortgage (as hereinafter defined) recorded against the property known as 5601-09 North Clark Street, Chicago, Illinois (the "**Property**"). In support of its Motion, MB Financial respectfully states the following:

**JURISDICTION**

1. This Court has jurisdiction to hear this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(G).

2. MB Financial requests relief pursuant to Bankruptcy Code § 362(d).

3. This Motion is brought pursuant to Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 4001 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois.

**BACKGROUND**

4. On or about March 29, 2006, Chicago Title Land Trust Company, as Trustee under Trust Agreement dated November 29, 2005 and known as Trust No. 8002345462 ("**Trustee**"), Mohammad Siddiqui ("**Debtor**"), Mohammad Quadeer , 5601-09 Clark Commons, Inc., and 5601-09 N. Clark St., LLC (collectively "**Borrower**"), entered into a Construction Loan

Agreement ("**Loan Agreement**") with Broadway Bank, Plaintiff's predecessor-in-interest. A true and correct copy of the Loan Agreement is attached as **Exhibit A**.

5. The Loan Agreement was modified on November 30, 2007 by a Loan Modification Agreement ("**Loan Amendment**"). A true and correct copy of the Loan Amendment is attached as **Exhibit B**.

6. In conjunction with the Loan Agreement, Borrower executed a Loan Note, promising to pay Broadway Bank the principal amount of Four Million Five Hundred Twenty-Five Thousand Dollars ($4,525,000.00). A true and correct copy of the Loan Note ("**Note**") is attached as **Exhibit C**.

7. As security for the obligations under the Note, Trustee executed (i) a Construction Mortgage and Security Agreement for the benefit of Broadway Bank, which was recorded with the Cook County Recorder of Deeds on April 25, 2006 as Document No. 0611542026 ("**Mortgage**"); and (ii) an Assignment of Rents and Leases ("**Assignment of Rents**") for the Mortgaged Property, which was recorded with the Cook County Recorder of Deeds as Document No. 0611542027 on April 25, 2006. True and correct copies of the Mortgage and Assignment of Rents are attached as **Exhibit D**.

8. The Mortgage grants to Broadway Bank a first-position mortgage lien on the Property.

9. In April 2010, the Director of the Illinois Department of Financial and Professional Regulation requested that the Federal Deposit Insurance Corporation ("FDIC") immediately accept appointment as the receiver of Broadway. On April 23, 2010, Broadway was closed by the Illinois Department of Financial and Professional Regulation, Division of Banking, and the FDIC was appointed as Receiver of Broadway. On this same date, MB Financial received approval of the OCC to purchase certain assets of Broadway, including, but

2

not limited to, the Loan Documents at issue in this litigation. Accordingly, pursuant to this purchase, MB Financial acquired the loan documents at issue through assignment.

10. Pursuant to the Mortgage, upon the occurrence of any Event of Default, which includes, but is not limited to, Borrower's failure to make a payment when due under the Note, MB Financial can declare the entire indebtedness evidenced by the Note and secured by the Mortgage due and immediately payable. Additionally, MB Financial has the right to commence foreclosure proceedings against the Borrowers and the power to sell the Property at a public or private sale in accordance with relevant Illinois statutes. *See* Mortgage at Sec. 17.

11. An Event of Default occurred under the Loan Documents and, as a result, on January 4, 2011, MB Financial filed its Complaint for Foreclosure of Mortgage ("**Complaint**") in the Circuit Court of Cook County. A true and correct copy of the Verified Amended Complaint to Foreclose Mortgage is attached as **Exhibit E**.

12. The amount owed to MB Financial under the Loan Documents, as of January 20, 2010, is as follows:

| | |
|---|---|
| Principal Balance: | $1,748,854.73 |
| Interest (as of 11/29/10) | $161,695.55 |
| Late Fees (as of 11/29/10) | $7,632.95 |
| Exit Fee: | $364,602.77 |
| **Total:** | **$2,282,786.00** |

13. On May 18, 2011, the Borrowers and MB Financial entered into an Agreement for Entry of a Consent Judgment ("**Consent Agreement**"). A true and correct copy of the Consent Agreement is attached as **Exhibit F**.

14. As provided by the Consent Agreement, Borrower agrees to the entry of a Consent Judgment for Foreclosure, pursuant to 735 ILCS 5/15-1402, whereby absolute title to the Property is vested in MB Financial in exchange for the release of the Borrower for any *in personam* liability under the Note. Consent Agreement ¶¶ 1-3.

3

15. On October 31, 2011, the Circuit Court of Cook County entered a Consent Judgment for Foreclosure ("**Consent Judgment**") ordering that "absolute title to the real property which is the subject matter of this foreclosure and all improvements thereon are hereby vested in [MB Financial] free and clear of all claims, liens and interests." A true and correct copy of the Consent Judgment is attached as **Exhibit G**.

16. On December 7, 2011 (the "**Petition Date**"), Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

17. On the Petition Date, MB Financial held a valid and enforceable Mortgage on all 9 condominium units which comprise the Property. MB Financial now realizes that the Foreclosure Complaint included an incorrect legal description for three of the nine total condominium units. MB Financial seeks modification of the automatic stay to permit it to enforce its rights under Illinois law the Consent Agreement and the Mortgage, including entry of an Order in state court amending the Consent Judgment to properly include all 9 condominium units which comprise the Property.

## DISCUSSION

18. The Bankruptcy Code permits the Court to modify the automatic stay imposed by § 362 for cause. Specifically, § 362(d) states:

> (d) On request of a party in interest after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay –
>
> (1) for cause, including lack of adequate protection of an interest in property for such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (a) of this section if –
>
> (A) the debtor does not have an equity in such property; and
>
> (B) such property is not necessary to an effective reorganization.

4

11 U.S.C. § 362(d).

19. Here, cause under §362(d) exists. There is insufficient equity in the Property for Debtor due to the value of the Property being insufficient to pay MB Financial's first-position secured claim.

20. Debtor's original Schedule A listed the value of the Property as $800,000. [Doc No. 9].[1] However, the amount of MB Financial's secured claim, as stated above, is more than $2.2 Million.

21. The Property is not necessary to an effective reorganization. Prior to entry of the Consent Judgment, a receiver was appointed to operate the Property in the Foreclosure Case. Debtor signed the Consent Agreement with the intent of transferring title of the Property to MB Financial in exchange for release from *in personam* liability. MB Financial would hold title to all 9 condominium units but for an administrative error contained in the Foreclosure Complaint.

22. Accordingly, Debtor has no equity in the Property and the Property is not necessary to an effective reorganization.

23. There is significant harm to MB Financial if this Order is not granted, as Debtor has failed to make loan payments or provide adequate protection since commencement of the Case. There is little harm to Debtor and their estate as there is insufficient equity in the Property to pay the balance of what is owed MB Financial, as holder of a first-priority security interest in the Property. Further, unsecured creditors of the bankruptcy estate will receive no benefit from the Property.

24. In such cases, bankruptcy courts properly lift the automatic stay and allow foreclosure actions to proceed. *See e.g., Edgewater Walk Apartments v. MONY Life Insurance*

---

[1] Debtor's amended Schedule A does not list the Property due to the undersigned notifying Debtor's counsel of entry of the Consent Judgment prior to the Petition Date.

5

*Co.*, 162 B.R. 490 (N.D. Ill. 1993) (upholding the bankruptcy court lifting of the automatic stay where the debtor could not prove equity in the property or the ability to effectively reorganize).

25.     In light of Debtor's lack of equity in the Property and inability to reorganize, the automatic stay should be modified to permit MB Financial to enforce its rights according to the law of the State of Illinois.

26.     MB Financial also requests that this Court waive the 14-day stay of any order granting this Motion pursuant to Fed. R. Bankr. P. 4001(a)(3) and authorize MB Financial to exercise its rights immediately upon entry of such Order.

WHEREFORE, MB Financial respectfully requests that this Court enter an Order: (i) modifying the automatic stay pursuant to § 362(d) of the Bankruptcy Code to permit MB Financial to enforce its rights under Illinois law, the Mortgage and the Consent Agreement regarding the property located at 5601-09 North Clark Street, Chicago, Illinois; (ii) waiving the 14-day stay under Fed. R. Bankr. P. 4001(a)(3) and authorizing MB Financial to exercise its rights in state court immediately upon entry of such order; and (iii) for such other and further relief as this Court deems just and appropriate.

DATE:  February 17, 2012                    Respectfully submitted,

                                            MB FINANCIAL BANK, N.A.


                                            By:   /s/ Richard A. Bixter, Jr.
                                                    One of Its Attorneys

Robert J. Labate
Richard A. Bixter, Jr.
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
(312) 263-3600

#10981465_v1

6