Firm No. 37472

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| MB FINANCIAL BANK, N.A., a national banking association, as successor in interest to Broadway Bank,<br><br>      Plaintiff,<br><br>v.<br><br>5601-09 CLARK COMMONS, INC.; 5601-09 N. CLARK ST., LLC; MOHAMMED T. SIDDIQUI a/k/a MOHAMMED SIDDIQI; MOHAMMAD QUADEER; CHICAGO TITLE LAND TRUST, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 29, 2005 AND KNOWN AS TRUST NUMBER 8002345462; CLARK BRYN MAWR MANOR CONDOMINIUM ASSOCIATION; INTERIOR OF STONE MIDWEST, INC.; CITY OF CHICAGO; IHSH (INTERNATIONAL HOSPITALITY SUPPLY HOUSE); EXCLUSIVE UP II, INC.; HOMES 4 YOU; UNKNOWN OWNERS and NON-RECORD CLAIMANTS,<br><br>      Defendants. | Case No. 11 CH 00221<br><br>Judge Darryl Simko<br><br>Property Address: 5601-09 North Clark Street, Chicago, IL |

## CONSENT JUDGMENT FOR FORECLOSURE

    This day comes the Plaintiff MB Financial Bank, N.A. ("Plaintiff" or "MB Financial") a national banking association, authorized to do business in the State of Illinois, by its attorneys, Holland & Knight LLP.

    And it appearing to the Court that the Plaintiff heretofore commenced this action by filing its Complaint against the 5601-09 CLARK COMMONS, INC.; 5601-09 N. CLARK ST., LLC; MOHAMMED T. SIDDIQUI a/k/a MOHAMMED SIDDIQI; MOHAMMAD QUADEER; CHICAGO TITLE LAND TRUST, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 29, 2005 AND KNOWN AS TRUST NUMBER 8002345462; CLARK BRYN MAWR MANOR CONDOMINIUM ASSOCIATION; INTERIOR OF STONE MIDWEST, INC.; CITY OF CHICAGO; HOMES 4 YOU; UNKNOWN OWNERS and NON-RECORD CLAIMANTS; that the affidavits required to make such unknown parties defendants to this action were duly filed and UNKNOWN OWNERS have been duly and regularly made parties defendant to this action in manner provided by law;


EXHIBIT G

That the persons designated as UNKNOWN OWNERS include other persons who are interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate, or some part thereof in this Complaint described as tenants in possession; and in addition other persons who are interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate, or some part thereof in this Complaint; that the name of each of such other persons interested in this action is unknown to the Plaintiff, and upon diligent inquiry cannot be ascertained, and all such persons are, therefore, made parties defendant to this action by the name and description of UNKNOWN OWNERS.

And the Court having examined the files and records in this cause and having examined the evidence and being fully advised in the premises finds that each of the Defendants in this cause have been duly and properly brought before the court, either through service of Summons or publication, all in manner provided by law; that due and proper notice has been given to each of the Defendants during the progress of this cause, as required by law and that this Court now has jurisdiction over all of the parties to this cause and the subject matter hereof;

And this cause coming on now to be heard upon the Complaint herein, and upon all other pleadings and upon all the files and matters of record herein;

And the Court being presented with an Agreement for Consent Judgment for Foreclosure pursuant to 735 ILCS 5/15-1402(a) ("Agreement for Consent Judgment");

And it further appearing to the Court that due notice of the presentation of this Consent Judgment has been given to all parties entitled thereto, and the court being fully advised in the premises, does find from the files, records and competent evidence herein, as follows:

That the Defendants, Chicago Title Land Trust, as Trustee under Trust Agreement dated November 29, 2005 and known as Trust Number 8002345462 ("Trustee"), the owner of the property which is the subject matter of this foreclosure, along with Mohammed Siddiqi ("Siddiqi"), Mohammad Quadeer ("Quadeer"), 5601-09 Clark Commons, Inc. ("Clark Commons") and 5601-09 N. Clark St., LLC ("Clark Street") (collectively, the "Borrower") have entered into an agreement for the entry of a Consent Judgment pursuant to 735 ILCS 5/15-1402(a); that Plaintiff has agreed to waive any and all rights to a personal judgment for deficiency or any other claims under the various agreements attached to Plaintiff's Verified Complaint as Exhibits 1, 2, 3 and 4 (collectively, the "Loan Documents") against the Defendants and any other person or persons potentially liable for the indebtedness or other obligations secured by the Mortgage or arising out of, from or in relation to any of the Loan Documents.

IT IS THEREFORE ORDERED AND ADJUDGED that Consent Judgment is hereby entered pursuant to 735 ILCS 5/15-1402(a) and that absolute title to the real property which is the subject matter of this foreclosure and all improvements thereon are hereby vested in the Plaintiff free and clear of all claims, liens and interests of all Defendants in this foreclosure and of all persons claiming by, through or under the such Defendants.

      The Court hereby retains jurisdiction of the subject matter of this cause and of all the parties hereto, for the purpose of enforcing this Judgment and expressly finds that there is no just reason for delaying the enforcement of this Judgment or an appeal therefrom.

                            ENTER:_____
                                                     Judge

Francis L. Keldermans  
Darren H. Goodson  
Holland & Knight LLP  
131 South Dearborn Street, 30th Floor  
Chicago, Illinois 60603  
(312) 263-3600  
Firm No. 37472  
#10181944_v1

