**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMED T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Honorable Judge Schmetterer |

## NOTICE OF MOTION

To:   Attached Service List

PLEASE TAKE NOTICE that, on November 26, 2012, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jack B. Schmetterer, or any judge sitting in his place and stead, in courtroom 682 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present a **Motion for Approval of Settlement with MB Financial**.

Dated: November 19, 2012              */s/ Nicole A. Elipas*

                        Andrew J. Maxwell (ARDC #1799150)
                        Nicole A. Elipas (ARDC# 6303236)
                        Maxwell Law Group, LLC
                        105 W. Adams St., Suite 3200
                        Chicago, IL 60603
                        312/368-1138

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 19, 2012, we caused this document to be served upon the persons identified on the attached service list by ❑ personally delivering a copy to the recipient at his or her respective address before 4:00 P.M; or ☑ mailing a copy to the recipient at his or her respective address by depositing the same in United States Post Office Box with proper first class postage affixed thereto; or ❑ personally delivering a copy to the recipient at his or her respective facsimile transmittal number, this transmittal being sent from a facsimile machine at 312-368-1080, and a copy of the facsimile transmittal record being attached hereto; or, ☑ electronically delivering a copy through the Court's CM/ECF filing system.

                        */s/ Nicole A. Elipas*  __

**SERVICE LIST**

City of Chicago
c/o Esther E. Tryban Telser
Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602

MB Financial Bank, N.A.
Attn: Richard A. Bixter, Jr.
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603

RoundPoint Mortgage Servicing Corporation
State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525

U.S. Bankruptcy Court Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604

4635-41 N. Broadway, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

5601-09 Clark Commons, Inc.
7324 N Western Ave
Chicago, IL 60645

5601-09 N. Clark St, LLC
1350 W. Thorndale Ave., Suite 1
Chicago, IL 60660

ASAT, Inc.
1516W. Farwell
Chicago, IL 60626

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave, Suite 618
Chicago, IL 60603

Abdul Mohammed
3337 W Argyle Unit 1 Chicago, IL 60625

Abdul Mohammed
4956 N Christiana Unit 1
Chicago, IL 60625

Adducci, Dorf, Lehner, et al.,P.C.
150 N. Michigan Ave.
Suite 2130
Chicago, IL 60601

Albany Park Manor
c/o David Rudolph
111 W. Washington St.
Suite 823
Chicago, IL 60602

Albany Park Manor, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Alissa Luck
4646-50 N. Winthrop
Chicago, IL 60640

Amy Vondra Stark
c/o Piccione Keely & Associates, Ltd
122 S. County Farm Rd.
Wheaton,IL 60187

Andrew Beredo
4646-50 N. Winthrop Chicago, IL 60640

Aurora Loan Services
10350 Park Meadows Dr. Lone Tree, CO 80124

Bernard I. Citron, Esq.
c/o Thompson Coburn LLP 55 East Monroe Street
37th Floor
Chicago, IL 60603

Brett Anderson
4966 N Spaulding, Unit 3
Chicago, IL 60625

Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603

Carolina Hernando
4958 N Spaulding Unit 2 Chicago, IL 60625

Carrie Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Charles Levy & Associates, Ltd.
One N. LaSalle St., Suite 1525
Chicago, IL 60602

Chase Western Commons, Inc.
One N. LaSalle St., Suite 1525
Chicago, IL 60602

Chicago Title Land Trust
171 N Clark Street, Suite 575
Chicago, IL 60601

City of Chicago
c/o Corporation Counsel
30 N LaSalle, Suite 800
Chicago, IL 60602

Clark Bryn Mawr Mano Condo Assoc.
7324 N. Western Ave.
Chicago, IL 60645

Clark Hill PLC
150 N. Michigan Ave.
Suite 2700
Chicago, IL 60601

CoreLogic Tax Services LLC
PO Box 961230
Fort Worth, TX 76161-0230

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

David McLaughlin Jr
4964 N Spaulding Unit 3
Chicago, IL 60625

Eileen Rhodes
c/o Kahn Sanford, Ltd.
180 N. LaSalle St. Suite 2025
Chicago, IL 60601

Eric C Tames
4964 N Spaulding, Unit 2
Chicago, IL 60625

Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Hanna Architects
180 W. Washington St. Suite 600
Chicago, IL 60602

Homes 4 You, Inc.
One N. LaSalle St. Suite 1525
Chicago, IL 60602

Illinois Department of Revenue
100 W. Randolph Ave
Level 7-410
Chicago, IL 60601

Interior of Stone Midwest, Inc.
c/o Barbara Sankowski
1801 N. Humboldt Blvd
Chicago, IL 60647

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams & Von
Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL 60610

Javed Khan
3343 W. Argyle, Unit 2
Chicago, IL 60625

Jennifer Bakjia
4646-50 N. Winthrop
Chicago, IL 60640

John Hanna
180 W. Washington St.
Suite 600
Chicago, IL 60602

Leila Shekarhar
c/o Charles Levy Esq.
1 S. LaSalle St., Suite 1525
Chicago, IL 60602

M Lbarra
3341 W Argyle, Unit 3
Chicago, IL 60625

Maggie Marystone
4646-50 N. Winthrop
Chicago, IL 60640

Mahendra Patel
3343 W. Argyle Unit 1
Chicago, IL 60625

Mallin Castles, Inc.
c/o Charles Levy
1 North LaSalle St. Suite 1525
Chicago, IL 60602

Mark Picchiotti
4646-50 N. Winthrop
Chicago, IL 60640

Marybeth and Joseph Santos
4966 N Spaulding, Garden Unit
Chicago, IL 60625

Melissa Perez
4964 N Spaulding Unit 1
Chicago, IL 60625

Michael Bagdade
4646-50 N. Winthrop
Chicago, IL 60640

Mohammed Ghani
10001 W. Roosevelt Rd. Suite 304
Westchester, IL 60154

Mohammed Ghani, M.S.
10001 West Rooseveld Rd.
Suite 304
Westchester, IL 60154

Mohammed Quadeer
c/o Madison Law Group., Ltd.
205 W. Randolph St. Suite 1801
Chicago, IL 60606

Montauk Credit Union
111 W. 76th St.
New York, NY 10001

National Bank of Commerce
1127 Tower Avenue
PO Box 99
Superior, WI 54880

Neda Zabadneh
4966 N Spaulding Unit 2
Chicago, IL 60625

Olimpio Ruiz
4958 N Spaulding Unit 1
Chicago, IL 60625

Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Prairie Material, Inc.
7601 West 79th Street
Bridgeview, IL 60455

Ravinderredy Gnanreddy
3335 W Argyle Unit 1
Chicago, IL 60625

Republic Bank
c/o Jones & Jacobs
77 W. Washington St.
Suite 2100
Chicago, IL 60602

Robert S Hill
4966 N Spaulding Unit 1
Chicago, IL 60625

Run Around Cab Co., Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Sarah K Wonnell
4962 N Spaulding Unit 1
Chicago, IL 60625

Shanur Khan
2150 W. Devon Ave.
Chicago, IL 60645

Shanur Khan
3335-37 W Argyle Unit 2
Chicago, IL 60625

State Bank of Countryside
c/o Burke & White, P.C.
5330 Main Street, Suite 200
Downers Grove, IL 60515

Sunrise Development of
Chicago, LLC
1 N. LaSalle St., Suite 1525
Chicago, IL 60602

Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL 60602

Vatra Construction, Inc.
202 79th St
Willowbrook, IL 60527

Washington Bajana
4964 N Spaulding Unit G
Chicago, IL 60625

Wells Fargo
P.O. Box 4233
Portland, OR 97208-4233

Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL 60640

ZAT, Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Zakir Shah
4954 N Christiana Unit 2
Chicago, IL 60625

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605

Josefina Vigo
1312 West Early Ave., Apt 1C
Chicago, IL 60660

City of Chicago
Attn: Greg Janes
30 N. LaSalle St., Suite 700
Chicago, IL 60602

Daniel Nelson
Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Christopher Lega
39 S. LaSalle St., Suite 820
Chicago, IL 60603
State Bank of Countryside

Janice Driggers
1430 Branding Ave., Ste 175
Downers Grove, IL 60515

James Nick Pappas
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410

Mohammad T. Siddiqui
1516 West Farwell
Chicago, IL 60626

Greg Garofalo
Garofalo Law Group
161 North Clark St., Ste 4700
Chicago, IL 60601

Dino Agudo
Law Office of Dino Agudo
2021 Midwest Rd., Suite 200
Oakbrook, IL 60523

Ronald R. Peterson
Jenner & Block
353 N. Clark St., 36th Fl
Chicago, IL 60654

S&S Taxicabs One, Inc.
c/o Rahul Parikh
5200 N. Otto Avenue
Chicago, IL 60656

S&S Taxicabs Two, Inc.
c/o Shanur Khan
2150 W. Devon Ave., Apt. 5E
Chicago, IL 60626

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMED T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Honorable Judge Schmetterer |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENTWITH**
**MB FINANCIAL AND FOR MODIFICATION OF THE AUTOMATIC STAY**

Richard J. Mason, not individually, but solely in his capacity as chapter 7 Trustee ("**Trustee**"), hereby moves, pursuant to Fed. R. Bankr. P. 9019(a) and (b), 4001(d)(1)(A)(iii) and 2002, for an order approving the settlement agreement with MB Financial Bank, N.A. ("**MB Financial**"), a true copy of which is attached as **Exhibit 1** (the "**Settlement Agreement**"). In support of its Motion, the Trustee respectfully states:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b) (2). Venue is proper before this Court pursuant to 28 U.S.C. § 1408 and 1409.

2.      The statutory basis for the relief requested is found in Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**BACKGROUND**

3.      On or about March 29, 2006, Chicago Title Land Trust Company, as Trustee under Trust Agreement dated November 29, 2005 and known as Trust No. 8002345462 ("**Trustee**"), Mohammad Siddiqui ("**Debtor**"), Mohammad Quadeer , 5601-09 Clark Commons, Inc., and 5601-09 N. Clark St., LLC (collectively "**Borrower**"), entered into a Construction Loan Agreement ("**Loan Agreement**") with Broadway Bank, Plaintiff's predecessor-in-interest. A

1

true and correct copy of the Loan Agreement was previously attached as **Exhibit A** to Docket Entry #50.

4. The Loan Agreement was modified on November 30, 2007 by a Loan Modification Agreement ("**Loan Amendment**"). A true and correct copy of the Loan Amendment was previously attached as **Exhibit B** to Docket Entry #50.

5. In conjunction with the Loan Agreement, Borrower executed a Loan Note, promising to pay Broadway Bank the principal amount of Four Million Five Hundred Twenty-Five Thousand Dollars ($4,525,000.00). A true and correct copy of the Loan Note ("**Note**") was previously attached as **Exhibit C** to Docket Entry #50.

6. As security for the obligations under the Note, Trustee executed (i) a Construction Mortgage and Security Agreement for the benefit of Broadway Bank, which was recorded with the Cook County Recorder of Deeds on April 25, 2006 as Document No. 0611542026 ("**Mortgage**"); and (ii) an Assignment of Rents and Leases ("**Assignment of Rents**"), which was recorded with the Cook County Recorder of Deeds as Document No. 0611542027 on April 25, 2006. A true and correct copy of each of the Mortgage and Assignment of Rents was previously attached as **Exhibit D** to Docket Entry #50.

7. The Mortgage grants to Broadway Bank, among other things, a first-position mortgage lien for condominium units 1520-G, 1520-1, 1520-2 located at 5601-5609 N. Clark Street, Chicago, IL (the "**Property**").

8. In April 2010, the Director of the Illinois Department of Financial and Professional Regulation requested that the Federal Deposit Insurance Corporation ("FDIC") immediately accept appointment as the receiver of Broadway. On April 23, 2010, Broadway was closed by the Illinois Department of Financial and Professional Regulation, Division of

Banking, and the FDIC was appointed as Receiver of Broadway. On this same date, MB Financial received approval of the OCC to purchase certain assets of Broadway, including, but not limited to, the Loan Documents at issue in this litigation. Accordingly, pursuant to this purchase, MB Financial acquired the loan documents at issue through assignment.

9. An Event of Default occurred under the Loan Documents and, as a result, on January 4, 2011, MB Financial filed its Complaint for Foreclosure of Mortgage ("**Complaint**") in the Circuit Court of Cook County. A true and correct copy of the Verified Amended Complaint to Foreclose Mortgage was previously attached as **Exhibit E** to Docket Entry #50.

10. On May 18, 2011, the Borrowers and MB Financial entered into an Agreement for Entry of a Consent Judgment ("**Consent Agreement**"). A true and correct copy of the Consent Agreement was previously attached as **Exhibit F** to Docket Entry #50.

11. As provided by the Consent Agreement, Borrower agrees to the entry of a Consent Judgment for Foreclosure, pursuant to 735 ILCS 5/15-1402, whereby absolute title to the Property and other property of Debtor is vested in MB Financial in exchange for the release of the Borrower for any *in personam* liability under the Note. Consent Agreement ¶¶ 1-3.

12. On October 31, 2011, the Circuit Court of Cook County entered a Consent Judgment for Foreclosure ("**Consent Judgment**") ordering that "absolute title to the real property which is the subject matter of this foreclosure and all improvements thereon are hereby vested in [MB Financial] free and clear of all claims, liens and interests." A true and correct copy of the Consent Judgment was previously attached as **Exhibit G** to Docket Entry #50.

13. On December 7, 2011 (the "**Petition Date**"), Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

3

14. MB Financial now realizes that the Foreclosure Complaint and subsequent Consent Judgment failed to properly list the legal description for the Property. The Trustee has also questioned the validity of MB Financial's lien on the Property due to corrective recordations filed with the Cook County Recorder prior to the Petition Date.

15. In order to avoid litigation on this matter, the Trustee and MB Financial wish to settle this matter amicably, and the Trustee moves for authorization to enter into the Settlement Agreement attached as **Exhibit 1**, which includes the following terms:

- The Trustee agrees to modification of the automatic stay to permit MB Financial to enforce its rights under Illinois law, the Consent Agreement and the Mortgage, including entry of an Order in state court amending the Consent Judgment to properly identify the Property;

- Upon sale of the Property by MB Financial to a third-party, MB Financial shall transfer to the Trustee 50% of the net sale proceeds for the benefit of Debtor's bankruptcy estate; and

- MB Financial waives any *in personam* deficiency claim it has against Debtor solely in connection with the Property and the Clark Street Mortgage.

16. The Settlement Agreement is in the best interests of the estate because it avoids costly litigation, lowers the amount of unsecured claims against the state, and results in sale proceeds for the benefit of unsecured creditors.

## BASIS FOR RELIEF

17. Bankruptcy Rule 9019 provides, in part, that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a). Compromises are tools for expediting the administration of the case and for reducing administrative costs and are favored in bankruptcy. *See Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000).

4

18. Courts may approve "settlements that are in the best interests of the estate." *In re Doctors Hospital of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007).

19. The benchmark for determining the propriety of a bankruptcy settlement under Bankruptcy Rule 9019(a) is whether the settlement is fair and equitable and in the best interests of the estate. *Depoister v. Mary M. Holloway Found.*, 36 F.3d 582, 586 (7th Cir. 1994); *In re Energy Coop., Inc.*, 886 F.2d 921, 927 (7th Cir. 1989); *LaSalle Nat'l Bank v. J. William Holland, Chapter 7 Trustee for the Estate of Am. Reserve Corp. (In re Am. Reserve Corp.)*, 841 F.2d 159, 161-162 (7th Cir. 1987).

20. The Trustee believes that entering into the Settlement Agreement is fair and equitable and in the best interest of the Debtor's estate. The Settlement Agreement allows the Debtor's estate to maximize its interest in the Clark Street Property in comparison to costly litigation with MB Financial over the validity and extent of its lien. The Debtor's estate will receive 50% of the net sale proceeds from the sale of the Property subsequent to consensual foreclosure. Moreover, MB Financial has agreed to waive any deficiency claim it may have against Debtor in connection with the Clark Street Mortgage and corresponding loan documents.

21. Trustee has provided approximately seven (7) days notice of this Motion to Debtor, Debtor's counsel, the United States Trustee, and to scheduled creditors of the Debtor, as reflected on the attached service list. To the extent possible, service was made pursuant to Section II (B) (4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and if not possible then by depositing same in the United States Mail, first class postage prepaid. Trustee requests that any further notice to creditors be waived for good cause shown, specifically that any further notice requirement and any further costs expended beyond what is absolutely necessary will merely

deplete the amount of funds in the estate. Federal Rule of Bankruptcy Procedure 2002(h) specifically authorizes this Court to limit notice.

WHEREFORE, the Trustee respectfully requests that this Court enter an order substantially in the form attached hereto (i) approving and authorizing the Settlement Agreement and the terms and provisions thereof and (ii) granting such further relief as the Court deems just and proper.

Dated: November 19, 2012                                      Respectfully submitted,


By:    */s/ Nicole A. Elipas*
       One of His Attorneys

Andrew J. Maxwell (ARDC #1799150)
Nicole A. Elipas (ARDC# 6303236)
Maxwell Law Group, LLC
105 W. Adams St., Suite 3200
Chicago, IL 60603
312/368-1138