# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| | ) Case No. 11-49222 |
| **MOHAMMAD T. SIDDIQUI,** | ) |
| | ) Hon. Jack B. Schmetterer |
| Debtor. | ) |
| | ) Hearing Date: October 24, 2013 |
| | ) Hearing Time:  10:00 a.m. |
| | ) |

## NOTICE OF MOTION

To:     See Attached Service List

**PLEASE TAKE NOTICE THAT** on **Thursday, October 24, 2013**, at the hour of **10:00 a.m.**, we shall appear before the Honorable Judge Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in his stead), in courtroom 682 (or such other courtroom as may be designated by the Court) of the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois 60604, and shall then and there present the **TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL SETTLEMENT PAYMENT TO SHANUR KHAN**, a copy of which is attached hereto and herewith served upon you, at which time you may appear as you see fit.

Dated: September 30, 2013                                Respectfully submitted,

                                /s/   Patricia K. Smoots
                                Counsel to Richard J. Mason, not
                                individually, but solely as the Trustee of
                                The Bankruptcy Estate of Mohammad T. Siddiqui

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312)849-8100

# CERTIFICATE OF SERVICE

     I, Patricia K. Smoots, do hereby certify that, on this 30th day of September, 2013, I caused the foregoing **Notice of Motion** and **TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL SETTLEMENT PAYMENT TO SHANUR KHAN,** to be served by filing via the Court's electronic filing system, designed to effect service on all persons who have registered in the above-captioned case to receive such service, and by United States mail on all persons on the attached service list.

                                                  /s/   Patricia K. Smoots

**SERVICE LIST**

City of Cicago,
a municipal corporation
c/o Esther E. Tryban Telser
City of Chicago;
Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602

JPMorgan Chase Bank,
National Association
MB Financial Bank, N.A.
Attn: Richard A. Bixter, Jr.
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603

RoundPoint Mortgage Servicing
Corporation
State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

4635-41 N. Broadway, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

5601-09 Clark
Commons, Inc.
7324 N Western Ave
Chicago, IL 60645

5601-09 N. Clark St, LLC
1350 W. Thorndale Ave.,
Suite 1
Chicago, IL 60660

ASAT, Inc.
1516 W. Farwell
Chicago, IL 60626

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave.
Suite 618
Chicago, IL 60603

Abdul Mohammed
3337 W Argyle Unit 1
Chicago, IL 60625

Abdul Mohammed
4956 N Christiana Unit 1
Chicago, IL 60625

Adducci, Dorf, Lehner, Mitchell
& Blankenship, P.C.
Marshall L. Blankenship
150 N. Michigan Ave., Ste 2130
Chicago, IL 60601

Albany Park Manor
c/o David Rudolph
111 W. Washington St.
Suite 823
Chicago, IL 60602

Albany Park Manor, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Alissa Luck
4646-50 N. Winthrop
Chicago, IL 60640

Amy Vondra Stark
c/o Piccione Keely &
Associates, Ltd
122 S. County Farm Rd.
Wheaton, IL 60187

Andrew Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Aurora Loan Services
10350 Park Meadows Dr.
Lone Tree, CO 80124

Bernard I. Citron, Esq.
c/o Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603

Brett Anderson
4966 N Spaulding Unit 3
Chicago, IL 60625

Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603

Carolina Hernando
4958 N Spaulding Unit 2
Chicago, IL 60625

Carrie Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Charles Levy &
Associates, Ltd.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chase Western
Commons, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chicago Title Land Trust
171 N Clark Street Suite 575
Chicago, IL 60601

City of Chicago
c/o Corporation Counsel
30 N LaSalle, Suite 800
Chicago, IL 60602

Clark Bryn Mawr Mano Condo
Assoc.
7324 N. Western Ave.
Chicago, IL 60645

Clark Hill PLC
150 N. Michigan Ave.
Suite 2700
Chicago, IL 60601

CoreLogic Tax Services LLC
PO Box 961230
Fort Worth, TX 76161-0230

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

David McLaughlin Jr
4964 N Spaulding Unit 3
Chicago, IL 60625

Eileen Rhodes
c/o Kahn Sanford, Ltd.
180 N. LaSalle St.
Suite 2025
Chicago, IL 60601

Eric C Tames
4964 N Spaulding Unit 2
Chicago, IL 60625

Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Hanna Architects
180 W. Washington St.
Suite 600
Chicago, IL 60602

Homes 4 You, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601

Interior of Stone
Midwest, Inc.
c/o Barbara Sankowski
1801 N. Humboldt Blvd
Chicago, IL 60647

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams
& Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL 60610

Javed Khan
3343 W Argyle Unit 2
Chicago, IL 60625

Jennifer Bakjia
4646-50 N. Winthrop
Chicago, IL 60640

John Hanna
180 W. Washington St.
Suite 600
Chicago, IL 60602

Leila Shekarhar
c/o Charles Levy Esq.
1 S. LaSalle St., Suite 1525
Chicago, IL 60602

M Lbarra
3341 W Argyle Unit 3
Chicago, IL 60625

MB Financial Bank, N.A.
Attn: Richard A. Bixter
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, IL 60603

MB Financial Bank, N.A.
c/o Holland & Knight, LLP
131 S. Dearborn St.
30th Floor
Chicago, IL 60603

Maggie Marystone
4646-50 N. Winthrop
Chicago, IL 60640

Mahendra Patel
3343 W Argyle Unit 1
Chicago, IL 60625

Mallin Castles, Inc.
c/o Charles Levy
1 North LaSalle St.
Suite 1525
Chicago, IL 60602

Mark Picchiotti
4646-50 N. Winthrop
Chicago, IL 60640

Marybeth and Joseph Santos
4966 N Spaulding Garden Unit
Chicago, IL 60625

Melissa Perez
4964 N Spaulding Unit 1
Chicago, IL 60625

Michael Bagdade
4646-50 N. Winthrop
Chicago, IL 60640

Mohammed Ghani, M.S.
10001 West Rooseveld Rd.
Suite 304
Westchester, IL 60154

Mohammed Quadeer
c/o Madison Law
Group., Ltd.
205 W. Randolph St.
Suite 1801
Chicago, IL 60606

Montauk Credit Union
111 W. 76th St.
New York, NY 10001

National Bank of Commerce
1127 Tower Avenue
PO Box 99
Superior, WI 54880

Neda Zabadneh
4966 N Spaulding Unit 2
Chicago, IL 60625

Olimpio Ruiz
4958 N Spaulding Unit 1
Chicago, IL 60625

Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Prairie Material, Inc.
7601 West 79th Street
Bridgeview, IL 60455

Ravinderredy Gnanreddy
3335 W Argyle Unit 1
Chicago, IL 60625

Republic Bank
c/o Jones & Jacobs
77 W. Washington St.
Suite 2100
Chicago, IL 60602

Robert S Hill
4966 N Spaulding Unit 1
Chicago, IL 60625

Run Around Cab Co., Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Sarah K Wonnell
4962 N Spaulding Unit 1
Chicago, IL 60625

Shanur Khan
2150 W. Devon Ave. Apt. 5E
Chicago, IL 60659

Shanur Khan
3335-37 W Argyle Unit 2
Chicago, IL 60625

State Bank of Countryside
c/o Burke & Hanley
1430 Branding Ave, Suite 175
Downers Grove, IL 60515

Sunrise Development of
Chicago, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL 60602

Vatra Construction, Inc.
202 79th St
Willowbrook, IL 60527

Washington Bajana
4964 N Spaulding Unit G
Chicago, IL 60625

Wells Fargo
P.O. Box 4233
Portland, OR 97208-4233

Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL 60640

ZAT, Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Zakir Shah
4954 N Christiana Unit 2
Chicago, IL 60625

Zakir Shah
4956 N Christiana Unit 2
Chicago, IL 60625

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605

Josefina Vigo
1312 West Early Avenue
Apt 1 C
Chicago, IL 60606

City of Chicago
Attn:  Greg Janes
30 N. LaSalle Street
Suite 700
Chicago, IL  60602

Daniel Nelson
Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL  60187

Christopher Lega
39 S. LaSalle Street
Suite 820
Chicago, IL  60603

State Bank of Countryside
Janice Driggers
c/o Burke & Handley
1430 Branding Ave, Ste 175
Downers Grove, IL 60515

James Nick Pappas
Burke Costanza &
Carberry LLP
9191 Broadway
Merrillville, IN  46410

Denise A. DeLaurent
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL  60604

Mohammad T. Siddiqui
1516 West Farwell
Chicago, IL 60626

Greg Garofalo
Garofalo Law Group
161 North Clark Street
Suite 4700
Chicago, IL  60601

Dino Agudo
Law Office of Dino Agudo
2021 Midwest Road
Suite 200
Oakbrook, IL  60523

Ronald R. Peterson
Jenner & Block
353 N. Clark Street
36th Flr.
Chicago, IL  60654

S&S Taxicabs One, Inc.
c/o Rahul Parikh
5200 N. Otto Avenue
Chicago, IL  60656

S&S Taxicabs Two, Inc.
c/o Shanur Khan
2150 W. Devon Avenue
Apt. 5E
Chicago, IL  60626

Chester H. Foster, Jr.
Foster & Smith
3825 W. 192nd Street
Homewood, IL  60430

State Bank of Countryside
c/o Burke & Handley
Edmond P. Burke PC and
Janice Diggers
1430 Branding Ave, Suite 175
Downers Grove, IL  60515-1193

American InfoSource LP as
agent for Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

3

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC, its successors and
assigns as assignee of Citibank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Citibank, N.A.
c/o American InfoSource LP
P.O. Box 248840
Oklahoma City, OK 73124-8840

5601-09 North Clark St. LLC
and Mohammed Quadeer
c/o Johnson Legal Group
39 S. LaSalle St., #820
Chicago, IL 60603

Bridgeview Bank Group
c/o Greiman, Rome &
Greismeyer, LLC
200 W. Madison St., Ste 755
Chicago, IL 60606

JPMorgan Chase Bank, NA
c/o Cohon Raizes & Regal LLP
Amy E. Daleo
208 S. LaSalle St., Ste 1860
Chicago, IL 60604

City of Chicago
Department of Finance
Bankruptcy Unit
121 N. LaSalle St, Room 107A
Chicago, IL 60602-1288

Prairie Material, Inc.
VCNA Prairie Inc.
c/o John J. O'Leary
20 N. Clark St., Ste 3200
Chicago, IL 60602

Forming America Ltd.
c/o James Langkamp
1200 N. Prince Crossing Road
West Chicago, IL 60185

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430

Dennis E. Quaid
53 W. Jackson Blvd.
Suite 1442
Chicago IL 60604

City of Chicago
c/o Esther Tryban Telser
City of Chicago;
Department of Law
30 N. LaSalle St.
Room 1400
Chicago IL 60602

4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 7 <br> ) <br> ) Case No. 11-49222 |
| MOHAMMAD T. SIDDIQUI, | ) <br> ) Hon. Jack B. Schmetterer |
| Debtor. | ) <br> ) Hearing Date: October 24, 2013 <br> ) Hearing Time:  10:00 a.m. <br> ) |

**TRUSTEE'S MOTION FOR AUTHORITY TO MAKE FINAL SETTLEMENT PAYMENT TO SHANUR KHAN**

Pursuant to **11 U.S.C. §§ 105** and **503(b)** and this Court's prior order approving that certain Settlement and Release Agreement by and between the Trustee and Shanur Khan and certain of his affiliates **[Docket No. 175]**, Richard J. Mason, not individually but solely as the trustee ("Trustee") of the chapter 7 bankruptcy estate of Mohammad T. Siddiqui ("Siddiqui" or "Debtor"), hereby requests this Court to enter an order authorizing the Trustee to make the final settlement payment of $75,000.00 to Shanur Khan, as an administrative expense of the Estate, and in support of this motion ("Motion"), the Trustee respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334(a), (b).

2. This Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(B), (M) and (O).

3. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

4. This Motion is brought under 11 U.S.C. §§ 105 and 503(b).

**Background and Prior Approval of the Khan Settlement Agreement**

5. On or about December 7, 2011 ("Petition Date") the Debtor filed his Bankruptcy Case.

6. Shortly thereafter, Mason was appointed Trustee.

7. Shanur Khan ("Khan"), who was a business associate and friend of the Debtor, claimed that on or about March 28, 2011, he entered into lease and option agreements with Debtor's affiliated entities, Run Around Cab, Inc. ("Run Around") and Z.A.T., Inc. ("ZAT") whereby they leased to him a total of 10 taxicab medallions ("Medallions") and afforded him the option of purchasing the Medallions.

8. Khan also claimed that he made certain pre-bankruptcy loans or advances to the Debtor over and above any sums he received from the Debtor. Khan filed a proof of claim against the Estate seeking to recover the net amounts he claimed to have loaned ("Khan Claim").

9. Shortly after the Petition Date, a lender – Montauk Credit Union ("Montauk") – to whom the Debtor had pledged the Medallions as collateral for certain loans, sought to foreclose on the Medallions. With Court approval, Montauk sold the Medallions at an auction sale pursuant to Article 9 of the Uniform Commercial Code ("UCC Sale") and, after satisfying the amounts owed to it and to the City of Chicago with respect to the Medallions, turned over the net sale proceeds ("Net Proceeds") to the Trustee to hold in a segregated account.

10. The Net Proceeds turned over to the Trustee by Montauk that are attributable to the Medallions owned by Run Around totaled $1,746,600.00 (the "Run Around Net Sale Proceeds").

11. The UCC Sale of the Medallions generated certain taxable gains to Run Around and ZAT, and, because Run Around and ZAT are sub-chapter S corporations, the Trustee anticipated that the Estate, as sole shareholder, would incur federal and state tax obligations.

12. The Trustee filed an adversary complaint against Khan and his affiliates (Adversary Proceeding No. 12-A-01801 (the "Khan Adversary")), challenging the Khan Claim and seeking, among other things, to avoid certain pre-petition transfers by the Debtor to Khan, and to avoid the agreements between Khan and ZAT and Run Around with respect to the Medallions.

13. The Trustee also filed an adversary proceeding against Josefina Vigo ("Vigo"), who claimed to own 50% of the stock of Run Around (Adversary Proceeding No. 12-A-01517 ("Vigo Adversary")).

14. The Trustee settled his disputes with Khan pursuant to a written settlement agreement ("Khan Settlement"), and in April, 2013, the Khan Settlement was approved by this Court. [Docket No. 175].

15. The Khan Settlement resolved the Khan Claim, resolved the dispute as to the Net Proceeds derived from the UCC Sale of the ZAT Medallion and resolved one of the two disputes with respect to the Run Around Net Sale Proceeds. It also advanced the Trustee's position and put the Estate in a position to resolve the remaining dispute – with Vigo – over the Run Around Net Sale Proceeds.

16. The Khan Settlement called for an initial settlement payment of $25,000.00 to Khan (which the Estate has paid) and a contingent administrative priority claim of up to a maximum of $75,000 ("Khan Contingent Administrative Claim"), to be paid from the Run Around Net Sale Proceeds pursuant to a formula, after adjudication or resolution of the Vigo Adversary and after certain reductions.

17. Specifically, the Khan Settlement Agreement provided that Khan was to receive the lesser of: (i) 20% of the Trustee's Net Cash Recovery from the Vigo Settlement or (ii)

3

$75,000. The Trustee's Net Cash Recovery can be summarized as the Trustee's recovery from the Run Around Net Sale Proceeds, after making any settlement payment to Vigo called for under the Vigo Settlement, and after deducting the administrative professional fees and expenses allowed or accrued at the time of the Vigo Final Order and all taxes due or expected to be due or payable by the Estate.

18. The Trustee has now determined, based on: (i) the Run Around Net Sale Proceeds of $1,746,600; (ii) the $225,000 Vigo settlement payment; (iii) the administrative expenses accrued to date; and (iv) the taxes due (as determined by the Estate's accountant), that 20% of the Trustee's Net Cash Recovery from the Vigo Settlement exceeds $75,000. Accordingly, the Khan Settlement Agreement formula calls for a payment to Khan of $75,000.00.

19. The Trustee now seeks authority, pursuant to 11 U.S.C. §503(b) and the already approved Khan Settlement Agreement, to pay the Khan Contingent Administrative Claim, in the amount of $75,000.00, as an administrative expense of the Estate.

**WHEREFORE**, the Trustee respectfully requests this Court to enter an order:

A. Granting this Motion;

B. Authorizing the Trustee to pay the Khan Contingent Administrative Claim, in the amount of $75,000.00, as an administrative expense of the Estate; and

4

C.  Granting the Trustee such other and further relief as this Court deems just and proper.

Dated: September 30, 2013    /s/ Patricia K. Smoots
One of the Attorneys for
**RICHARD J. MASON,**
**CHAPTER 7 TRUSTEE**
Richard J. Mason, P.C. (ARDC #01787659)
Patricia K. Smoots (ARDC #06194076)
Paul J. Catanese (ARDC #06292530)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1815
(312) 849-8100

5