**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMAD T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time:  10:00 a.m. |
| | ) | |

**NOTICE OF FIFTH AND FINAL FEE APPLICATION**

To:   See Attached Service List

On November 2, 2015, McGuireWoods, LLP ("McGuireWoods") filed the **Fifth and Final Fee Application of McGuireWoods LLP for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").** McGuireWoods seeks $51,277.00 in compensation and $1,057.98 in expense reimbursement. A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **November 24, 2015**, at the hour of **10:00 a.m.** before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 682 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on **November 24, 2015**, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219

South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **November 24, 2015** at

**10:00 a.m.**

If you do not object, the Court may grant the relief requested.


By:  /s/ Patricia K. Smoots


Richard J. Mason, P.C.
Patricia K. Smoots
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that she caused copies of the foregoing **FIFTH AND FINAL APPLICATION OF MCGUIREWOODS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE (the "Application") and the Notice of the same** to be served on this 2nd day of November, 2015 via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all other parties on the attached Service List via United States mail, proper postage prepaid.

                                            /s/ Patricia K. Smoots
                                              Patricia K. Smoots

**SERVICE LIST**

City of Cicago,
a municipal corporation
c/o Esther E. Tryban Telser
City of Chicago;
Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602

JPMorgan Chase Bank,
National Association
MB Financial Bank, N.A.
Attn: Richard A. Bixter, Jr.
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603

RoundPoint Mortgage Servicing
Corporation
State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

4635-41 N. Broadway, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

5601-09 Clark
Commons, Inc.
7324 N Western Ave
Chicago, IL 60645

5601-09 N. Clark St, LLC
1350 W. Thorndale Ave.,
Suite 1
Chicago, IL 60660

ASAT, Inc.
1516 W. Farwell
Chicago, IL 60626

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave.
Suite 618
Chicago, IL 60603

Abdul Mohammed
3337 W Argyle Unit 1
Chicago, IL 60625

Abdul Mohammed
4956 N Christiana Unit 1
Chicago, IL 60625

Adducci, Dorf, Lehner, Mitchell
& Blankenship, P.C.
Marshall L. Blankenship
150 N. Michigan Ave., Ste 2130
Chicago, IL 60601

Albany Park Manor
c/o David Rudolph
111 W. Washington St.
Suite 823
Chicago, IL 60602

Albany Park Manor, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Alissa Luck
4646-50 N. Winthrop
Chicago, IL 60640

Amy Vondra Stark
c/o Piccione Keely &
Associates, Ltd
122 S. County Farm Rd.
Wheaton, IL 60187

Andrew Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Aurora Loan Services
10350 Park Meadows Dr.
Lone Tree, CO 80124

Bernard I. Citron, Esq.
c/o Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603

Brett Anderson
4966 N Spaulding Unit 3
Chicago, IL 60625

Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603

Carolina Hernando
4958 N Spaulding Unit 2
Chicago, IL 60625

Carrie Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Charles Levy &
Associates, Ltd.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chase Western
Commons, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chicago Title Land Trust
171 N Clark Street Suite 575
Chicago, IL 60601

City of Chicago
c/o Corporation Counsel
30 N LaSalle, Suite 800
Chicago, IL 60602

Clark Bryn Mawr Mano Condo
Assoc.
7324 N. Western Ave.
Chicago, IL 60645

John R. Joyce
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

CoreLogic Tax Services LLC
PO Box 961230
Fort Worth, TX 76161-0230

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

David McLaughlin Jr
4964 N Spaulding Unit 3
Chicago, IL 60625

Eileen Rhodes
c/o Kahn Sanford, Ltd.
180 N. LaSalle St.
Suite 2025
Chicago, IL 60601

Eric C Tames
4964 N Spaulding Unit 2
Chicago, IL 60625

Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Hanna Architects
180 W. Washington St.
Suite 600
Chicago, IL 60602

Homes 4 You, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601

Interior of Stone
Midwest, Inc.
c/o Barbara Sankowski
1801 N. Humboldt Blvd
Chicago, IL 60647

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams
& Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL 60610

Javed Khan
3343 W Argyle Unit 2
Chicago, IL 60625

Jennifer Bakjia
4646-50 N. Winthrop
Chicago, IL 60640

John Hanna
180 W. Washington St.
Suite 600
Chicago, IL 60602

Leila Shekarhar
c/o Charles Levy Esq.
1 S. LaSalle St., Suite 1525
Chicago, IL 60602

M Lbarra
3341 W Argyle Unit 3
Chicago, IL 60625

MB Financial Bank, N.A.
Attn: Richard A. Bixter
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, IL 60603

MB Financial Bank, N.A.
c/o Holland & Knight, LLP
131 S. Dearborn St.
30th Floor
Chicago, IL 60603

Maggie Marystone
4646-50 N. Winthrop
Chicago, IL 60640

Mahendra Patel
3343 W Argyle Unit 1
Chicago, IL 60625

Mallin Castles, Inc.
c/o Charles Levy
1 North LaSalle St.
Suite 1525
Chicago, IL 60602

Mark Picchiotti
4646-50 N. Winthrop
Chicago, IL 60640

Marybeth and Joseph Santos
4966 N Spaulding Garden Unit
Chicago, IL 60625

Melissa Perez
4964 N Spaulding Unit 1
Chicago, IL 60625

Michael Bagdade
4646-50 N. Winthrop
Chicago, IL 60640

Mohammed Ghani, M.S.
10001 West Rooseveld Rd.
Suite 304
Westchester, IL 60154

Mohammed Quadeer
c/o Madison Law
Group., Ltd.
205 W. Randolph St.
Suite 1801
Chicago, IL 60606

Montauk Credit Union
111 W. 76th St.
New York, NY 10001

National Bank of Commerce
1127 Tower Avenue
PO Box 99
Superior, WI 54880

Neda Zabadneh
4966 N Spaulding Unit 2
Chicago, IL 60625

Olimpio Ruiz
4958 N Spaulding Unit 1
Chicago, IL 60625

Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Prairie Material, Inc.
7601 West 79th Street
Bridgeview, IL 60455

Ravinderredy Gnanreddy
3335 W Argyle Unit 1
Chicago, IL 60625

49074197_1

Republic Bank
c/o Jones & Jacobs
77 W. Washington St.
Suite 2100
Chicago, IL 60602

Robert S Hill
4966 N Spaulding Unit 1
Chicago, IL 60625

Run Around Cab Co., Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Sarah K Wonnell
4962 N Spaulding Unit 1
Chicago, IL 60625

Shanur Khan
2150 W. Devon Ave. Apt. 5E
Chicago, IL 60659

Shanur Khan
3335-37 W Argyle Unit 2
Chicago, IL 60625

State Bank of Countryside
c/o Burke & Hanley
1430 Branding Ave, Suite 175
Downers Grove, IL 60515

Sunrise Development of
Chicago, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL 60602

Vatra Construction, Inc.
202 79th St
Willowbrook, IL 60527

Washington Bajana
4964 N Spaulding Unit G
Chicago, IL 60625

Wells Fargo
P.O. Box 4233
Portland, OR 97208-4233

Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL 60640

ZAT, Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Zakir Shah
4954 N Christiana Unit 2
Chicago, IL 60625

Zakir Shah
4956 N Christiana Unit 2
Chicago, IL 60625

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605

Josefina Vigo
1312 West Early Avenue
Apt 1 C
Chicago, IL 60606

City of Chicago
Attn:  Greg Janes
30 N. LaSalle Street
Suite 700
Chicago, IL  60602

Daniel Nelson
Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL  60187

Christopher Lega
39 S. LaSalle Street
Suite 820
Chicago, IL  60603

State Bank of Countryside
Janice Driggers
c/o Burke & Handley
1430 Branding Ave, Ste 175
Downers Grove, IL 60515

James Nick Pappas
Burke Costanza &
Carberry LLP
9191 Broadway
Merrillville, IN  46410

Denise A. DeLaurent
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL  60604

Mohammad T. Siddiqui
1516 West Farwell
Chicago, IL 60626

Greg Garofalo
Garofalo Law Group
161 North Clark Street
Suite 4700
Chicago, IL  60601

Dino Agudo
Law Office of Dino Agudo
2021 Midwest Road
Suite 200
Oakbrook, IL  60523

Ronald R. Peterson
Jenner & Block
353 N. Clark Street
36th Flr.
Chicago, IL  60654

S&S Taxicabs One, Inc.
c/o Rahul Parikh
5200 N. Otto Avenue
Chicago, IL  60656

S&S Taxicabs Two, Inc.
c/o Shanur Khan
2150 W. Devon Avenue
Apt. 5E
Chicago, IL  60626

Chester H. Foster, Jr.
Foster & Smith
3825 W. 192nd Street
Homewood, IL  60430

State Bank of Countryside
c/o Burke & Handley
Edmond P. Burke PC and
Janice Diggers
1430 Branding Ave, Suite 175
Downers Grove, IL  60515-1193

American InfoSource LP as
agent for Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

49074197_1

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC, its successors and
assigns as assignee of Citibank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Citibank, N.A.
c/o American InfoSource LP
P.O. Box 248840
Oklahoma City, OK 73124-8840

5601-09 North Clark St. LLC
and Mohammed Quadeer
c/o Johnson Legal Group
39 S. LaSalle St., #820
Chicago, IL 60603

Bridgeview Bank Group
c/o Greiman, Rome &
Greismeyer, LLC
200 W. Madison St., Ste 755
Chicago, IL 60606

JPMorgan Chase Bank, NA
c/o Cohon Raizes & Regal LLP
Amy E. Daleo
208 S. LaSalle St., Ste 1860
Chicago, IL 60604

City of Chicago
Department of Finance
Bankruptcy Unit
121 N. LaSalle St, Room 107A
Chicago, IL 60602-1288

Prairie Material, Inc.
VCNA Prairie Inc.
c/o John J. O'Leary
20 N. Clark St., Ste 3200
Chicago, IL 60602

Forming America Ltd.
c/o James Langkamp
1200 N. Prince Crossing Road
West Chicago, IL 60185

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430

Dennis E. Quaid
53 W. Jackson Blvd.
Suite 1442
Chicago IL 60604

City of Chicago
c/o Esther Tryban Telser
City of Chicago;
Department of Law
30 N. LaSalle St.
Room 1400
Chicago IL 60602

49074197_1

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MOHAMMAD T. SIDDIQUI, | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

## COVER SHEET FOR THE FIFTH AND FINAL APPLICATION FOR PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP

Name of Applicant:				McGuireWoods LLP

Authorized to Provide Professional Services to:		Richard J. Mason, Ch.7 Trustee

Date of Retention Order:			March 20, 2012, effective as of December 7, 2011

Period for which Compensation is Sought:	From October 1, 2014 through October 20, 2015

Amount of Current Fees Sought:			$51,277.00

Amount of Expense Reimbursement Sought:	$1,057.98

This is an:		Interim Application: __		Final Application **X**

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| November 20, 2012 (Docket No. 159) | December 7, 2011 through April 10, 2012 | Fees: $72,095.00 Expenses: $395.90 | Fees: $72,095.00 Expenses: $395.00 (Docket No. 166) |
| September 30, 2013 (Docket No. 193) | April 11, 2012 through August 31, 2013 | Fees: $493,295.50 Expenses: $12,879.38 | Fees: $493,295.50 Expenses: $12,879.38 (Docket No. 200) |
| June 10, 2014 (Docket No. 214) | September 1, 2013 through May 31, 2014 | Fees: $58,722.00 Expenses: $1,210.86 | Fees: $58,722.00 Expenses: $1,210.86 (Docket No. 232) |
| November 14, 2014 (Docket No. 235) | June 1, 2014 through September 30, 2014 | Fees: $28,928.50 Expenses: $55.13 | Fees: $28,928.50 Expenses: $55.13 (Docket No. 237) |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $667,581.37.

Dated: November 2, 2015                **McGuireWoods LLP**


                                          By:  /s/ Patricia K. Smoots
                                              One of its Attorneys

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

49074197_1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MOHAMMAD T. SIDDIQUI, | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time:  10:00 a.m. |
| | ) | |

**FIFTH AND FINAL APPLICATION OF MCGUIREWOODS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE, INCLUDING FOR THE CURRENT PERIOD OF OCTOBER 1, 2014 TO OCTOBER 20, 2015**

McGuireWoods LLP ("McGuireWoods"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-captioned bankruptcy case, submits this Fourth and Final Application (the "Application") of McGuireWoods for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Trustee, including for the Current Period from October 1, 2014 through October 20, 2015 (the "Current Compensation Period") and requests the entry of an order allowing and authorizing payment of current compensation (the "Current Compensation") in the amount of $51,277.00 and reimbursement of expenses (the "Current Expense Reimbursement") in the amount of $1,057.98 for services provided and expenses incurred by McGuireWoods as counsel to the Trustee, and for final approval of all previously allowed interim compensation and reimbursements of expenses ("Previously Awarded Interim Compensation and Expenses"), and in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

1

2.The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3.Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Introduction

4.On or about December 7, 2011 ("Petition Date"), Mohammad T. Siddiqui (the "Debtor") commenced this bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Code"). Richard J. Mason was appointed Chapter 7 trustee shortly thereafter.

5.On March 20, 2012, the Court authorized the Trustee to retain McGuireWoods as his counsel, effective as of December 7, 2011. **[Docket No. 79].**

6.The Trustee is currently holding cash totaling $647,131.16**.** If authorized, payment of the fees and expenses requested herein would be made from those funds.

## Relief Requested

7.This Final Application relates to services provided by McGuireWoods to the Trustee during the entire period from December 7, 2011 through the present, including the Current Compensation Period of October 1, 2014 through October 20, 2015.

8.Through this Application, McGuireWoods now seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of the Current Compensation in the amount of $51,277.00 and the Current Expense Reimbursement in the amount of $1,057.98 incurred in representing the Trustee during the Current Compensation Period. A detailed time record containing specific summaries of all of the services provided by McGuireWoods during the Current Compensation Period, including all fees charged and all expenses incurred, is attached hereto as Exhibit A.

9. Through this Final Application, McGuireWoods also seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, finally approving the Current Compensation and Current Expense and all Previously Awarded Interim Compensation and Expenses and deeming final all such previously entered orders awarding interim compensation and reimbursement of expenses to McGuireWoods, consisting of the orders entered on December 13, 2012 [Dock. No. 166], November 4, 2013 [Dock. No. 200], October 7, 2014 [Dock. No. 232], and December 8, 2014 [Dock. No. 237] (collectively, the "Interim Compensation Orders").

10. This is McGuireWoods' Fifth and Final Application for compensation and reimbursement of expenses.

**Background and Description of Bankruptcy Proceedings to Date**

11. For over ten years prior to the Petition Date, the Debtor was in the businesses of real estate development and operation of a taxi cab business in or around the City of Chicago.

Real Estate Business

12. The Debtor reportedly filed his bankruptcy petition as a result of the downturn in his real estate business, which was facing severe economic strain; by the Petition Date, almost all of the properties owned or controlled by the Debtor had either been foreclosed upon or were facing foreclosure actions.

13. At the outset of the Bankruptcy Case, therefore, the Bankruptcy Estate held no liquid assets, and the Debtor's property consisted primarily of indirect interests in real estate, which were typically subject to substantial mortgage debt. As a result, it was unclear to the Trustee whether there were any unencumbered assets in the Estate and whether the Debtor had any equity in any of his real estate interests. The Trustee required legal assistance to analyze the

49074197_1

Debtor's holdings, through examination of public records, mortgage documents and foreclosure proceedings.

14. After diligent investigation, the Trustee, with the assistance of McGuireWoods, concluded that the Debtor's interests in his real estate business would not yield any assets for him to administer other than possibly three small residential condominiums subject to a disputable mortgage.

15. Because certain of the Debtor's real estate interests were highly leveraged, but had a low tax basis, the Trustee concluded that foreclosure or sale could have adverse tax consequences for the Estate. Accordingly, McGuireWoods ultimately prepared and presented a motion to abandon certain of the Debtor's interests, which this Court granted on December 21, 2012 [Docket No. 167].

## Taxi Cab and Medallion Business

16. After investigation, the Trustee concluded that the Debtor's assets connected to his taxi business could bring significant value to the Estate. The Cab Companies owned Medallions issued by the City of Chicago, but the Medallions were subject to the security interest of Montauk Credit Union ("Montauk"), whose loans to the Debtor were in default. The Trustee cooperated with Montauk, which conducted a controlled foreclosure sale pursuant to Article 9 of the Uniform Commercial Code (the "UCC Sale"). In order to ensure the highest possible recovery for the Estate, the Trustee obtained an order from the Court authorizing the UCC Sale, the payment of Montauk's indebtedness from the proceeds of the UCC Sale, and the turnover of excess proceeds from the UCC Sale to the Trustee, pending further court order.

17. On or about April 2, 2012, Montauk conducted the UCC Sale, which, after the satisfaction of Montauk's indebtedness, generated net cash proceeds of approximately

49074197_1

$1,950,000, but also generated substantial tax liability, as described above.

## The Adversary Proceedings

18. Over the course of the case, and as detailed in the prior interim fee applications, McGuireWoods assisted the Trustee by, among other things, conducting litigation and ultimately, settlement negotiations to settle competing claims to the net proceeds from the UCC sale of the Medallions. Specifically, McGuireWoods initiated adversary proceedings against, among others, Shanur Khan and certain of his affiliates (collectively "Khan"), who claimed a contractual right to the Medallions, and an adversary proceeding against claimant, Josefina Vigo ("Vigo"), who contended that she held a 50% ownership interest in one of the Cab Companies and was entitled to most of the Net Proceeds.

19. Finally, McGuireWoods initiated an adversary proceeding challenging the Debtor's right to a discharge ("Discharge Adversary").

20. Ultimately, as detailed in prior applications, McGuireWoods assisted the Trustee in resolving the adverse claims to the net proceeds and in resolving all of the Adversary proceedings, with certain settlement payments made to Khan and Vigo.

21. McGuireWoods also assisted the Trustee in negotiating with the Debtor for a waiver of the Debtor's right to a discharge, resolving the Discharge Adversary.

**Narrative Summary of McGuireWoods' Services During Current Compensation Period**

22. From the start of McGuireWoods' representation of the Trustee, McGuireWoods has served as the Trustee's legal counsel with respect to all legal matters and issues that have arisen in or with respect to the Bankruptcy Case.

23. The Current Compensation Period covers the time span from October 1, 2014 through October 20, 2015. During the Current Compensation Period, McGuireWoods assisted the Trustee in analyzing, investigating and challenging certain claims against the Estate and in

49074197_1

negotiating settlements related to such claims. McGuireWoods also assisted the Trustee in clarifying ambiguities with respect to claims against the Estate.

24.  McGuireWoods worked with the Estate accountants to implement the Estate's tax carry back strategy, to provide needed information to the accountants and, through them, to the Internal Revenue Service, and otherwise to maximize tax savings and refunds in favor of the Estate. McGuireWoods also reviewed and provided advice concerning a request for information received from the IRS.

25.  Finally, McGuireWoods prepared and presented fee applications to the Court.

26.  During the Current Compensation Period, McGuireWoods performed legal services to the Trustee in each of the following categories of activities, shown with the corresponding compensation requested:

| Summary of Principal Activities | Approximate Hours | Approximate Value |
| --- | --- | --- |
| General Investigation and Tax Matters | 1.5 | $977.50 |
| Creditors and Claims (including Claim Objections and Settlements) | 68.5 | $46,862.00 |
| Retention Applications and Fee Petitions | 5.5 | $3,437.50 |
| **TOTAL** | 75.5 | **$51,277.00** |

27.  By way of further description, the categories of services provided by McGuireWoods, supported by the invoices and time detail attached as Exhibit A, are summarized below.

(a)  <u>General Investigation and Tax Matters.</u> (1.5 hours, for a total of $977.50). The services provided to the Estate by McGuireWoods in this category consisted of conferring with the estate accountants regarding issues related to maximizing the estate's use of prior year tax losses and maximizing refunds available to the estate. To provide these services, McGuireWoods provided information to the accountants, conferred with them on preparation of

49074197_1

tax returns and refund requests, as well as the timing of submission of the requests for refund, and reviewing and determining the response to be made to a request for information received from the Internal Revenue Service.

(b) <u>Creditors and Claims (Including Claim Objections and Settlements).</u> (68.5 hours, for a total of $46,862.00). The services provided to the Estate by McGuireWoods in this category included challenging certain claims in discussions with the creditors and/or in formal claim objections, detailed discussions and negotiations concerning resolution of those disputes, including drafting and finalizing agreed dispositions and presenting those resolutions with the City of Chicago and the Internal Revenue Service to the Court for approval.

The services in this category also included negotiating and finalizing documentation that will allow distributions to creditors while two bank creditors, both claiming a security interest in the proceeds of one of the Debtor's real properties, continue to conduct state court litigation (and an appeal) to determine the relative priority of their security interests. The services also included documenting and presenting the agreement with the bank creditors to the Court for approval.

Finally, McGuireWoods' services included preparing and presenting motions designed to clear ambiguities on the claims register to facilitate distributions to creditors in accordance with amendments to claims filed by the creditors, the absence of collateral for claims originally filed as secured claims and to document certain previously approved settlements not fully reflected on the claims register.

(c) <u>Retention Applications and Fee Petitions.</u> (5.5 hours, for a total of $3,437.50.) The services included in this category, performed by McGuireWoods, consist of preparing and presenting McGuireWoods' Fourth Interim Fee Application, and a related Court appearance, preparing the McGuireWoods' Fifth and Final Fee Application, and assembling

information from the Estate accountants for preparation and presentation of the application to compensate the estate accountants.

**Summary of Services Rendered by Professional During Current Compensation Period.**

28.    The hourly rates charged by the attorneys of McGuireWoods for the Compensation Period covered by this application are as follows:[1]

| Name | Title | Specialty | Total Hours | Rate ($/hour) | Total Value |
|---|---|---|---|---|---|
| Richard J. Mason | Partner | Bankruptcy | 56.4 | $725.00 | $40,890.00 |
| Patricia K. Smoots | Senior Counsel | Bankruptcy and Litigation | 14.5 | $625.00 | $9,062.50 |
| Stephanie Carroll Gratton | Associate | Bankruptcy and Litigation | 2.1 | $345.00 | $724.50 |
| Justin M. LeClaire | Paralegal | Bankruptcy and Litigation | 2.5 | $240.00 | $600.00 |
| **TOTAL** | | | 75.5 | | $51,277.00 |

29.    All services performed by McGuireWoods for which compensation is being sought were performed for and on behalf of the Trustee.

30.    This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

31.    None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to a sharing arrangement between McGuireWoods and any third party.

---

[1] In light of the conclusion of all major litigation in this case prior to the Current Compensation Period, the Trustee's efforts to maximize tax refunds for distributions to creditors, and the Trustee's efforts to maximize returns to creditors, Mr. Mason fixed his hourly rate at which his time was billed to the Estate during the Current Compensation Period at his 2013 rate of $725.00/hour, and Ms. Smoots fixed the hourly rate at which her time was billed to the Estate during the Current Compensation Period at her 2014 rate of $625.00/hour, even though their hourly rates are raised annually (and are billed at the increased rates as to other matters).

49074197_1

32.     In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the nature and complexity of this case and of the issues raised; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

### Computation of Current Compensation

33.     The services performed by McGuireWoods during the Current Compensation Period required a total time expenditure for which compensation is sought of 75.5 hours on the part of the attorneys and paraprofessionals of McGuireWoods. The services for which McGuireWoods is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which McGuireWoods is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $51,277.00.

### Current Expenses

34.     In addition, McGuireWoods incurred certain reasonable and necessary expenses during its representation of the Trustee in the amount of $1,057.98. A detailed breakdown of these expenses is contained in Exhibit A.

35.     A summary of these reasonable and necessary expenses is provided below:

(a)     <u>In-House Copying ($142.30)</u>:  McGuireWoods bills $0.10 per page for all internal copies. Such charge is reasonable and customary in the legal industry, representing costs of copy materials, outside services, acquisition, maintenance, storage and operation of copy machines, maintaining the copy center.

(b) <u>Messenger and Postal Service Charges ($915.68)</u>: McGuireWoods seeks postal service mailing charges ($915.68) actually incurred in the course of its service to the Trustee.

36. The aggregate amount paid to McGuireWoods to date for services rendered and expenses incurred pursuant to the Interim Compensation Orders is $667,581.37.

37. McGuireWoods now seeks through this Fifth and Final Application, entry of an order deeming all of the Interim Compensation Orders to be final, and finally awarding to McGuireWoods the collective amount of compensation and expense reimbursement set forth in those Interim Compensation Orders plus the amount of the Current Compensation and Current Expense Reimbursement.

38. Through this Fifth and Final Application McGuireWoods also requests (a) the additional allowance of $51,277.00 in Current Compensation and $1,057.98 in reimbursement of Current Expenses; and (b) that the Court authorize the Trustee to promptly make payment of the Current Compensation and Current Expenses to the Applicant from the Debtor's Estate.

## Notice

39. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, McGuireWoods has mailed a copy of the Notice of the Application and of the hearing on all parties on the service list in this bankruptcy case. McGuireWoods has also filed a full copy of this Application and the Notice with the Bankruptcy Court, which thus will be served electronically on all persons who have registered for electronic service in this Case.

WHEREFORE, McGuireWoods prays this Court enter an order:

49074197_1

(A)   allowing McGuireWoods Current Compensation of $51,277.00 as payment for legal fees for the Current Compensation Period;

(B)   allowing reimbursement of Current Expenses to McGuireWoods for the Current Compensation Period in the amount of $1,057.98;

(C)   authorizing immediate payment of the Current Compensation and Current Expense Reimbursement from the bankruptcy Estate;

(D)   finally approving the Previously Awarded Interim Compensation and Expense Reimbursement and deeming each and all of the Interim Compensation Orders to be final;

(E)   approving the form and manner of notice provided to creditors and other parties in interest; and

(F)   granting such further relief as the Court deems just and appropriate.

Dated: November 2, 2015.

/s/ Patricia K. Smoots
*One of the Attorneys for the Trustee*

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

71860820_1.docx

49074197_1