**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMAD T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**NOTICE OF THIRD AND FINAL FEE APPLICATION OF MCGLADREY, LLP**

To:   See Attached Service List

On November 2, 2015, counsel for the Trustee filed the **Third and Final Fee Application of McGladrey LLP for Allowance and Payment of Compensation as Accountants for the Trustee (the "Application").** McGladrey seeks $8,592.00 (of which $59.20 represents reimbursement of expenses). A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **November 24, 2015**, at the hour of **10:00 a.m.** before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 682 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on **November 24, 2015**, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219

South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **November 24, 2015** at

**10:00 a.m.**

If you do not object, the Court may grant the relief requested.

By: /s/ *Patricia K. Smoots*

Richard J. Mason, P.C.
Patricia K. Smoots
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that she caused copies of the foregoing **Notice and Third and Final Fee Application of McGladrey for Allowance and Payment of Compensation and Reimbursement of Expenses as Accountants for the Trustee** to be served on this 2nd day of November, 2015 via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all other parties on the attached Service List via United States mail, proper postage prepaid.

                                                    /s/ *Patricia K. Smoots*
                                                    Patricia K. Smoots

**SERVICE LIST**

City of Cicago,
a municipal corporation
c/o Esther E. Tryban Telser
City of Chicago;
Dept. of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602

JPMorgan Chase Bank,
National Association
MB Financial Bank, N.A.
Attn: Richard A. Bixter, Jr.
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603

RoundPoint Mortgage Servicing
Corporation
State Bank of Countryside
6734 Joliet Road
Countryside, IL 60525

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

4635-41 N. Broadway, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

5601-09 Clark
Commons, Inc.
7324 N Western Ave
Chicago, IL 60645

5601-09 N. Clark St, LLC
1350 W. Thorndale Ave.,
Suite 1
Chicago, IL 60660

ASAT, Inc.
1516 W. Farwell
Chicago, IL 60626

AT&T
c/o Debt Collection Systems
8 S. Michigan Ave.
Suite 618
Chicago, IL 60603

Abdul Mohammed
3337 W Argyle Unit 1
Chicago, IL 60625

Abdul Mohammed
4956 N Christiana Unit 1
Chicago, IL 60625

Adducci, Dorf, Lehner, Mitchell
& Blankenship, P.C.
Marshall L. Blankenship
150 N. Michigan Ave., Ste 2130
Chicago, IL 60601

Albany Park Manor
c/o David Rudolph
111 W. Washington St.
Suite 823
Chicago, IL 60602

Albany Park Manor, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Alissa Luck
4646-50 N. Winthrop
Chicago, IL 60640

Amy Vondra Stark
c/o Piccione Keely &
Associates, Ltd
122 S. County Farm Rd.
Wheaton, IL 60187

Andrew Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Aurora Loan Services
10350 Park Meadows Dr.
Lone Tree, CO 80124

Bernard I. Citron, Esq.
c/o Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603

Brett Anderson
4966 N Spaulding Unit 3
Chicago, IL 60625

Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603

Carolina Hernando
4958 N Spaulding Unit 2
Chicago, IL 60625

Carrie Beredo
4646-50 N. Winthrop
Chicago, IL 60640

Charles Levy &
Associates, Ltd.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chase Western
Commons, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Chicago Title Land Trust
171 N Clark Street Suite 575
Chicago, IL 60601

City of Chicago
c/o Corporation Counsel
30 N LaSalle, Suite 800
Chicago, IL 60602

Clark Bryn Mawr Mano Condo
Assoc.
7324 N. Western Ave.
Chicago, IL 60645

John R. Joyce
ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

CoreLogic Tax Services LLC
PO Box 961230
Fort Worth, TX 76161-0230

Countrywide Home Loans
P.O. Box 650070
Dallas, TX 75265-0070

David McLaughlin Jr
4964 N Spaulding Unit 3
Chicago, IL 60625

Eileen Rhodes
c/o Kahn Sanford, Ltd.
180 N. LaSalle St.
Suite 2025
Chicago, IL 60601

Eric C Tames
4964 N Spaulding Unit 2
Chicago, IL 60625

Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Hanna Architects
180 W. Washington St.
Suite 600
Chicago, IL 60602

Homes 4 You, Inc.
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601

Interior of Stone
Midwest, Inc.
c/o Barbara Sankowski
1801 N. Humboldt Blvd
Chicago, IL 60647

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 21126
Philadelphia, PA 19114

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams
& Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

James D. Spryopoulos
861 N. LaSalle Street
Chicago, IL 60610

Javed Khan
3343 W Argyle Unit 2
Chicago, IL 60625

Jennifer Bakjia
4646-50 N. Winthrop
Chicago, IL 60640

John Hanna
180 W. Washington St.
Suite 600
Chicago, IL 60602

Leila Shekarhar
c/o Charles Levy Esq.
1 S. LaSalle St., Suite 1525
Chicago, IL 60602

M Lbarra
3341 W Argyle Unit 3
Chicago, IL 60625

MB Financial Bank, N.A.
Attn: Richard A. Bixter
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, IL 60603

MB Financial Bank, N.A.
c/o Holland & Knight, LLP
131 S. Dearborn St.
30th Floor
Chicago, IL 60603

Maggie Marystone
4646-50 N. Winthrop
Chicago, IL 60640

Mahendra Patel
3343 W Argyle Unit 1
Chicago, IL 60625

Mallin Castles, Inc.
c/o Charles Levy
1 North LaSalle St.
Suite 1525
Chicago, IL 60602

Mark Picchiotti
4646-50 N. Winthrop
Chicago, IL 60640

Marybeth and Joseph Santos
4966 N Spaulding Garden Unit
Chicago, IL 60625

Melissa Perez
4964 N Spaulding Unit 1
Chicago, IL 60625

Michael Bagdade
4646-50 N. Winthrop
Chicago, IL 60640

Mohammed Ghani, M.S.
10001 West Rooseveld Rd.
Suite 304
Westchester, IL 60154

Mohammed Quadeer
c/o Madison Law
Group., Ltd.
205 W. Randolph St.
Suite 1801
Chicago, IL 60606

Montauk Credit Union
111 W. 76th St.
New York, NY 10001

National Bank of Commerce
1127 Tower Avenue
PO Box 99
Superior, WI 54880

Neda Zabadneh
4966 N Spaulding Unit 2
Chicago, IL 60625

Olimpio Ruiz
4958 N Spaulding Unit 1
Chicago, IL 60625

Pella Windows
c/o Nigro & Westfall
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Prairie Material, Inc.
7601 West 79th Street
Bridgeview, IL 60455

Ravinderredy Gnanreddy
3335 W Argyle Unit 1
Chicago, IL 60625

Republic Bank
c/o Jones & Jacobs
77 W. Washington St.
Suite 2100
Chicago, IL 60602

Robert S Hill
4966 N Spaulding Unit 1
Chicago, IL 60625

Run Around Cab Co., Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Sarah K Wonnell
4962 N Spaulding Unit 1
Chicago, IL 60625

Shanur Khan
2150 W. Devon Ave. Apt. 5E
Chicago, IL 60659

Shanur Khan
3335-37 W Argyle Unit 2
Chicago, IL 60625

State Bank of Countryside
c/o Burke & Hanley
1430 Branding Ave, Suite 175
Downers Grove, IL 60515

Sunrise Development of
Chicago, LLC
One North LaSalle St.
Suite 1525
Chicago, IL 60602

Thyssen Krupp Elevator
c/o Menges & Molzahn, LLC
20 N. Clark St., Suite 2300
Chicago, IL 60602

Vatra Construction, Inc.
202 79th St
Willowbrook, IL 60527

Washington Bajana
4964 N Spaulding Unit G
Chicago, IL 60625

Wells Fargo
P.O. Box 4233
Portland, OR 97208-4233

Winthrop Condo Association
4646-50 N. Winthrop
Chicago, IL 60640

ZAT, Inc.
1516 W. Farwell Ave.
Chicago, IL 60626

Zakir Shah
4954 N Christiana Unit 2
Chicago, IL 60625

Zakir Shah
4956 N Christiana Unit 2
Chicago, IL 60625

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605

Josefina Vigo
1312 West Early Avenue
Apt 1 C
Chicago, IL 60606

City of Chicago
Attn: Greg Janes
30 N. LaSalle Street
Suite 700
Chicago, IL 60602

Daniel Nelson
Forming America, Ltd.
c/o Nelson Law Offices, P.C.
129 W. Willow Ave.
Wheaton, IL 60187

Christopher Lega
39 S. LaSalle Street
Suite 820
Chicago, IL 60603

State Bank of Countryside
Janice Driggers
c/o Burke & Handley
1430 Branding Ave, Ste 175
Downers Grove, IL 60515

James Nick Pappas
Burke Costanza &
Carberry LLP
9191 Broadway
Merrillville, IN 46410

Denise A. DeLaurent
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Mohammad T. Siddiqui
1516 West Farwell
Chicago, IL 60626

Greg Garofalo
Garofalo Law Group
161 North Clark Street
Suite 4700
Chicago, IL 60601

Dino Agudo
Law Office of Dino Agudo
2021 Midwest Road
Suite 200
Oakbrook, IL 60523

Ronald R. Peterson
Jenner & Block
353 N. Clark Street
36th Flr.
Chicago, IL 60654

S&S Taxicabs One, Inc.
c/o Rahul Parikh
5200 N. Otto Avenue
Chicago, IL 60656

S&S Taxicabs Two, Inc.
c/o Shanur Khan
2150 W. Devon Avenue
Apt. 5E
Chicago, IL 60626

Chester H. Foster, Jr.
Foster & Smith
3825 W. 192nd Street
Homewood, IL 60430

State Bank of Countryside
c/o Burke & Handley
Edmond P. Burke PC and
Janice Diggers
1430 Branding Ave, Suite 175
Downers Grove, IL 60515-1193

American InfoSource LP as
agent for Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC, its successors and
assigns as assignee of Citibank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Citibank, N.A.
c/o American InfoSource LP
P.O. Box 248840
Oklahoma City, OK 73124-8840

5601-09 North Clark St. LLC
and Mohammed Quadeer
c/o Johnson Legal Group
39 S. LaSalle St., #820
Chicago, IL 60603

Bridgeview Bank Group
c/o Greiman, Rome &
Greismeyer, LLC
200 W. Madison St., Ste 755
Chicago, IL 60606

JPMorgan Chase Bank, NA
c/o Cohon Raizes & Regal LLP
Amy E. Daleo
208 S. LaSalle St., Ste 1860
Chicago, IL 60604

City of Chicago
Department of Finance
Bankruptcy Unit
121 N. LaSalle St, Room 107A
Chicago, IL 60602-1288

Prairie Material, Inc.
VCNA Prairie Inc.
c/o John J. O'Leary
20 N. Clark St., Ste 3200
Chicago, IL 60602

Forming America Ltd.
c/o James Langkamp
1200 N. Prince Crossing Road
West Chicago, IL 60185

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430

Dennis E. Quaid
53 W. Jackson Blvd.
Suite 1442
Chicago IL 60604

City of Chicago
c/o Esther Tryban Telser
City of Chicago;
Department of Law
30 N. LaSalle St.
Room 1400
Chicago IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMAD T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR THE THIRD AND FINAL FEE APPLICATION OF
MCGLADREY FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
<u>EXPENSE REIMBURSEMENT AS ACCOUNTANTS FOR THE TRUSTEE</u>**

Name of Applicant:                                  McGladrey LLP

Authorized to Provide Professional Services to:     Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                            November 15, 2012, effective as of October 16, 2012

Period for which Compensation is Sought:            From March 1, 2014 through Oct. 20, 2015

Amount of Compensation Sought:                      $8,592.00

Expense Reimbursement:                              $59.20 (included in Compensation sought)

This is an:           Interim Application: __       Final Application <u>X</u>**.**

This is not the first application filed herein by this professional, disclosed below are all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| Oct. 4, 2013 [Docket No. 195] | Oct. 16, 2012 through Sept. 12, 2013 | $22,238.09 | $22,238.09 [Docket No. 198] |
| April 7, 2014 [Docket No. 204] | Oct. 1, 2013 through Feb. 28, 2014 | $4,465.00 | $4,465.00 [Docket No. 209] |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $26,703.09.

Dated: November 2, 2015 **McGuireWoods LLP**

By: /s/ Patricia K. Smoots
      One of its Attorneys

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MOHAMMAD T. SIDDIQUI,** | ) | Case No. 11-49222 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: Nov. 24, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**THIRD AND FINAL FEE APPLICATION OF MCGLADREY LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND EXPENSE
<u>REIMBURSEMENT AS ACCOUNTANTS FOR THE TRUSTEE</u>**

Richard J. Mason, chapter 7 trustee ("Trustee") in the above-captioned bankruptcy case, submits this Third and Final Fee Application of McGladrey LLP for Allowance and Payment of Compensation as Accountants for the Trustee (the "Application") for the period from **March 1, 2014** through Oct. 20, 2015 (the "Current Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Current Compensation") in the amount of $8,592.00, which includes an expense reimbursement of $59.20, for services provided by McGladrey, LLP ("McGladrey") as tax accountants to the Trustee, and for final approval of all previously allowed interim compensation and reimbursements of expenses ("Previously Awarded Interim Compensation"). The Trustee has also paid McGladrey a retainer of which a balance of $3,035.00 has yet to be authorized by this Court for application to outstanding compensation ("Current Retainer"), and the Trustee seeks authorization to permit McGladrey to apply the Current Retainer to the Current Compensation, and the Trustee seeks authorization to pay the balance of Current Compensation to McGladrey from the assets of the Estate. In support of the Application, the Trustee states as follows:

**Jurisdiction and Venue**

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3. Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

4. On or about December 7, 2011 ("Petition Date"), Mohammad T. Siddiqui (the "Debtor") commenced this bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Code")

5. Shortly thereafter, Richard J. Mason was appointed trustee.

6. On November 15, 2012, the Court entered an order authorizing the Trustee to retain McGladrey and Martin Devine as tax accountants to the Trustee, effective as of October 16, 2012. **[Docket No. 157].**

7. The Trustee is currently holding cash totaling $647,131.16. In addition, McGladrey is holding the Current Retainer, from funds previously authorized by the Court to be paid by the Estate. If authorized, the Current Retainer will first be applied to the Current Compensation, leaving a total of $5,557.00 to be paid by the Estate.

**Relief Requested**

8. Through this Application, McGladrey now seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing immediate payment of the Current Compensation in the amount of $8,592.00. Attached hereto as Group Exhibit A are McGladrey's invoices for services, containing a general summary of the services rendered, and a page providing additional time detail. The invoices consist of a June 30, 2014 invoice in the

amount after discount, of $2,006.00 (of which $8.41 consists of delivery service expenses) and an October 26, 2015 invoice in the amount after discount, of $6,586.00 (of which $50.79 consists of delivery service expenses).

9. Through this Final Application, McGladrey also seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, finally approving the Current Compensation and all Previously Awarded Interim Compensation and deeming final the orders awarding that Previously Awarded Interim Compensation to McGladrey, consisting of the orders entered on October 24, 2013 [Docket No. 198] and the Order entered on May 20, 2014 [Docket No. 209] (collectively, the "Interim Compensation Orders").

**McGladrey's Activities**

10. This is McGladrey's Third and Final Application for compensation. This case has presented certain complex tax issues requiring the expertise of experienced tax accountants, who provided detailed advice to the Trustee, and prepared tax returns, sought prompt determination from the Internal Revenue Service ("IRS") and prepared and submitted a request for abatement.

11. The services covered by this Third Application consist primarily of preparing the Estate's Illinois net operating loss carryback of its 2013 loss, consulting with Illinois tax officials regarding penalty abatement, preparation of the Estate's federal and state income tax returns for 2014 and preparation of the Estate's net operating loss carryback for 2014 and application for federal refund. In addition, McGladrey engaged in conferences with counsel to the Trustee concerning information needed for the returns and refund requests, the optimum timing of the requests and ancillary matters, including response to an IRS request for additional information.

12. Time detail is provided on the attached invoices, and shows charges for the invoice dated June 30, 2014, totaling $2,508.00 and charges for the October 26, 2015 invoice

totaling $8,233.00. The prices charged to the Estate, however, have been reduced by twenty percent in accordance with the billable rates agreed upon in the retention agreement between McGladrey and the Trustee. The agreed-upon 20% discount amounts to a savings for the Current Compensation Period of $2,149.00 (discounts of $502.00 and $1,647.00, as reflected on the June 30, 2014 and October 26, 2015 invoices, respectively).

13. The majority of the accounting services provided by McGladrey as accountant to the Trustee were conducted by Martin Devine. Mr. Devine had the assistance of other personnel in the preparation and assembly of the tax returns and refund requests and review and finalization of them. The attached time reflects the time spent and a description of the services provided. In most instances, the services related to consulting with counsel to the Trustee, and preparing the appropriate tax returns and refund requests as described above.

14. McGladrey seeks an expense reimbursement of $59.20 for delivery services, which is included in the above-described Current Compensation figure.

## Notice

15. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, the Trustee, through his counsel, has mailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, McGladrey prays this Court enter an order:

A. Granting this Application;

B. Allowing McGladrey's Current Compensation of $8,592.00 as payment for its professional fees;

C. Authorizing McGladrey to apply the Current Retainer to the awarded Compensation;

D. Authorizing the Trustee to immediately pay the balance of the Current Compensation, in the amount of $5,557.00 to McGladrey from assets of the Estate.

E. finally approving the Previously Awarded Interim Compensation and deeming the Interim Compensation Orders to be final;

F. approving the form and manner of notice provided to creditors and other parties in interest; and

G. Granting such other and further relief is as necessary and appropriate.

Dated: November 2, 2015

                                          /s/ *Patricia K. Smoots*
                                   *One of the Attorneys for the Trustee*

Richard J. Mason, P.C.
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-810051253235_1.DOCX

72161654_1.docx