**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **SIDDIQUI, MOHAMMAD** | ) | **CASE NO. 11-49222** |
| | ) | |
| **Debtor.** | ) | **HON. JUDGE JACK B. SCHMETTERER** |

**COVER SHEET FOR TRUSTEE'S FINAL APPLICATION
FOR COMPENSATION AND EXPENSES**

Name of Applicant:     **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Estate of Mohammad Siddiqui

Date of Order Authorizing Employment:  December 07, 2011 through Closing of Case

Period for Which Compensation is Sought:  From November 14, 2014 through Closing of Case

Amount Of Fees Sought:                    **$46,590.18**

Amount of Expense Reimbursement Sought:     **$0.00**

This is an: _____ Interim Application            __X__ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $_____0.00_____.

Date: November 3, 2015                            Applicant: /s/ Richard J. Mason
                                                         Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| SIDDIQUI, MOHAMMAD T. ) | |
| ) | CASE NO. 11-49222 JBS |
| ) | |
| ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) ) | |

**TRUSTEE'S FINAL APPLICATION FOR COMPENSATION AND EXPENSES**

TO:  THE HONORABLE  JACK B. SCHMETTERER,
     BANKRUPTCY JUDGE

NOW COMES RICHARD J. MASON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $85,945.08 as compensation, $39,354.90 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $2,089,835.98.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $            1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $            4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $           47,500.00 | ($47,500.00 max.) |
| 3% of balance | $           32,695.08 | |
| | | |
| TOTAL COMPENSATION | $           85,945.08 | |
| PREVIOUSLY PAID | $           39,354.90 | |
| REMAINING COMPENSATION | $           46,590.18 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                $              0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this   3rd   day of     November    , 2015.

Dated:     11/3/2015                            /s/ RICHARD J. MASON
                                                                                                      RICHARD J. MASON, Trustee
                                                                                                      McGuire Woods LLP
                                                                                                       77 West Wacker Drive
                                                                                                       Suite # 4100
                                                                                                       Chicago, IL  60601-1815

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| McGuireWoods LLP Fees | 72,490.00 | 0.00 | |
| McGuireWoods LLP Fees | 506,174.88 | 0.00 | |
| McGuireWoods LLP Fees | 59,932.86 | 0.00 | |
| Andrew J. Maxwell and Maxwell Law Group, LLC Expenses | 0.00 | 265.00 | |
| Andrew J. Maxwell and Maxwell Law Group, LLC Fees | 0.00 | 7,500.00 | |
| McGuireWoods LLP Fees | 28,983.63 | 0.00 | |
| McGuireWoods LLP Expenses | 0.00 | 1,057.98 | |
| McGuireWoods LLP Fees | 0.00 | 51,277.00 | |
| | | | 727,681.35 |
| **Accountant for Trustee** | | | |
| McGladrey LLP Fees | 0.00 | 8,592.00 | |
| McGladrey LLP Expenses | 17,500.00 | 0.00 | |
| McGladrey LLP Fees | 4,738.09 | 0.00 | |
| McGladrey LLP Expenses | 7,500.00 | 0.00 | |
| | | | 38,330.09 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTAL | $ 697,319.46 | $ 68,691.98 | $ 766,011.44 |