UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SIDDIQUI, MOHAMMAD T.        § Case No. 11-49222-JBS
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/24/2015 in Courtroom 682, United States Courthouse, 219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/03/2015    By: /s/ Richard J. Mason
                                                         Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SIDDIQUI, MOHAMMAD T. § Case No. 11-49222-JBS
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 2,089,835.98 |
| *and approved disbursements of* | $ 1,442,704.82 |
| *leaving a balance on hand of* [1] | $ 647,131.16 |
| **Balance on hand:** | $ 647,131.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2S | Department of the Treasury | 33,029.74 | 21,746.28 | 0.00 | 21,746.28 |
| 13S | State Bank of Countryside | 1,850,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 21,746.28 |
| Remaining balance: | $ 625,384.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD J. MASON | 85,945.08 | 39,354.90 | 46,590.18 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 718,858.37 | 667,581.37 | 51,277.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 1,057.98 | 0.00 | 1,057.98 |
| Accountant for Trustee, Fees - McGladrey LLP | 13,330.09 | 4,738.09 | 8,592.00 |
| Accountant for Trustee, Expenses - McGladrey LLP | 25,000.00 | 25,000.00 | 0.00 |
| Other Fees: Andrew J. Maxwell and Maxwell Law Group, LLC | 7,500.00 | 0.00 | 7,500.00 |
| Other Expenses: Andrew J. Maxwell and Maxwell Law Group, LLC | 265.00 | 0.00 | 265.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 115,282.16 |
| Remaining balance: | $ 510,102.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 510,102.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,393.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 42,330.39 | 0.00 | 42,330.39 |
| 5P | Illinois Department of Revenue | 1,063.07 | 0.00 | 1,063.07 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 43,393.46 |
| Remaining balance: | $ 466,709.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,573,127.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 8,004.16 | 0.00 | 568.32 |
| 2U | Department of the Treasury | 14,496.48 | 0.00 | 1,029.29 |
| 3 | Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C | 69,671.85 | 0.00 | 4,946.88 |
| 4 | PYOD, LLC its successors and assigns as assignee | 3,920.14 | 0.00 | 278.34 |
| 5U | Illinois Department of Revenue | 380.58 | 0.00 | 27.02 |
| 6 | Citibank, N.A. | 16,446.44 | 0.00 | 1,167.74 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 7 | Amy Stark n/k/a Amy Vondra Stark | 128,013.54 | 0.00 | 9,089.30 |
| 8 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -2 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -3 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 654,423.88 | 0.00 | 46,465.81 |
| 9 | Bridgeview Bank Group | 0.00 | 0.00 | 0.00 |
| 9 -2 | Bridgeview Bank Group | 1,981,196.91 | 0.00 | 140,670.16 |
| 10 | City of Chicago | 50,000.00 | 0.00 | 3,550.13 |
| 11 | City of Chicago | 0.00 | 0.00 | 0.00 |
| 11 -2 | City of Chicago | 50,000.00 | 0.00 | 3,550.13 |
| 12 | Josefina Vigo | 0.00 | 0.00 | 0.00 |
| 13U | State Bank of Countryside | 802,866.71 | 0.00 | 57,005.64 |
| 14 | Shanur Khan | 0.00 | 0.00 | 0.00 |
| 15 | JPMorgan Chase Bank, NA | 2,575,810.38 | 0.00 | 182,889.27 |
| 16 | City of Chicago | 15,240.62 | 0.00 | 1,082.12 |
| 17 | City of Chicago | 2,403.18 | 0.00 | 170.63 |
| 18 | VCNA Prairie Inc d/b/a Prairie Material | 0.00 | 0.00 | 0.00 |
| 18 -2 | VCNA Prairie Inc d/b/a Prairie Material | 0.00 | 0.00 | 0.00 |
| 18 -3 | VCNA Prairie Inc d/b/a Prairie Material | 58,828.73 | 0.00 | 4,176.99 |
| 19 | Forming America Ltd | 141,424.17 | 0.00 | 10,041.49 |

Total to be paid for timely general unsecured claims: $ 466,709.26
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 20 | City of Chicago | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Case 11-49222   Doc 280   Filed 11/03/15   Entered 11/03/15 15:59:55   Desc Main
          Document      Page 6 of 6

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**          0.00
Remaining balance:                        $          0.00


Prepared By:  /s/RICHARD J. MASON
                          Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**