# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: SIDDIQUI, MOHAMMAD T. | § | Case No. 11-49222-JBS |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/24/2015 in Courtroom 682, United States Courthouse, 219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/03/2015          By:  /s/ Richard J. Mason
                                              Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SIDDIQUI, MOHAMMAD T.                 §     Case No. 11-49222-JBS
                                              §
                                              §
Debtor(s)                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 2,089,835.98 |
| *and approved disbursements of* | $ | 1,442,704.82 |
| *leaving a balance on hand of* [1] | $ | 647,131.16 |

**Balance on hand:**                 $       647,131.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Department of the Treasury | 33,029.74 | 21,746.28 | 0.00 | 21,746.28 |
| 13S | State Bank of Countryside | 1,850,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $       21,746.28
Remaining balance:   $       625,384.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 85,945.08 | 39,354.90 | 46,590.18 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 718,858.37 | 667,581.37 | 51,277.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 1,057.98 | 0.00 | 1,057.98 |
| Accountant for Trustee, Fees - McGladrey LLP | 13,330.09 | 4,738.09 | 8,592.00 |
| Accountant for Trustee, Expenses - McGladrey LLP | 25,000.00 | 25,000.00 | 0.00 |
| Other Fees: Andrew J. Maxwell and Maxwell Law Group, LLC | 7,500.00 | 0.00 | 7,500.00 |
| Other Expenses: Andrew J. Maxwell and Maxwell Law Group, LLC | 265.00 | 0.00 | 265.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 115,282.16 |
| Remaining balance: | $ | 510,102.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 510,102.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,393.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 42,330.39 | 0.00 | 42,330.39 |
| 5P | Illinois Department of Revenue | 1,063.07 | 0.00 | 1,063.07 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 43,393.46 |
| Remaining balance: | $ | 466,709.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,431,703.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 8,004.16 | 0.00 | 580.82 |
| 2U | Department of the Treasury | 14,496.48 | 0.00 | 1,051.92 |
| 3 | Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C | 69,671.85 | 0.00 | 5,055.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | 3,920.14 | 0.00 | 284.46 |
| 5U | Illinois Department of Revenue | 380.58 | 0.00 | 27.62 |
| 6 | Citibank, N.A. | 16,446.44 | 0.00 | 1,193.42 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 7 | Amy Stark n/k/a Amy Vondra Stark | 128,013.54 | 0.00 | 9,289.16 |
| 8 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -2 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -3 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 654,423.88 | 0.00 | 47,487.52 |
| 9 | Bridgeview Bank Group | 0.00 | 0.00 | 0.00 |
| 9 -2 | Bridgeview Bank Group | 1,981,196.91 | 0.00 | 143,763.30 |
| 10 | City of Chicago | 50,000.00 | 0.00 | 3,628.19 |
| 11 | City of Chicago | 0.00 | 0.00 | 0.00 |
| 11 -2 | City of Chicago | 50,000.00 | 0.00 | 3,628.19 |
| 12 | Josefina Vigo | 0.00 | 0.00 | 0.00 |
| 13U | State Bank of Countryside | 802,866.71 | 0.00 | 58,259.11 |
| 14 | Shanur Khan | 0.00 | 0.00 | 0.00 |
| 15 | JPMorgan Chase Bank, NA | 2,575,810.38 | 0.00 | 186,910.75 |
| 16 | City of Chicago | 15,240.62 | 0.00 | 1,105.92 |
| 17 | City of Chicago | 2,403.18 | 0.00 | 174.38 |
| 18 | VCNA Prairie Inc d/b/a Prairie Material | 0.00 | 0.00 | 0.00 |
| 18 -2 | VCNA Prairie Inc d/b/a Prairie Material | 0.00 | 0.00 | 0.00 |
| 18 -3 | VCNA Prairie Inc d/b/a Prairie Material | 58,828.73 | 0.00 | 4,268.84 |
| 19 | Forming America Ltd | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 466,709.26
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | City of Chicago | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By: /s/RICHARD J. MASON _____
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-49222-JBS
Mohammad T. Siddiqui                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1              User: rgreen          Page 1 of 4              Date Rcvd: Nov 03, 2015
                                 Form ID: pdf006        Total Noticed: 97

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2015.
db            +Mohammad T. Siddiqui,   1516 West Farwell,   Chicago, IL 60626-3606
18145394      +4635-41 N. Broadway, LLC,   One North LaSalle St., Suite 1525,   Chicago, IL 60602-3996
18145395      +5601-09 Clark Commons, Inc.,   7324 N WESTERN AVE,   Chicago, IL 60645-1814
18145396      +5601-09 N. Clark St, LLC,   1350 W. Thorndale Ave., Suite 1,   Chicago, IL 60660-3321
19628711      +5601-09 North Clark St. LLC and Mohammed Quadeer,   c/o Johnson Legal Group,
               39 S. LaSalle Street, #820,   Chicago, Illinois 60603-1616
19628671      +5601-09 North Clark Street. LLC and Mohammed Quade,   c/o Johnson Legal Group,
               39 S. LaSalle Street #820,   Chicago, Illinois 60603-1616
18145403      +ASAT, Inc.,   1516 W. Farwell,   Chicago, IL 60626-3606
18145404      +AT&T,   c/o Debt Collection Systems,   8 S. Michigan Ave., Suite 618,   Chicago, IL 60603-3469
18383412      +Abdul Mohammed,   3337 W Argyle Unit 1,   Chicago, IL 60625-5056
18383413      +Abdul Mohammed,   4956 N Christiana Unit 1,   Chicago, IL 60625-5079
19313250      +Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C,   Marshall L Blankenship,
               150 N. Michigan Ave., Suite 2130,   Chicago, IL 60601-7569
18145397      +Adducci, Dorf, Lehner, et al., P.C.,   150 N. Michigan Ave.,   Suite 2130,
               Chicago, IL 60601-7569
18145398      +Albany Park Manor,   c/o David Rudolph,   111 W. Washington St., Suite 823,
               Chicago, IL 60602-2789
18145399      +Albany Park Manor, Inc.,   One North LaSalle St., Suite 1525,   Chicago, IL 60602-3996
18145400      +Alissa Luck,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145401      +++Amy Stark n/k/a Amy Vondra Stark,   c/o Piccione Keely & Assocites, Ltd,
               122 S. County Farm Rd.,   Wheaton, IL 60187-4594
18145402      +Andrew Beredo,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145405      +Aurora Loan Services,   10350 Park Meadows Dr.,   Lone Tree, CO 80124-6800
18145406      +Bernard I. Citron, Esq.,   c/o Thompson Coburn LLP,   55 East Monroe Street, 37th Floor,
               Chicago, IL 60603-6029
18383414      +Brett Anderson,   4966 N Spaulding Unit 3,   Chicago, IL 60625-5060
18145407       Bridgeview Bank Group,   c/o Greiman, Rome & Griesmeyer, LLC,   200 W Madison T Ste 755,
               Chicago, IL 60606
18383415      +Carolina Hernando,   4958 N Spaulding Unit 2,   Chicago, IL 60625-5062
18145408      +Carrie Beredo,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145410      +Chase Western Commons, Inc.,   One North LaSalle St., Suite 1525,   Chicago, IL 60602-3996
18383416      +Chicago Title Land Trust,   171 N Clark Street Suite 575,   Chicago, IL 60601-3368
19652551       City of Chicago,   Department of Finance-Bankruptcy Unit,   121 N. Lasalle Street-Room 107A,
               Chicago, Illinois 60602-1288
18145411      +City of Chicago,   c/o Corporation Counsel,   30 N LASALLE, Suite 800,   Chicago, IL 60602-3542
19649065      +City of Chicago,   c/o Esther Tryban Telser,   City of Chicago; Department of Law,
               30 N. LaSalle; Room 1400,   Chicago, IL 60602-2503
18286812      +Clark Bryn Mawr Mano Condo Assoc.,   7324 N. Western Ave.,   Chicago, IL 60645-1814
18383417       CoreLogic Tax Services LLC,   PO Box 961230,   Fort Worth, TX 76161-0230
18145413       Countrywide Home Loans,   P.O. Box 650070,   Dallas, TX 75265-0070
18383418      +David McLaughlin Jr,   4964 N Spaulding Unit 3,   Chicago, IL 60625-5099
18145414      +Eileen Rhodes,   c/o Kahn Sanford, Ltd.,   180 N. LaSalle St., Suite 2025,
               Chicago, IL 60601-2611
18383419      +Eric C Tames,   4964 N Spaulding Unit 2,   Chicago, IL 60625-5099
19654897      +Forming America Ltd,   C/O James Langkamp,   1200 N Prince Crossing Road,
               West Chicago, IL 60185-1712
18145415      +Forming America, Ltd.,   c/o Nelson Law Offices, P.C.,   129 W. Willow Ave.,
               Wheaton, IL 60187-5216
18145416      +Hanna Architects,   180 W. Washington St.,   Suite 600,   Chicago, IL 60602-3583
18145417      +Homes 4 You, Inc.,   One North LaSalle St., Suite 1525,   Chicago, IL 60602-3996
18286813      +Interior of Stone Midwest, Inc.,   c/o BARBARA SANKOWSKI,   1801 N. HUMBOLDT BLVD,
               Chicago, IL 60647-5003
19132724       JPMorgan Chase,   35 Wacker Drive,   Chicago, IL 60603
19652200      +JPMorgan Chase Bank, NA,   c/o Cohon Raizes & Regal LLP/Amy E Daleo,
               208 S. LaSalle Street, Suite 1860,   Chicago, IL 60604-1166
18145420      +James D. Spryopoulos,   861 N. LaSalle Street,   Chicago, IL 60610-3219
18383420      +Javed Khan,   3343 W Argyle Unit 2,   Chicago, IL 60625-5078
18145421      +Jennifer Bakjia,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145422      +John Hanna,   180 W. Washington St.,   Suite 600,   Chicago, IL 60602-3583
19649365      +Josefina Vigo,   1132 W. Early Street,   Chicago, IL 60660
19649366      +Josefina Vigo,   1312 W. Early Street,   Chicago, IL 60660-3425
18286814       Leila Shekarhar,   c/o Charles Levy Esq.,   1 S. LaSalle St., Suite 1525,   Chicago, IL 60602
18383421      +M Lbarra,   3341 W Argyle Unit 3,   Chicago, IL 60625-8278
19132722      +MB Financial,   321 North Clark Suite 800,   Chicago, IL 60654-4766
18500311      +MB Financial Bank, N.A.,   Attn: Richard A. Bixter,   Holland & Knight LLP,
               131 S. Dearborn, 30th Floor,   Chicago, IL 60603-5550
18145426      +MB Financial Bank, N.A.,   c/o Holland & Knight, LLP,   131 S. Dearborn St., 30th Floor,
               Chicago, IL 60603-5517
18145423      +Maggie Marystone,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18383422      +Mahendra Patel,   3343  W Argyle Unit 1,   Chicago, IL 60625-5078
18145424      +Mallin Castles, Inc.,   c/o Charles Levy,   1 North LaSalle St., Suite 1525,
               Chicago, IL 60602-3996
18145425      +Mark Picchiotti,   4646-50 N. Winthrop,   Chicago, IL 60640-5032

District/off: 0752-1           User: rgreen              Page 2 of 4              Date Rcvd: Nov 03, 2015
                             Form ID: pdf006           Total Noticed: 97

```
18383423     +Marybeth and Joseph Santos,   4966 N Spaulding Garden Unit,   Chicago, IL 60625-5060
18383424     +Melissa Perez,   4964 N Spaulding Unit 1,   Chicago, IL 60625-5099
18145427     +Michael Bagdade,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145428     +Mohammed Ghani,   10001 West Roosevelt Rd.,   Suite 304,   Westchester, IL 60154-2662
18286815     +Mohammed Ghani, M.S.,   10001 West Rooseveld Rd.,   Suite 304,   Westchester, IL 60154-2662
18145429     +Mohammed Quadeer,   c/o Madison Law Group., Ltd.,   205 W. Randolph St., Suite 1801,
               Chicago, IL 60606-1813
18145430     +Montauk Credit Union,   111 W. 76th St.,   New York, NY 10023
18145431     +National Bank of Commerce,   1127 Tower Avenue,   PO Box 99,   Superior, WI 54880-0099
18383425     +Neda Zabadneh,   4966 N Spaulding Unit 2,   Chicago, IL 60625-5060
18383426     +Olimpio Ruiz,   4958 N Spaulding Unit 1,   Chicago, IL 60625-5062
18145432     +Pella Windows,   c/o Nigro & Westfall,   1793 Bloomingdale Rd.,
               Glendale Heights, IL 60139-3800
18383427     +Ravinderredy Gnanreddy,   3335 W Argyle Unit 1,   Chicago, IL 60625-5057
18145434     +Republic Bank,   c/o Jones & Jacobs,   77 W. Washington St., Suite 2100,
               Chicago, IL 60602-2903
18383428     +Robert S Hill,   4966 N Spaulding Unit 1,   Chicago, IL 60625-5060
18145435     +Run Around Cab Co., Inc.,   1516 W. Farwell Ave.,   Chicago, IL 60626-3606
18383429     +Sarah K Wonnell,   4962 N Spaulding Unit 1,   Chicago, IL 60625-5061
18383430      Shanur Khan,   3335-37 W Argyle Unit 2,   Chicago, IL 60625
18145436     +Shanur Khan,   2150 W. Devon Ave.,   Chicago, IL 60659-5503
19651425     +Shanur Khan,   2150 West Devon Ave, Apt. #5E,   Chicago, IL 60659-5505
19650320      State Bank of Countryside,   c/o Burke & Handley/Janice Driggers,
               1430 Branding Ave., Suite 175,   Downers Grove, IL 60515-1193
18145437     +State Bank of Countryside,   c/o Burke & White, P.C.,   5330 Main Street, Suite 200,
               Downers Grove, IL 60515-4845
18145438     +Sunrise Development of Chicago, LLC,   One North LaSalle St., Suite 1525,
               Chicago, IL 60602-3996
18145439     +Thyssen Krupp Elevator,   c/o Menges & Molzahn, LLC,   20 N. Clark St., Suite 2300,
               Chicago, IL 60602-5002
19132723     +Urban Partnership Bank,   7936 S Cottage Grove,   Chicago, IL 60619-3911
18145433    +++VCNA Prairie Inc d/b/a Prairie Material,   C/O John J O'Leary,
               Walters Levine Klingensmith & Thomison,   20 N Clark Street Suite 850,
               Chicago, IL 60602-4201
18145440     +Vatra Construction, Inc.,   202 79th St,   Willowbrook, IL 60527-2402
18383431     +Washington Bajana,   4964 N Spaulding Unit G,   Chicago, IL 60625-5099
18145441      Wells Fargo,   P.O. Box 4233,   Portland, OR 97208-4233
18145442     +Winthrop Condo Association,   4646-50 N. Winthrop,   Chicago, IL 60640-5032
18145443     +ZAT, Inc.,   1516 W. Farwell Ave.,   Chicago, IL 60626-3606
18383432     +Zakir Shah,   4954 N Christiana Unit 2,   Chicago, IL 60625-8280
18383433     +Zakir Shah,   4956 N Christiana Unit 2,   Chicago, IL 60625-5079

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: Ebrooks@mcguirewoods.com Nov 04 2015 01:32:29     McGuire Woods LLP,
               77 W Wacker Dr., Ste 4100,   Chicago, IL 60601-1818
19300115      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 04 2015 01:42:45
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
19575120      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 04 2015 01:42:45     Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18145412     +E-mail/Text: ddulworth@clarkhill.com Nov 04 2015 01:35:19     Clark Hill PLC,
               150 N. Michigan Ave.,   Suite 2700,   Chicago, IL 60601-7576
18145419      E-mail/Text: cio.bncmail@irs.gov Nov 04 2015 01:32:57     Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
18145418      E-mail/Text: rev.bankruptcy@illinois.gov Nov 04 2015 01:33:50
               Illinois Department of Revenue,   100 W. Randolph Avenue,   Level 7-410,   Chicago, IL 60601
19483730      E-mail/Text: rev.bankruptcy@illinois.gov Nov 04 2015 01:33:50
               Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
18277142      E-mail/Text: ECF@SHERMETA.COM Nov 04 2015 01:34:25     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
19315472     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2015 01:43:29
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                        TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Martin Devine
aty           Maxwell Law Group,LLC
aty           McGladrey
18145409    ##+Charles Levy & Associates, Ltd.,   One North LaSalle St.,   Suite 1525,
               Chicago, IL 60602-3996
                                                                                  TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

District/off: 0752-1          User: rgreen          Page 3 of 4          Date Rcvd: Nov 03, 2015
                             Form ID: pdf006        Total Noticed: 97

        ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2015                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2015 at the address(es) listed below:

Amy E Daleo    on behalf of Plaintiff   Bridgeview Bank Group adaleo@cohonraizes.com
Amy E Daleo    on behalf of Plaintiff   JPMorgan Chase Bank, NA adaleo@cohonraizes.com
Andrew J Maxwell    on behalf of Trustee Richard J Mason maxwelllawchicago@yahoo.com,
    trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
    llandpotts.com;vbarad@maxwellandpotts.com
Ariel  Weissberg    on behalf of Defendant Mohammad T. Siddiqui ariel@weissberglaw.com,
    Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
    issberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com;weissberg401@gmail.com
Ariel  Weissberg    on behalf of Defendant Mohammad T Siddigui ariel@weissberglaw.com,
    Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
    issberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com;weissberg401@gmail.com
Ariel  Weissberg    on behalf of Debtor Mohammad T. Siddiqui ariel@weissberglaw.com,
    Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;ilan@we
    issberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com;weissberg401@gmail.com
Chester H. Foster, Jr.    on behalf of Defendant Josefina  Vigo chf@fosterlegalsvcs.com,
    dbf@fosterlegalservices.com
Chester H. Foster, Jr.    on behalf of Creditor Josefina  Vigo chf@fosterlegalsvcs.com,
    dbf@fosterlegalservices.com
Chester H. Foster, Jr.    on behalf of Counter-Claimant Josefina  Vigo chf@fosterlegalsvcs.com,
    dbf@fosterlegalservices.com
Christopher B Lega    on behalf of Creditor Mohammed  Quadeer clega@jnlegal.net,
    chrislega@gmail.com
Christopher B Lega    on behalf of Plaintiff   5601-09 N. Clark St. LLC clega@jnlegal.net,
    chrislega@gmail.com
Christopher B Lega    on behalf of Plaintiff Mohammed  Quadeer clega@jnlegal.net,
    chrislega@gmail.com
Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
    Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
Esther E Tryban Telser    on behalf of Creditor   City of Chicago, a municipal corporation
    etrybantelser@cityofchicago.org
James N Pappas    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, as trustee under
    SECURITIZATION SERVICING AGREEMENT Dated as of February 1, 2007 Structured Asset Securities
    Corporation Mortgage Pass-Through Certificates, Series 2007 pappas@bcclegal.com,
    mavropodis@bcclegal.com;trainor@bcclegal.com;pluister@bcclegal.com
Janice  Driggers    on behalf of Creditor   State Bank of Countryside jdriggers@burkehandley.com
John J O'Leary    on behalf of Creditor   VCNA Prairie, Inc joleary@olearylawfirm.com,
    jscalise@olearylawfirm.com,jdscalise@comcast.net
Kevin H Morse    on behalf of Creditor   Urban Partnership Bank as successor in interest to the
    FDIC as receiver of ShoreBank khmorse@arnstein.com
Kyle A Lindsey    on behalf of Plaintiff Mohammed   Quadeer klindsey@jnlegal.net,
    cjohnson@jnlegal.net
Kyle A Lindsey    on behalf of Creditor Mohammed   Quadeer klindsey@jnlegal.net,
    cjohnson@jnlegal.net
Kyle A Lindsey    on behalf of Plaintiff   5601-09 N. Clark St. LLC klindsey@jnlegal.net,
    cjohnson@jnlegal.net
Michael J Kalkowski    on behalf of Creditor   JPMorgan Chase Bank, National Association
    mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
Nicole A Elipas    on behalf of Trustee Richard J Mason naelipas@maxwellandpotts.com,
    maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
Patricia K. Smoots    on behalf of Accountant   McGladrey LLP psmoots@mcguirewoods.com
Patricia K. Smoots    on behalf of Plaintiff Richard J. Mason, Trustee psmoots@mcguirewoods.com
Patricia K. Smoots    on behalf of Trustee Richard J Mason psmoots@mcguirewoods.com
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Paul  Catanese    on behalf of Accountant   McGladrey LLP pcatanese@mcguirewoods.com,
    docket@mcguirewoods.com

```
District/off: 0752-1          User: rgreen              Page 4 of 4              Date Rcvd: Nov 03, 2015
                             Form ID: pdf006           Total Noticed: 97

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Paul  Catanese    on behalf of Plaintiff Richard J. Mason, Trustee pcatanese@mcguirewoods.com,
              docket@mcguirewoods.com
             Richard A Bixter   on behalf of Creditor    MB Financial Bank, N.A. richard.bixter@hklaw.com
             Richard C Jones   on behalf of Creditor    Republic Bank of Chicago, as Successor in Interest to
              National Bank of Commerce rjones@rjoneslaw.com,   cstrahammer@rjoneslaw.com
             Richard J Mason   on behalf of Spec. Counsel Andrew J Maxwell rmason@mcguirewoods.com,
              docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
             Richard J Mason   rmason@mcguirewoods.com,  IL54@ecfcbis.com
             Richard J Mason   on behalf of Plaintiff Richard J Mason rmason@mcguirewoods.com,
              docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
             Richard J Mason   on behalf of Trustee Richard J Mason rmason@mcguirewoods.com,
              docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
             Ronald  Peterson    on behalf of Defendant Shanur  Khan rpeterson@jenner.com,  lraiford@jenner.com
             Terri M Long   on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
              tmlong@tmlong.com,  Courts@tmlong.com
                                                                                  TOTAL: 37
```