**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SIDDIQUI, MOHAMMAD T.   § Case No. 11-49222-JBS
§
§
Debtor(s)   §

# AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2011. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $  2,089,835.98

    Funds were disbursed in the following amounts:
    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 1,101,192.92 |
    | Bank service fees | 29,834.15 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 325,000.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]   $ | 633,808.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/02/2012 and the deadline for filing governmental claims was 11/02/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $85,945.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $39,354.90 as interim compensation and now requests the sum of $46,590.18, for a total compensation of $85,945.08.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/07/2015          By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-49222-JBS  
**Case Name:** SIDDIQUI, MOHAMMAD T.  

**Period Ending:** 12/07/15

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/07/11 (f)  
**§341(a) Meeting Date:** 01/19/12  
**Claims Bar Date:** 11/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1516 W. Farwell Ave., Unit 2 Chicago, Illinois 6<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 111 | 70,000.00 | 55,000.00 | | 0.00 | FA |
| 2 | 5601-05 N. Clark St., Chicago, Illinois (approx.<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 111 | 800,000.00 | 800,000.00 | | 0.00 | FA |
| 3 | 3660 N. Lake Shore Dr., Chicago, Illinois<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 111; Original asset description: 3660 N. Lake Shore Dr., Chicago, Illinois | 170,000.00 | 170,000.00 | | 0.00 | FA |
| 4 | 4430 S. Indiana, Chicago, Illinois (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 111 | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 5 | Cash on hand (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Community First Savings (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Community First Checking (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Fifth Third Bank Checking (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous Household Goods (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Wearing Apparel (approx.)<br>  Orig. Asset Memo: Imported from original petition Doc# 9; Imported from Amended Doc#: 120 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Watch and bracelet (approx.)<br>  Orig. Asset Memo: Imported from original petition | 500.00 | 500.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-49222-JBS  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** SIDDIQUI, MOHAMMAD T.  **Filed (f) or Converted (c):** 12/07/11 (f)
  **§341(a) Meeting Date:** 01/19/12
**Period Ending:** 12/07/15  **Claims Bar Date:** 11/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 9; Imported from Amended Doc#: 120 | | | | | |
| 12 | New York Life $2MM Term Life Insurance (Benefici<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Run Around Cab Co., Inc. (50% Shareholder)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | Unknown | 0.00 | | 0.00 | FA |
| 14 | ZAT, Inc. (sole Shareholder)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | Unknown | 0.00 | | 0.00 | FA |
| 15 | ASAT, Inc. (sole Shareholder)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Claim against City of Chicago<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 116 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Sale of the Medallions  (u) | 0.00 | 0.00 | | 1,950,618.00 | FA |
| 18 | IRS Refund  (u) | 0.00 | 0.00 | | 84,325.54 | FA |
| 19 | 2140-52 Devon Commons, Inc. (sole shareholder)  (u)<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended<br>Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2150 West Devon Ave., Apt. #4W, Chicago, IL  (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 | 2150 West Devon Ave., Apt. #4E, Chicago, IL  (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 | State of Illinois Income Tax Return  (u) | 0.00 | 0.00 | | 28,865.44 | FA |
| 23 | 6/30/2015 Court Order re: MB Financial Bank  (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 24 | IRS 2014 Tax Refund  (u) | 0.00 | 0.00 | | 21,027.00 | FA |
| **24** | **Assets    Totals** (Excluding unknown values) | **$1,114,500.00** | **$1,095,500.00** | | **$2,089,835.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Waiting for a tax refund - 4/21/15

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-49222-JBS  
**Case Name:** SIDDIQUI, MOHAMMAD T.  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/07/11 (f)  
**§341(a) Meeting Date:** 01/19/12  

**Period Ending:** 12/07/15  
**Claims Bar Date:** 11/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Waiting for a tax refund - 4/21/15

**Initial Projected Date Of Final Report (TFR):**   August 1, 2013        **Current Projected Date Of Final Report (TFR):**   July 1, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-49222-JBS | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | SIDDIQUI, MOHAMMAD T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******23-66 - Checking Account |
| Taxpayer ID #: | **-***4456 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/07/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/18/12 | {17} | Garofalo Law Group IOLTA Trust | Sale of Cab Medallions | 1229-000 | 1,950,618.00 | | 1,950,618.00 |
| 10/02/12 | | To Account #**********2367 | Transfer | 9999-000 | | 125,000.00 | 1,825,618.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 1,825,618.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,950,618.00 | 1,950,618.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,950,618.00 | |
| | | | Subtotal | | 1,950,618.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,950,618.00 | $0.00 | |

{} Asset reference(s)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-49222-JBS  
**Case Name:** SIDDIQUI, MOHAMMAD T.  
**Taxpayer ID #:** **-***4456  
**Period Ending:** 12/07/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******23-67 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/12 | | From Account #**********2366 | Transfer | 9999-000 | 125,000.00 | | 125,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 239.06 | 124,760.94 |
| 11/21/12 | 101 | McGladrey | Compensation to Accountant | 3420-000 | | 17,500.00 | 107,260.94 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 255.65 | 107,005.29 |
| 12/13/12 | 102 | McGuire Woods, LLP | Compensation to McGuireWoods LLP | 3110-000 | | 72,490.00 | 34,515.29 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 34,515.29 | 0.00 |
| | | | ACCOUNT TOTALS | | 125,000.00 | 125,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 125,000.00 | 34,515.29 | |
| | | | **Subtotal** | | **0.00** | **90,484.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$90,484.71** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-49222-JBS | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | SIDDIQUI, MOHAMMAD T. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***4456 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/07/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,825,618.00 | | 1,825,618.00 |
| 05/10/13 | | To Account #******1267 | Transfer Funds | 9999-000 | | 78,956.76 | 1,746,661.24 |
| 08/14/13 | | To Account #******1267 | Transfer funds from segregated account to estate account | 9999-000 | | 1,746,661.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,825,618.00** | **1,825,618.00** | **$0.00** |
| | | | Less: Bank Transfers | | 1,825,618.00 | 1,825,618.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/07/2015 10:19 AM   V.13.23

Case 11-49222   Doc 293   Filed 12/07/15   Entered 12/07/15 10:52:18   Desc Main
Document      Page 9 of 18

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-49222-JBS | | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| Case Name: | SIDDIQUI, MOHAMMAD T. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1267 - Checking Account |
| Taxpayer ID #: | **-***4456 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 34,515.29 | | 34,515.29 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.13 | 34,410.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.43 | 34,355.73 |
| 02/21/13 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-49222, Bond #016026455 | 2300-000 | | 141.94 | 34,213.79 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.11 | 34,167.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.50 | 34,120.18 |
| 04/12/13 | 10104 | United States Treasury | IRS Payment | 2810-000 | | 2,500.00 | 31,620.18 |
| 04/12/13 | 10105 | Illinois Department of Revenue | Payment to the Illinois Department of Revenue | 2820-000 | | 5,000.00 | 26,620.18 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.70 | 26,570.48 |
| 05/10/13 | | From Account #******1266 | Transfer Funds | 9999-000 | 78,956.76 | | 105,527.24 |
| 05/15/13 | 10106 | Shanur Khan | Settlement Payment | 8500-000 | | 25,000.00 | 80,527.24 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.84 | 80,430.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.97 | 80,322.43 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.08 | 80,195.35 |
| 08/14/13 | | From Account #******1266 | Transfer funds from segregated account to estate account | 9999-000 | 1,746,661.24 | | 1,826,856.59 |
| 08/14/13 | | Great Lakes Bank | Settlement Payment to Josefina Vigo | 8500-000 | | 225,000.00 | 1,601,856.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,282.64 | 1,600,573.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,225.45 | 1,598,348.50 |
| 10/01/13 | 10107 | Illinois Department of Revenue | ZAT Incorporated | 2820-000 | | 3,071.00 | 1,595,277.50 |
| 10/01/13 | 10108 | United States Treasury | Bankruptcy Estate of Mohammed T. Siddiqui - Employer ID #38-7044456 - 2012 Form 1041 | 2810-000 | | 228,358.00 | 1,366,919.50 |
| 10/03/13 | 10109 | Illinois Department of Revenue | Bankruptcy Estate of Mohammed T. Siddiqui- FEIN #38-7044456 - Form IL 1041-V | 2820-000 | | 76,178.00 | 1,290,741.50 |
| 10/03/13 | 10110 | Illinois Department of Revenue | Run Around Cab Company Inc. - FEIN #36-4332594- Form IL-1120-ST | 2820-000 | | 31,535.00 | 1,259,206.50 |
| 10/25/13 | 10111 | Jenner & Block | Final Settlement Payment | 8500-000 | | 50,000.00 | 1,209,206.50 |
| 10/25/13 | 10112 | Shanur Khan | Final Settlement Payment | 8500-000 | | 25,000.00 | 1,184,206.50 |
| 10/30/13 | 10113 | McGladrey LLP | Balance of the Compensation and Expense Reimbursement | 3410-000 | | 4,738.09 | 1,179,468.41 |
| 10/30/13 | 10114 | McGladrey LLP | Additional Ongoing Retainer Fee | 3420-000 | | 7,500.00 | 1,171,968.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,171.01 | 1,169,797.40 |
| 11/06/13 | 10115 | McGuire Woods, LLP | Compensation to McGuireWoods LLP | 3110-000 | | 506,174.88 | 663,622.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,067.96 | 662,554.56 |

Subtotals :    $1,860,133.29    $1,197,578.73

{} Asset reference(s)

Printed: 12/07/2015 10:19 AM    V.13.23

Exhibit B

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS  
**Case Name:** SIDDIQUI, MOHAMMAD T.  
**Taxpayer ID #:** **-***4456  
**Period Ending:** 12/07/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1267 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,048.33 | 661,506.23 |
| 01/22/14 | 10116 | United States Treasury | Bankruptcy Estate of Mohammad T. Siddiqui - Tax ID #38-7044456 | 2810-000 | | 3,436.80 | 658,069.43 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 983.19 | 657,086.24 |
| 02/27/14 | 10117 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-49222, Bond # 016026455 | 2300-000 | | 577.10 | 656,509.14 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 882.60 | 655,626.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 911.67 | 654,714.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,004.58 | 653,710.29 |
| 05/23/14 | {18} | United States Treasury | IRS Refund | 1290-000 | 102.54 | | 653,812.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 940.28 | 652,872.55 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 907.76 | 651,964.79 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,031.61 | 650,933.18 |
| 08/08/14 | {18} | U.S. Department of the Treasury | Form-1041 Refund | 1224-000 | 84,223.00 | | 735,156.18 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 977.74 | 734,178.44 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,126.40 | 733,052.04 |
| 10/24/14 | 10118 | McGuireWoods LLP | MW Compensation | 3110-000 | | 59,932.86 | 673,119.18 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,080.91 | 672,038.27 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 869.96 | 671,168.31 |
| 12/09/14 | 10119 | Richard J. Mason, Trustee | Payment of Interim Statutory Compensation | 2100-001 | | 39,354.90 | 631,813.41 |
| 12/09/14 | 10120 | McGuire Woods LLP | Compensation and Reimbursement of Expenses to McGuireWoods LLP | 3110-000 | | 28,983.63 | 602,829.78 |
| 12/19/14 | {22} | Illinois Department of Revenue | State of Illinois Income Tax Return | 1224-000 | 28,865.44 | | 631,695.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,041.06 | 630,654.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 907.10 | 629,747.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 845.41 | 628,901.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 964.88 | 627,936.77 |
| 04/22/15 | 10121 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #11-49222, Bond Number: 10BSBGR6291 | 2300-000 | | 398.47 | 627,538.30 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 903.19 | 626,635.11 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 871.29 | 625,763.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 960.07 | 624,803.75 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 928.64 | 623,875.11 |
| 08/24/15 | {23} | RICHARD J. MASON, Trustee of Bankruptcy Estate of Mohammed S | Payment per 6/30/2015 Court Order from MB Financial Bank | 1249-000 | 5,000.00 | | 628,875.11 |

Subtotals :        $118,190.98        $151,870.43

{} Asset reference(s)

Printed: 12/07/2015 10:19 AM   V.13.23

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 11-49222-JBS  
**Case Name:** SIDDIQUI, MOHAMMAD T.  
**Taxpayer ID #:** **-***4456  
**Period Ending:** 12/07/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1267 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 868.16 | 628,006.95 |
| 09/21/15 | {24} | Richard J. Mason Trustee | IRS 2014 Tax Refund | 1224-000 | 21,027.00 | | 649,033.95 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.65 | 648,063.30 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 932.14 | 647,131.16 |
| 12/04/15 | 10122 | McGladrey LLP | Payment from 11/24/2015 Compensation Order | 3310-000 | | 5,557.00 | 641,574.16 |
| 12/04/15 | 10123 | Andrew J. Maxwell and Maxwell Law Group, LLC | Compensation Payment from 11/24/2015 Order | 3210-600 | | 7,500.00 | 634,074.16 |
| 12/04/15 | 10124 | Andrew J. Maxwell and Maxwell Law Group, LLC | Expense Payment from 11/24/2015 Order | 3220-610 | | 265.25 | 633,808.91 |
| | | | ACCOUNT TOTALS | | 1,999,351.27 | 1,365,542.36 | $633,808.91 |
| | | | Less: Bank Transfers | | 1,860,133.29 | 0.00 | |
| | | | **Subtotal** | | 139,217.98 | 1,365,542.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$139,217.98** | **$1,365,542.36** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******23-66 | 1,950,618.00 | 0.00 | 0.00 |
| Checking # ****-******23-67 | 0.00 | 90,484.71 | 0.00 |
| Checking # ******1266 | 0.00 | 0.00 | 0.00 |
| Checking # ******1267 | 139,217.98 | 1,365,542.36 | 633,808.91 |
| | **$2,089,835.98** | **$1,456,027.07** | **$633,808.91** |

{} Asset reference(s)

# Exhibit C

## Case:  11-49222-JBS    SIDDIQUI, MOHAMMAD T.

**Case Balance:** $633,808.91  **Total Proposed Payment:** $633,808.91  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2S | Department of the Treasury | Secured | 33,029.74 * | 21,746.28 | 0.00 | 21,746.28 | 21,746.28 | 612,062.63 |
| 13S | State Bank of Countryside | Secured | 1,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 612,062.63 |
|  | Andrew J. Maxwell and Maxwell Law Group, LLC <3220-61   Special Counsel for Trustee Expenses> | Admin Ch. 7 | 265.25 | 265.25 | 265.25 | 0.00 | 0.00 | 612,062.63 |
|  | Andrew J. Maxwell and Maxwell Law Group, LLC <3210-60   Special Counsel for Trustee Fees> | Admin Ch. 7 | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 | 0.00 | 612,062.63 |
|  | McGladrey LLP <3410-00   Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 4,738.09 | 4,738.09 | 4,738.09 | 0.00 | 0.00 | 612,062.63 |
|  | McGladrey LLP <3420-00   Accountant for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 | 0.00 | 612,062.63 |
|  | McGladrey LLP <3310-00   Accountant for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,592.00 | 5,557.00 | 5,557.00 | 0.00 | 0.00 | 612,062.63 |
|  | McGladrey LLP <3420-00   Accountant for Trustee Expenses (Other Firm)> | Admin Ch. 7 | 17,500.00 | 17,500.00 | 17,500.00 | 0.00 | 0.00 | 612,062.63 |
|  | McGuireWoods LLP <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1,057.98 | 1,057.98 | 0.00 | 1,057.98 | 1,057.98 | 611,004.65 |
|  | McGuireWoods LLP <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 28,983.63 | 28,983.63 | 28,983.63 | 0.00 | 0.00 | 611,004.65 |
|  | McGuireWoods LLP <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 51,277.00 | 51,277.00 | 0.00 | 51,277.00 | 51,277.00 | 559,727.65 |
|  | McGuireWoods LLP <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 59,932.86 | 59,932.86 | 59,932.86 | 0.00 | 0.00 | 559,727.65 |
|  | McGuireWoods LLP <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 72,490.00 | 72,490.00 | 72,490.00 | 0.00 | 0.00 | 559,727.65 |
|  | McGuireWoods LLP <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 506,174.88 | 506,174.88 | 506,174.88 | 0.00 | 0.00 | 559,727.65 |
|  | RICHARD J. MASON <2100-00   Trustee Compensation> | Admin Ch. 7 | 85,945.08 | 85,945.08 | 39,354.90 | 46,590.18 | 46,590.18 | 513,137.47 |
| 2P | Department of the Treasury | Priority | 42,330.39 | 42,330.39 | 0.00 | 42,330.39 | 42,330.39 | 470,807.08 |
| 5P | Illinois Department of Revenue | Priority | 1,063.07 | 1,063.07 | 0.00 | 1,063.07 | 1,063.07 | 469,744.01 |
| 1 | American InfoSource LP as agent for | Unsecured | 8,004.16 | 8,004.16 | 0.00 | 8,004.16 | 590.99 | 469,153.02 |
| 2U | Department of the Treasury | Unsecured | 14,496.48 | 14,496.48 | 0.00 | 14,496.48 | 1,070.36 | 468,082.66 |
| 3 | Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C | Unsecured | 69,671.85 | 0.00 | 0.00 | 0.00 | 0.00 | 468,082.66 |
| 4 | PYOD, LLC its successors and assigns as assignee | Unsecured | 3,920.14 | 3,920.14 | 0.00 | 3,920.14 | 289.45 | 467,793.21 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case:   11-49222-JBS   SIDDIQUI, MOHAMMAD T.

**Case Balance:** $633,808.91    **Total Proposed Payment:** $633,808.91    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5U | Illinois Department of Revenue | Unsecured | 380.58 | 380.58 | 0.00 | 380.58 | 28.10 | 467,765.11 |
| 6 | Citibank, N.A. | Unsecured | 16,446.44 | 16,446.44 | 0.00 | 16,446.44 | 1,214.33 | 466,550.78 |
| 7 | Amy Stark n/k/a Amy Vondra Stark | Unsecured | 128,013.54 * | 128,013.54 | 0.00 | 128,013.54 | 9,451.95 | 457,098.83 |
| 8 | 5601-09 North Clark St. LLC and Mohammed Quadeer | Unsecured | 654,423.88 | 0.00 | 0.00 | 0.00 | 0.00 | 457,098.83 |
| 8 -2 | 5601-09 North Clark St. LLC and Mohammed Quadeer | Unsecured | 654,423.88 | 0.00 | 0.00 | 0.00 | 0.00 | 457,098.83 |
| 8 -3 | 5601-09 North Clark St. LLC and Mohammed Quadeer | Unsecured | 654,423.88 | 654,423.88 | 0.00 | 654,423.88 | 48,319.73 | 408,779.10 |
| 9 | Bridgeview Bank Group | Unsecured | 1,981,196.91 | 0.00 | 0.00 | 0.00 | 0.00 | 408,779.10 |
| 9 -2 | Bridgeview Bank Group | Unsecured | 1,981,196.91 | 1,981,196.91 | 0.00 | 1,981,196.91 | 146,282.73 | 262,496.37 |
| 10 | City of Chicago | Unsecured | 50,000.00 * | 50,000.00 | 0.00 | 50,000.00 | 3,691.78 | 258,804.59 |
| 11 | City of Chicago | Unsecured | 915,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258,804.59 |
| 11 -2 | City of Chicago | Unsecured | 915,000.00 | 50,000.00 | 0.00 | 50,000.00 | 3,691.78 | 255,112.81 |
| 12 | Josefina Vigo | Unsecured | 873,330.90 | 0.00 | 0.00 | 0.00 | 0.00 | 255,112.81 |
| 13U | State Bank of Countryside | Unsecured | 1,075,000.00 | 802,866.71 | 0.00 | 802,866.71 | 59,280.09 | 195,832.72 |
| 14 | Shanur Khan | Unsecured | 275,802.58 | 0.00 | 0.00 | 0.00 | 0.00 | 195,832.72 |
| 15 | JPMorgan Chase Bank, NA | Unsecured | 2,842,813.43 | 2,575,810.38 | 0.00 | 2,575,810.38 | 190,186.33 | 5,646.39 |
| 16 | City of Chicago | Unsecured | 15,240.62 | 15,240.62 | 0.00 | 15,240.62 | 1,125.30 | 4,521.09 |
| 17 | City of Chicago | Unsecured | 2,403.18 | 2,403.18 | 0.00 | 2,403.18 | 177.44 | 4,343.65 |
| 18 | VCNA Prairie Inc d/b/a Prairie Material | Unsecured | 58,828.73 | 0.00 | 0.00 | 0.00 | 0.00 | 4,343.65 |
| 18 -2 | VCNA Prairie Inc d/b/a Prairie Material | Unsecured | 58,828.73 | 0.00 | 0.00 | 0.00 | 0.00 | 4,343.65 |
| 18 -3 | VCNA Prairie Inc d/b/a Prairie Material | Unsecured | 58,828.73 | 58,828.73 | 0.00 | 58,828.73 | 4,343.65 | 0.00 |
| 19 | Forming America Ltd | Unsecured | 141,424.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | City of Chicago | Unsecured | 915,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case:  11-49222-JBS    SIDDIQUI, MOHAMMAD T.

**Case Balance:** $633,808.91    **Total Proposed Payment:** $633,808.91    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 11-49222 :** | | **$17,142,479.69** | **$7,276,093.26** | **$749,996.61** | **$6,526,096.65** | **$633,808.91** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $851,956.77 | $848,921.77 | $749,996.61 | $98,925.16 | 100.000000% |
| **Total Priority Claims :** | $43,393.46 | $43,393.46 | $0.00 | $43,393.46 | 100.000000% |
| **Total Secured Claims :** | $1,883,029.74 | $21,746.28 | $0.00 | $21,746.28 | 100.000000% |
| **Total Unsecured Claims :** | $14,364,099.72 | $6,362,031.75 | $0.00 | $469,744.01 | 7.383553% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-49222-JBS
Case Name: SIDDIQUI, MOHAMMAD T.
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 633,808.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Department of the Treasury | 33,029.74 | 21,746.28 | 0.00 | 21,746.28 |
| 13S | State Bank of Countryside | 1,850,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 21,746.28
Remaining balance: $ 612,062.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 85,945.08 | 39,354.90 | 46,590.18 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 718,858.37 | 667,581.37 | 51,277.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 1,057.98 | 0.00 | 1,057.98 |
| Accountant for Trustee, Fees - McGladrey LLP | 10,295.09 | 10,295.09 | 0.00 |
| Accountant for Trustee, Expenses - McGladrey LLP | 25,000.00 | 25,000.00 | 0.00 |
| Other Fees: Andrew J. Maxwell and Maxwell Law Group, LLC | 7,500.00 | 7,500.00 | 0.00 |
| Other Expenses: Andrew J. Maxwell and Maxwell Law Group, LLC | 265.25 | 265.25 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 98,925.16
Remaining balance: $ 513,137.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 513,137.47

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,393.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 42,330.39 | 0.00 | 42,330.39 |
| 5P | Illinois Department of Revenue | 1,063.07 | 0.00 | 1,063.07 |

Total to be paid for priority claims: $ 43,393.46
Remaining balance: $ 469,744.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,362,031.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 8,004.16 | 0.00 | 590.99 |
| 2U | Department of the Treasury | 14,496.48 | 0.00 | 1,070.36 |
| 3 | Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C | 0.00 | 0.00 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 3,920.14 | 0.00 | 289.45 |
| 5U | Illinois Department of Revenue | 380.58 | 0.00 | 28.10 |
| 6 | Citibank, N.A. | 16,446.44 | 0.00 | 1,214.33 |
| 7 | Amy Stark n/k/a Amy Vondra Stark | 128,013.54 | 0.00 | 9,451.95 |
| 8 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -2 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 0.00 | 0.00 | 0.00 |
| 8 -3 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 654,423.88 | 0.00 | 48,319.73 |
| 9 | Bridgeview Bank Group | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|       |                                         |              |      |            |
|-------|-----------------------------------------|--------------|------|------------|
| 9 -2  | Bridgeview Bank Group                   | 1,981,196.91 | 0.00 | 146,282.73 |
| 10    | City of Chicago                         | 50,000.00    | 0.00 | 3,691.78   |
| 11    | City of Chicago                         | 0.00         | 0.00 | 0.00       |
| 11 -2 | City of Chicago                         | 50,000.00    | 0.00 | 3,691.78   |
| 12    | Josefina Vigo                           | 0.00         | 0.00 | 0.00       |
| 13U   | State Bank of Countryside               | 802,866.71   | 0.00 | 59,280.09  |
| 14    | Shanur Khan                             | 0.00         | 0.00 | 0.00       |
| 15    | JPMorgan Chase Bank, NA                 | 2,575,810.38 | 0.00 | 190,186.33 |
| 16    | City of Chicago                         | 15,240.62    | 0.00 | 1,125.30   |
| 17    | City of Chicago                         | 2,403.18     | 0.00 | 177.44     |
| 18    | VCNA Prairie Inc d/b/a Prairie Material | 0.00         | 0.00 | 0.00       |
| 18 -2 | VCNA Prairie Inc d/b/a Prairie Material | 0.00         | 0.00 | 0.00       |
| 18 -3 | VCNA Prairie Inc d/b/a Prairie Material | 58,828.73    | 0.00 | 4,343.65   |
| 19    | Forming America Ltd                     | 0.00         | 0.00 | 0.00       |

Total to be paid for timely general unsecured claims:  $    469,744.01
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 20       | City of Chicago | 0.00            | 0.00                     | 0.00             |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**