## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SIDDIQUI, MOHAMMAD T.                          §   Case No. 11-49222-JBS
                                                      §
                                                      §
Debtor(s)                                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,114,500.00                  Assets Exempt:  $19,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$534,883.75        Claims Discharged
                                                   Without Payment: $5,892,287.74

Total Expenses of Administration:$1,229,952.23

3)  Total gross receipts of $   2,089,835.98   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      325,000.00 (see **Exhibit 2**), yielded net receipts of  $1,764,835.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,883,029.74 | $21,746.28 | $21,746.28 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,232,987.23 | 1,229,952.23 | 1,229,952.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 43,393.46 | 43,393.46 | 43,393.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,364,099.72 | 6,362,031.75 | 469,744.01 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,523,510.15 | $7,657,123.72 | $1,764,835.98 |

4)  This case was originally filed under Chapter 7 on December 07, 2011. The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/04/2016              By: /s/RICHARD J. MASON
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale of the Medallions | 1229-000 | 1,950,618.00 |
| IRS Refund | 1224-000 | 84,325.54 |
| State of Illinois Income Tax Return | 1224-000 | 28,865.44 |
| 6/30/2015 Court Order re: MB Financial Bank | 1249-000 | 5,000.00 |
| IRS 2014 Tax Refund | 1224-000 | 21,027.00 |
| **TOTAL GROSS RECEIPTS** | | $2,089,835.98 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shanur Khan | Settlement Payment | 8500-000 | 25,000.00 |
| Great Lakes Bank | Settlement Payment to Josefina Vigo | 8500-000 | 225,000.00 |
| Jenner & Block | Final Settlement Payment | 8500-000 | 50,000.00 |
| Shanur Khan | Final Settlement Payment | 8500-000 | 25,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $325,000.00 |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Department of the Treasury | 4110-000 | N/A | 33,029.74 | 21,746.28 | 21,746.28 |
| 13S | State Bank of Countryside | 4110-000 | N/A | 1,850,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,883,029.74 | $21,746.28 | $21,746.28 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 85,945.08 | 85,945.08 | 46,590.18 |
| Richard J. Mason, Trustee - RICHARD J. MASON | 2100-001 | N/A | N/A | N/A | 39,354.90 |
| McGuireWoods LLP | 3110-000 | N/A | 59,932.86 | 59,932.86 | 59,932.86 |
| McGuireWoods LLP | 3110-000 | N/A | 28,983.63 | 28,983.63 | 28,983.63 |
| McGuireWoods LLP | 3110-000 | N/A | 72,490.00 | 72,490.00 | 72,490.00 |
| McGuireWoods LLP | 3110-000 | N/A | 506,174.88 | 506,174.88 | 506,174.88 |
| McGuireWoods LLP | 3110-000 | N/A | 51,277.00 | 51,277.00 | 51,277.00 |
| McGuireWoods LLP | 3120-000 | N/A | 1,057.98 | 1,057.98 | 1,057.98 |
| Andrew J. Maxwell and Maxwell Law Group, LLC | 3210-600 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Andrew J. Maxwell and Maxwell Law Group, LLC | 3220-610 | N/A | 265.25 | 265.25 | 265.25 |
| McGladrey LLP | 3310-000 | N/A | 8,592.00 | 5,557.00 | 5,557.00 |
| McGladrey LLP | 3410-000 | N/A | 4,738.09 | 4,738.09 | 4,738.09 |
| McGladrey LLP | 3420-000 | N/A | 17,500.00 | 17,500.00 | 17,500.00 |
| McGladrey LLP | 3420-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 239.06 | 239.06 | 239.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 255.65 | 255.65 | 255.65 |
| Rabobank, N.A. | 2600-000 | N/A | 105.13 | 105.13 | 105.13 |
| Rabobank, N.A. | 2600-000 | N/A | 54.43 | 54.43 | 54.43 |
| International Sureties, LTD. | 2300-000 | N/A | 141.94 | 141.94 | 141.94 |
| Rabobank, N.A. | 2600-000 | N/A | 46.11 | 46.11 | 46.11 |
| Rabobank, N.A. | 2600-000 | N/A | 47.50 | 47.50 | 47.50 |
| United States Treasury | 2810-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 49.70 | 49.70 | 49.70 |
| Rabobank, N.A. | 2600-000 | N/A | 96.84 | 96.84 | 96.84 |
| Rabobank, N.A. | 2600-000 | N/A | 107.97 | 107.97 | 107.97 |
| Rabobank, N.A. | 2600-000 | N/A | 127.08 | 127.08 | 127.08 |
| Rabobank, N.A. | 2600-000 | N/A | 1,282.64 | 1,282.64 | 1,282.64 |
| Rabobank, N.A. | 2600-000 | N/A | 2,225.45 | 2,225.45 | 2,225.45 |
| Illinois Department of Revenue | 2820-000 | N/A | 3,071.00 | 3,071.00 | 3,071.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| United States Treasury | 2810-000 | N/A | 228,358.00 | 228,358.00 | 228,358.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 76,178.00 | 76,178.00 | 76,178.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 31,535.00 | 31,535.00 | 31,535.00 |
| Rabobank, N.A. | 2600-000 | N/A | 2,171.01 | 2,171.01 | 2,171.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,067.96 | 1,067.96 | 1,067.96 |
| Rabobank, N.A. | 2600-000 | N/A | 1,048.33 | 1,048.33 | 1,048.33 |
| United States Treasury | 2810-000 | N/A | 3,436.80 | 3,436.80 | 3,436.80 |
| Rabobank, N.A. | 2600-000 | N/A | 983.19 | 983.19 | 983.19 |
| International Sureties, LTD. | 2300-000 | N/A | 577.10 | 577.10 | 577.10 |
| Rabobank, N.A. | 2600-000 | N/A | 882.60 | 882.60 | 882.60 |
| Rabobank, N.A. | 2600-000 | N/A | 911.67 | 911.67 | 911.67 |
| Rabobank, N.A. | 2600-000 | N/A | 1,004.58 | 1,004.58 | 1,004.58 |
| Rabobank, N.A. | 2600-000 | N/A | 940.28 | 940.28 | 940.28 |
| Rabobank, N.A. | 2600-000 | N/A | 907.76 | 907.76 | 907.76 |
| Rabobank, N.A. | 2600-000 | N/A | 1,031.61 | 1,031.61 | 1,031.61 |
| Rabobank, N.A. | 2600-000 | N/A | 977.74 | 977.74 | 977.74 |
| Rabobank, N.A. | 2600-000 | N/A | 1,126.40 | 1,126.40 | 1,126.40 |
| Rabobank, N.A. | 2600-000 | N/A | 1,080.91 | 1,080.91 | 1,080.91 |
| Rabobank, N.A. | 2600-000 | N/A | 869.96 | 869.96 | 869.96 |
| Rabobank, N.A. | 2600-000 | N/A | 1,041.06 | 1,041.06 | 1,041.06 |
| Rabobank, N.A. | 2600-000 | N/A | 907.10 | 907.10 | 907.10 |
| Rabobank, N.A. | 2600-000 | N/A | 845.41 | 845.41 | 845.41 |
| Rabobank, N.A. | 2600-000 | N/A | 964.88 | 964.88 | 964.88 |
| Arthur B. Levine Company | 2300-000 | N/A | 398.47 | 398.47 | 398.47 |
| Rabobank, N.A. | 2600-000 | N/A | 903.19 | 903.19 | 903.19 |
| Rabobank, N.A. | 2600-000 | N/A | 871.29 | 871.29 | 871.29 |
| Rabobank, N.A. | 2600-000 | N/A | 960.07 | 960.07 | 960.07 |
| Rabobank, N.A. | 2600-000 | N/A | 928.64 | 928.64 | 928.64 |
| Rabobank, N.A. | 2600-000 | N/A | 868.16 | 868.16 | 868.16 |
| Rabobank, N.A. | 2600-000 | N/A | 970.65 | 970.65 | 970.65 |
| Rabobank, N.A. | 2600-000 | N/A | 932.14 | 932.14 | 932.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,232,987.23 | $1,229,952.23 | $1,229,952.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | N/A | 42,330.39 | 42,330.39 | 42,330.39 |
| 5P | Illinois Department of Revenue | 5800-000 | N/A | 1,063.07 | 1,063.07 | 1,063.07 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $43,393.46 | $43,393.46 | $43,393.46 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 8,004.16 | 8,004.16 | 590.99 |
| 2U | Department of the Treasury | 7100-000 | N/A | 14,496.48 | 14,496.48 | 1,070.36 |
| 3 | Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C | 7100-000 | N/A | 69,671.85 | 0.00 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,920.14 | 3,920.14 | 289.45 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 380.58 | 380.58 | 28.10 |
| 6 | Citibank, N.A. | 7100-000 | N/A | 16,446.44 | 16,446.44 | 1,214.33 |
| 7 | Amy Stark n/k/a Amy Vondra Stark | 7100-000 | N/A | 128,013.54 | 128,013.54 | 9,451.95 |
| 8 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 7100-000 | N/A | 654,423.88 | 0.00 | 0.00 |
| 8 -2 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 7100-000 | N/A | 654,423.88 | 0.00 | 0.00 |
| 8 -3 | 5601-09 North Clark St. LLC and Mohammed Quadeer | 7100-000 | N/A | 654,423.88 | 654,423.88 | 48,319.73 |
| 9 | Bridgeview Bank Group | 7100-000 | N/A | 1,981,196.91 | 0.00 | 0.00 |
| 9 -2 | Bridgeview Bank Group | 7100-000 | N/A | 1,981,196.91 | 1,981,196.91 | 146,282.73 |
| 10 | City of Chicago | 7100-000 | N/A | 50,000.00 | 50,000.00 | 3,691.78 |
| 11 | City of Chicago | 7100-000 | N/A | 915,000.00 | 0.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 -2 | City of Chicago | 7100-000 | N/A | | 915,000.00 | 50,000.00 | 3,691.78 |
| 12 | Josefina Vigo | 7100-000 | N/A | | 873,330.90 | 0.00 | 0.00 |
| 13U | State Bank of Countryside | 7100-000 | N/A | | 1,075,000.00 | 802,866.71 | 59,280.09 |
| 14 | Shanur Khan | 7100-000 | N/A | | 275,802.58 | 0.00 | 0.00 |
| 15 | JPMorgan Chase Bank, NA | 7100-000 | N/A | | 2,842,813.43 | 2,575,810.38 | 190,186.33 |
| 16 | City of Chicago | 7100-000 | N/A | | 15,240.62 | 15,240.62 | 1,125.30 |
| 17 | City of Chicago | 7100-000 | N/A | | 2,403.18 | 2,403.18 | 177.44 |
| 18 | VCNA Prairie Inc d/b/a Prairie Material | 7100-000 | N/A | | 58,828.73 | 0.00 | 0.00 |
| 18 -2 | VCNA Prairie Inc d/b/a Prairie Material | 7100-000 | N/A | | 58,828.73 | 0.00 | 0.00 |
| 18 -3 | VCNA Prairie Inc d/b/a Prairie Material | 7100-000 | N/A | | 58,828.73 | 58,828.73 | 4,343.65 |
| 19 | Forming America Ltd | 7100-000 | N/A | | 141,424.17 | 0.00 | 0.00 |
| 20 | City of Chicago | 7200-000 | N/A | | 915,000.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $14,364,099.72 | $6,362,031.75 | $469,744.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-49222-JBS

**Case Name:** SIDDIQUI, MOHAMMAD T.

**Period Ending:** 04/04/16

**Trustee:**   (330470)   RICHARD J. MASON

**Filed (f) or Converted (c):** 12/07/11 (f)

**§341(a) Meeting Date:** 01/19/12

**Claims Bar Date:** 11/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1516 W. Farwell Ave., Unit 2 Chicago, Illinois 6<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 111 | 70,000.00 | 55,000.00 | | 0.00 | FA |
| 2 | 5601-05 N. Clark St., Chicago, Illinois (approx.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 111 | 800,000.00 | 800,000.00 | | 0.00 | FA |
| 3 | 3660 N. Lake Shore Dr., Chicago, Illinois<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 111; Original<br>asset description: 3660 N. Lake Shore Dr., Chicago,<br>Illinois | 170,000.00 | 170,000.00 | | 0.00 | FA |
| 4 | 4430 S. Indiana, Chicago, Illinois (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 111 | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 5 | Cash on hand (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Community First Savings (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Community First Checking (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Fifth Third Bank Checking (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous Household Goods (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Wearing Apparel (approx.)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Watch and bracelet (approx.)<br>Orig. Asset Memo: Imported from original petition | 500.00 | 500.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-49222-JBS | **Trustee:** (330470) RICHARD J. MASON |
| **Case Name:** SIDDIQUI, MOHAMMAD T. | **Filed (f) or Converted (c):** 12/07/11 (f) |
| | **§341(a) Meeting Date:** 01/19/12 |
| **Period Ending:** 04/04/16 | **Claims Bar Date:** 11/02/12 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 9; Imported from Amended Doc#: 120 | | | | | |
| 12 New York Life $2MM Term Life Insurance (Benefici<br> Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 13 Run Around Cab Co., Inc. (50% Shareholder)<br> Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | Unknown | 0.00 | | 0.00 | FA |
| 14 ZAT, Inc. (sole Shareholder)<br> Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | Unknown | 0.00 | | 0.00 | FA |
| 15 ASAT, Inc. (sole Shareholder)<br> Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 16 Claim against City of Chicago<br> Orig. Asset Memo: Imported from original petition<br>Doc# 9; Imported from Amended Doc#: 116 | Unknown | 0.00 | | 0.00 | FA |
| 17 Sale of the Medallions (u) | 0.00 | 0.00 | | 1,950,618.00 | FA |
| 18 IRS Refund (u) | 0.00 | 0.00 | | 84,325.54 | FA |
| 19 2140-52 Devon Commons, Inc. (sole shareholder) (u)<br> Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended<br>Doc#: 120 | 0.00 | 0.00 | | 0.00 | FA |
| 20 2150 West Devon Ave., Apt. #4W, Chicago, IL (u) | Unknown | 0.00 | | 0.00 | FA |
| 21 2150 West Devon Ave., Apt. #4E, Chicago, IL (u) | Unknown | 0.00 | | 0.00 | FA |
| 22 State of Illinois Income Tax Return (u) | 0.00 | 0.00 | | 28,865.44 | FA |
| 23 6/30/2015 Court Order re: MB Financial Bank (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 24 IRS 2014 Tax Refund (u) | 0.00 | 0.00 | | 21,027.00 | FA |
| **24** **Assets** **Totals** (Excluding unknown values) | **$1,114,500.00** | **$1,095,500.00** | | **$2,089,835.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

Waiting for a tax refund - 4/21/15

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-49222-JBS

**Case Name:** SIDDIQUI, MOHAMMAD T.

**Period Ending:** 04/04/16

**Trustee:**  (330470)  RICHARD J. MASON

**Filed (f) or Converted (c):** 12/07/11 (f)

**§341(a) Meeting Date:** 01/19/12

**Claims Bar Date:** 11/02/12

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Waiting for a tax refund - 4/21/15

**Initial Projected Date Of Final Report (TFR):**     August 1, 2013          **Current Projected Date Of Final Report (TFR):**     July 1, 2015

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS

**Case Name:** SIDDIQUI, MOHAMMAD T.

**Taxpayer ID #:** **-***4456

**Period Ending:** 04/04/16

**Trustee:** RICHARD J. MASON (330470)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-******23-66 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/12 | {17} | Garofalo Law Group IOLTA Trust | Sale of Cab Medallions | 1229-000 | 1,950,618.00 | | 1,950,618.00 |
| 10/02/12 | | To Account #**********2367 | Transfer | 9999-000 | | 125,000.00 | 1,825,618.00 |
| 12/20/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033047088<br>20121220 | 9999-000 | | 1,825,618.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 1,950,618.00 | 1,950,618.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,950,618.00 | |
| **Subtotal** | **1,950,618.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,950,618.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS

**Case Name:** SIDDIQUI, MOHAMMAD T.

**Taxpayer ID #:** **-***4456

**Period Ending:** 04/04/16

**Trustee:** RICHARD J. MASON (330470)

**Bank Name:** The Bank of New York Mellon

**Account:** ****-******23-67 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/02/12 | | From Account #**********2366 | Transfer | 9999-000 | 125,000.00 | | 125,000.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 239.06 | 124,760.94 |
| 11/21/12 | 101 | McGladrey | Compensation to Accountant | 3420-000 | | 17,500.00 | 107,260.94 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 255.65 | 107,005.29 |
| 12/13/12 | 102 | McGuire Woods, LLP | Compensation to McGuireWoods LLP | 3110-000 | | 72,490.00 | 34,515.29 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 34,515.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 125,000.00 | 125,000.00 | $0.00 |
| Less: Bank Transfers | 125,000.00 | 34,515.29 | |
| **Subtotal** | **0.00** | **90,484.71** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$90,484.71** | |

{} Asset reference(s)

Printed: 04/04/2016 06:51 PM    V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-49222-JBS | |
| **Case Name:** | SIDDIQUI, MOHAMMAD T. | |
| **Taxpayer ID #:** | **-***4456 | |
| **Period Ending:** | 04/04/16 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. MASON (330470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1266 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,825,618.00 | | 1,825,618.00 |
| 05/10/13 | | To Account #******1267 | Transfer Funds | 9999-000 | | 78,956.76 | 1,746,661.24 |
| 08/14/13 | | To Account #******1267 | Transfer funds from segregated account to estate account | 9999-000 | | 1,746,661.24 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,825,618.00 | 1,825,618.00 | **$0.00** |
| Less: Bank Transfers | 1,825,618.00 | 1,825,618.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/04/2016 06:51 PM V.13.23

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS
**Case Name:** SIDDIQUI, MOHAMMAD T.

**Taxpayer ID #:** **-***4456
**Period Ending:** 04/04/16

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 34,515.29 | | 34,515.29 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.13 | 34,410.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.43 | 34,355.73 |
| 02/21/13 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-49222, Bond #016026455 | 2300-000 | | 141.94 | 34,213.79 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.11 | 34,167.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.50 | 34,120.18 |
| 04/12/13 | 10104 | United States Treasury | IRS Payment | 2810-000 | | 2,500.00 | 31,620.18 |
| 04/12/13 | 10105 | Illinois Department of Revenue | Payment to the Illinois Department of Revenue | 2820-000 | | 5,000.00 | 26,620.18 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.70 | 26,570.48 |
| 05/10/13 | | From Account #******1266 | Transfer Funds | 9999-000 | 78,956.76 | | 105,527.24 |
| 05/15/13 | 10106 | Shanur Khan | Settlement Payment | 8500-000 | | 25,000.00 | 80,527.24 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.84 | 80,430.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.97 | 80,322.43 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.08 | 80,195.35 |
| 08/14/13 | | From Account #******1266 | Transfer funds from segregated account to estate account | 9999-000 | 1,746,661.24 | | 1,826,856.59 |
| 08/14/13 | | Great Lakes Bank | Settlement Payment to Josefina Vigo | 8500-000 | | 225,000.00 | 1,601,856.59 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,282.64 | 1,600,573.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,225.45 | 1,598,348.50 |
| 10/01/13 | 10107 | Illinois Department of Revenue | ZAT Incorporated | 2820-000 | | 3,071.00 | 1,595,277.50 |
| 10/01/13 | 10108 | United States Treasury | Bankruptcy Estate of Mohammed T. Siddiqui - Employer ID #38-7044456 - 2012 Form 1041 | 2810-000 | | 228,358.00 | 1,366,919.50 |
| 10/03/13 | 10109 | Illinois Department of Revenue | Bankruptcy Estate of Mohammed T. Siddiqui- FEIN #38-7044456 - Form IL 1041-V | 2820-000 | | 76,178.00 | 1,290,741.50 |
| 10/03/13 | 10110 | Illinois Department of Revenue | Run Around Cab Company Inc. - FEIN #36-4332594- Form IL-1120-ST | 2820-000 | | 31,535.00 | 1,259,206.50 |
| 10/25/13 | 10111 | Jenner & Block | Final Settlement Payment | 8500-000 | | 50,000.00 | 1,209,206.50 |
| 10/25/13 | 10112 | Shanur Khan | Final Settlement Payment | 8500-000 | | 25,000.00 | 1,184,206.50 |
| 10/30/13 | 10113 | McGladrey LLP | Balance of the Compensation and Expense Reimbursement | 3410-000 | | 4,738.09 | 1,179,468.41 |
| 10/30/13 | 10114 | McGladrey LLP | Additional Ongoing Retainer Fee | 3420-000 | | 7,500.00 | 1,171,968.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,171.01 | 1,169,797.40 |
| 11/06/13 | 10115 | McGuire Woods, LLP | Compensation to McGuireWoods LLP | 3110-000 | | 506,174.88 | 663,622.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,067.96 | 662,554.56 |

Subtotals :     $1,860,133.29     $1,197,578.73

{} Asset reference(s)

Printed: 04/04/2016 06:51 PM    V.13.23

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS
**Case Name:** SIDDIQUI, MOHAMMAD T.

**Taxpayer ID #:** **-***4456
**Period Ending:** 04/04/16

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,048.33 | 661,506.23 |
| 01/22/14 | 10116 | United States Treasury | Bankruptcy Estate of Mohammad T. Siddiqui - Tax ID #38-7044456 | 2810-000 | | 3,436.80 | 658,069.43 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 983.19 | 657,086.24 |
| 02/27/14 | 10117 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-49222, Bond # 016026455 | 2300-000 | | 577.10 | 656,509.14 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 882.60 | 655,626.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 911.67 | 654,714.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,004.58 | 653,710.29 |
| 05/23/14 | {18} | United States Treasury | IRS Refund | 1290-000 | 102.54 | | 653,812.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 940.28 | 652,872.55 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 907.76 | 651,964.79 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,031.61 | 650,933.18 |
| 08/08/14 | {18} | U.S. Department of the Treasury | Form-1041 Refund | 1224-000 | 84,223.00 | | 735,156.18 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 977.74 | 734,178.44 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,126.40 | 733,052.04 |
| 10/24/14 | 10118 | McGuireWoods LLP | MW Compensation | 3110-000 | | 59,932.86 | 673,119.18 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,080.91 | 672,038.27 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 869.96 | 671,168.31 |
| 12/09/14 | 10119 | Richard J. Mason, Trustee | Payment of Interim Statutory Compensation | 2100-001 | | 39,354.90 | 631,813.41 |
| 12/09/14 | 10120 | McGuire Woods LLP | Compensation and Reimbursement of Expenses to McGuireWoods LLP | 3110-000 | | 28,983.63 | 602,829.78 |
| 12/19/14 | {22} | Illinois Department of Revenue | State of Illinois Income Tax Return | 1224-000 | 28,865.44 | | 631,695.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,041.06 | 630,654.16 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 907.10 | 629,747.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 845.41 | 628,901.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 964.88 | 627,936.77 |
| 04/22/15 | 10121 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #11-49222, Bond Number: 10BSBGR6291 | 2300-000 | | 398.47 | 627,538.30 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 903.19 | 626,635.11 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 871.29 | 625,763.82 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 960.07 | 624,803.75 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 928.64 | 623,875.11 |
| 08/24/15 | {23} | RICHARD J. MASON, Trustee of Bankruptcy Estate of Mohammed S | Payment per 6/30/2015 Court Order from MB Financial Bank | 1249-000 | 5,000.00 | | 628,875.11 |

Subtotals :  $118,190.98    $151,870.43

{} Asset reference(s)

Printed: 04/04/2016 06:51 PM    V.13.23

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-49222-JBS | |
| **Case Name:** SIDDIQUI, MOHAMMAD T. | |
| **Taxpayer ID #:** **-***4456 | |
| **Period Ending:** 04/04/16 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. MASON (330470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1267 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 868.16 | 628,006.95 |
| 09/21/15 | {24} | Richard J. Mason Trustee | IRS 2014 Tax Refund | 1224-000 | 21,027.00 | | 649,033.95 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.65 | 648,063.30 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 932.14 | 647,131.16 |
| 12/04/15 | 10122 | McGladrey LLP | Payment from 11/24/2015 Compensation Order | 3310-000 | | 5,557.00 | 641,574.16 |
| 12/04/15 | 10123 | Andrew J. Maxwell and Maxwell Law Group, LLC | Compensation Payment from 11/24/2015 Order | 3210-600 | | 7,500.00 | 634,074.16 |
| 12/04/15 | 10124 | Andrew J. Maxwell and Maxwell Law Group, LLC | Expense Payment from 11/24/2015 Order | 3220-610 | | 265.25 | 633,808.91 |
| 12/18/15 | 10125 | RICHARD J. MASON, Trustee | Compensation Payment Awarded to Trustee from 12/15/2015 Court Order | 2100-000 | | 46,590.18 | 587,218.73 |
| 12/18/15 | 10126 | Department of the Treasury | Secured Distribution Payment from Final Report, re: Proof of Claim no. 2S | 4110-000 | | 21,746.28 | 565,472.45 |
| 12/18/15 | 10127 | Department of the Treasury | Priority Distribution Payment from Final Report, re: Proof of Claim no. 2P | 5800-000 | | 42,330.39 | 523,142.06 |
| 12/18/15 | 10128 | Illinois Department of Revenue | Priority Distribution Payment from Final Report, re: Proof of Claim no. 5P | 5800-000 | | 1,063.07 | 522,078.99 |
| 12/18/15 | 10129 | American InfoSource LP as agent for | Distribution Payment from Final Report, re: Proof of Claim no. 1 | 7100-000 | | 590.99 | 521,488.00 |
| 12/18/15 | 10130 | Department of the Treasury | Distribution Payment from Final Report, re: Proof of Claim no. 2U | 7100-000 | | 1,070.36 | 520,417.64 |
| 12/18/15 | 10131 | PYOD, LLC its successors and assigns as assignee | Distribution Payment from Final Report, re: Proof of Claim no. 4 | 7100-000 | | 289.45 | 520,128.19 |
| 12/18/15 | 10132 | Illinois Department of Revenue | Distribution Payment from Final Report, re: Proof of Claim no. 5U | 7100-000 | | 28.10 | 520,100.09 |
| 12/18/15 | 10133 | Citibank, N.A. | Distribution Payment from Final Report, re: Proof of Claim no. 6 | 7100-000 | | 1,214.33 | 518,885.76 |
| 12/18/15 | 10134 | Amy Stark n/k/a Amy Vondra Stark | Distribution Payment from Final Report, re: Proof of Claim no. 7 | 7100-000 | | 9,451.95 | 509,433.81 |
| 12/18/15 | 10135 | 5601-09 North Clark St. LLC and Mohammed Quadeer | Distribution Payment from Final Report, re: Proof of Claim no. 8-3 | 7100-000 | | 48,319.73 | 461,114.08 |
| 12/18/15 | 10136 | Bridgeview Bank Group | Distribution Payment from Final Report, re: Proof of Claim no. 9-2 | 7100-000 | | 146,282.73 | 314,831.35 |
| 12/18/15 | 10137 | City of Chicago | Distribution Payment from Final Report, re: Proof of Claim no. 10 | 7100-000 | | 3,691.78 | 311,139.57 |
| 12/18/15 | 10138 | City of Chicago | Distribution Payment from Final Report, re: Proof of Claim no. 11-2 | 7100-000 | | 3,691.78 | 307,447.79 |

Subtotals :          $21,027.00          $342,454.32

{} Asset reference(s)

Printed: 04/04/2016 06:51 PM     V.13.23

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 11-49222-JBS
**Case Name:** SIDDIQUI, MOHAMMAD T.

**Taxpayer ID #:** **-***4456
**Period Ending:** 04/04/16

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/15 | 10139 | State Bank of Countryside | Distribution Payment from Final Report, re: Proof of Claim no. 13U | 7100-000 | | 59,280.09 | 248,167.70 |
| 12/18/15 | 10140 | Chicago Title Insurance Co., Escrowee U/E 201509651 | Distribution Payment from Final Report, re: JP Morgan Chase Bank, NA, Proof of Claim No. 15 | 7100-000 | | 190,186.33 | 57,981.37 |
| 12/18/15 | 10141 | City of Chicago | Distribution Payment from Final Report, re: Proof of Claim no. 16 | 7100-000 | | 1,125.30 | 56,856.07 |
| 12/18/15 | 10142 | City of Chicago | Distribution Payment from Final Report, re: Proof of Claim no. 17 | 7100-000 | | 177.44 | 56,678.63 |
| 12/18/15 | 10143 | VCNA Prairie Inc d/b/a Prairie Material | Distribution Payment from Final Report, re: Proof of Claim no. 18-3 | 7100-000 | | 4,343.65 | 52,334.98 |
| 12/18/15 | 10144 | McGuireWoods LLP | Compensation Payment for Attorney Fees Granted from 12/21/2015 Court Order | 3110-000 | | 51,277.00 | 1,057.98 |
| 12/18/15 | 10145 | McGuireWoods LLP | Expense Reimbursement Granted from 12/21/2015 Court Order | 3120-000 | | 1,057.98 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,999,351.27 | 1,999,351.27 | $0.00 |
| Less: Bank Transfers | 1,860,133.29 | 0.00 | |
| **Subtotal** | 139,217.98 | 1,999,351.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $139,217.98 | $1,999,351.27 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******23-66** | 1,950,618.00 | 0.00 | 0.00 |
| **Checking # ****-******23-67** | 0.00 | 90,484.71 | 0.00 |
| **Checking # ******1266** | 0.00 | 0.00 | 0.00 |
| **Checking # ******1267** | 139,217.98 | 1,999,351.27 | 0.00 |
| | $2,089,835.98 | $2,089,835.98 | $0.00 |